UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CONCERNED PASTORS FOR SOCIAL ACTION, et al.,

      Plaintiffs,

v.

Nick Khouri, et al.,

      Defendants.

Case No. 16-cv-10277
Hon. David M. Lawson

_____/

# CITY OF FLINT'S RESPONSE TO PLAINTIFFS' FOURTH MOTION TO ENFORCE SETTLEMENT AGREEMENT

## INDEX OF EXHIBITS

**Ex. A: University Park and Smith Village Addresses /w Probabilities**

**Ex. B: J. McLaughlin Email**

**Ex. C: Declaration of Alan Roberts**

**Ex. D: University Park Plot Files**

**Ex. E: Smith Village Ph 1 Plot Files**

**Ex. F: Smith Village Ph 2 Plot Files**

**Ex. G: Declaration of Mark Pavwoski**

**Ex. H: September 3, 2020 Email to Sarah Tallman**

**Ex. I: Declaration of Tammy Phaneuf**

**Ex. J: Forwarded 9/4/20 Email from Jeff Markstrom to Rob Bincsik**