UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONCERNED PASTORS FOR SOCIAL
ACTION, MELISSA MAYS, AMERICAN
CIVIL LIBERTIES UNION OF MICHIGAN,
and NATURAL RESOURCES DEFENSE
COUNCIL, INC.,

      Plaintiffs,

v.

NICK A. KHOURI, FREDERICK HEADEN,
MICHAEL A. TOWNSEND, JOEL
FERGUSON, MICHAEL A. FINNEY,
SYLVESTER JONES, and CITY OF FLINT,

      Defendants.

_____/

Case Number 16-10277
Honorable David M. Lawson

## ORDER AMENDING ORDER GRANTING PLAINTIFFS' FOURTH MOTION TO ENFORCE SETTLEMENT AGREEMENT

Based on the stipulation of the parties (ECF No. 229),

It is **ORDERED** that the order granting the plaintiffs' fourth motion to enforce the settlement agreement (ECF No. 228, PageID.11044) is **AMENDED** as follows.

The penultimate paragraph is stricken and replaced with the following:

It is further **ORDERED** that **on or before October 20, 2020**, the City must remedy all outreach violations required by the Settlement Agreement, as modified, *see* Order Amending Settlement Agmt. ¶ 15.a, ECF No. 174, PageID.8711; Order ¶ 15, ECF No. 208, PageID.10355; Order ¶ 5, ECF No. 217, PageID.10412, including conducting the required outreach to homes in the University Park and Smith Village neighborhoods, and completing all additional in-person visits to homes that have not yet received the required visits. At least one of the additional visits must occur between 5 p.m. and 8 p.m. or on the weekend. The City must also send letters seeking permission to conduct a service line excavation to all homes that did not previously receive a letter

from the City, as required by the Settlement Agreement. The City must document and report these efforts to the plaintiffs on a weekly basis until the work is complete.

The remaining parts of the order remain in full force.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Date: October 16, 2020