# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONCERNED PASTORS FOR
SOCIAL ACTION, et al.,

    Plaintiffs,
v.

NICK A. KHOURI, et al.,

    Defendants.
_____/

Case No. 16-10277

Hon. David M. Lawson

**DECLARATION OF KAORI DIENER**

I, Kaori Diener, do hereby affirm and state:

1. I have lived in Flint, Michigan since 1974, and for the last 47 years I have lived in the same house.

2. On August 25, 2019, the City dug up the grass next to my curb to identify the material of my service line. I cannot remember what the line was made of and if they replaced it, but this work left a mound of dirt next to my curb.

3. I have spent so many years making my front lawn a beautiful garden. I plant many flowers and even a few trees including a small apple tree. Many of these plants are from Japan, and they remind me of where I am from. However, the large mound of dirt causes my lawn to flood, ruining my garden. Some days, I am so frustrated with this mound of dirt that I consider moving out of this house.

1

4. The City never came back to repair my property, so I have tried to fix the issue myself. I buy grass seed and fertilizer and add it to the dirt every year. Despite all the effort and money I have spent over the last four years, the dirt mound is still there, and it continues to grow. I am now 76 and it is just too difficult for me to continue working on this each year.

5. I would really appreciate it if the City would help me repair the lawn area near my curb to its former state, so that I can focus my energy on maintaining my garden.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   May 20, 2023                                                 *[signature]*

                                                                                      Kaori Diener