UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONCERNED PASTORS FOR SOCIAL
ACTION, MELISSA MAYS, AMERICAN
CIVIL LIBERTIES UNION OF MICHIGAN,
and NATURAL RESOURCES DEFENSE
COUNCIL, INC.,

        Plaintiffs,

v.

NICK A. KHOURI, FREDERICK HEADEN,
MICHAEL A. TOWNSEND, MICHAEL A.
FINNEY, JOEL FERGUSON, SYLVESTER
JONES, R. STEVEN BRANCH, and
CITY OF FLINT,

        Defendants.
_____/

Case Number 16-10277
Honorable David M. Lawson

## ORDER EXTENDING BRIEFING DEADLINES

Based on the stipulation of the parties (ECF No. 262),

It is **ORDERED** that the deadline for the City of Flint defendants and non-party Mayor Sheldon Neeley to file a response brief in opposition to the plaintiffs' motion for contempt is extended to **June 14, 2023**.

It is further **ORDERED** that the deadline for the plaintiffs to file a reply brief in support of their motion for contempt is extended to **June 23, 2023** at noon.

                                      s/David M. Lawson
                                      DAVID M. LAWSON
                                      United States District Judge

Dated:  June 8, 2023