# Exhibit 3

| Address | Location |
|---|---|
| 2122 ADAMS AVE | 40-01-415-007 |
| 2914 AGREE AVE | 47-33-358-007 |
| 3613 ALDON LN | 47-33-476-027 |
| 3617 ALDON LN | 47-33-476-026 |
| 3706 ALDON LN | 47-33-477-006 |
| 3717 ALDON LN | 47-33-476-020 |
| 3614 ALEXANDER ST | 46-36-457-014 |
| 2605 ALPHA WAY | 47-32-226-020 |
| 2921 ALPHA WAY | 47-33-101-014 |
| 800 ANN ARBOR ST | 40-13-430-006 |
| 2313 ARLINGTON AVE | 41-05-407-035 |
| 924 BARNEY AVE | 40-14-352-014 |
| 722 BARRIE AVE | 41-19-328-028 |
| 2629 BARTH ST | 40-11-134-009 |
| 2630 BARTH ST | 40-11-132-022 |
| 2832 BARTH ST | 40-11-131-021 |
| 3123 BARTH ST | 40-10-226-002 |
| 3430 BARTH ST | 40-03-482-019 |
| 1934 BASIL LN | 46-26-376-026 |
| 2326 BASSETT PL | 40-02-401-011 |
| 3014 BEECHER RD | 40-14-327-030 |
| 3729 BEECHER RD | 40-14-157-028 |
| 3124 BEECHWOOD AVE | 41-04-330-009 |
| 3709 BEECHWOOD AVE | 41-04-427-017 |
| 1801 BEGOLE ST | 40-12-152-007 |
| 2223 BEGOLE ST | 40-11-231-010 |
| 1309 BELLCREEK DR | 46-26-251-012 |
| 6306 BELLTREE LN | 46-26-177-009 |
| 1821 BENNETT AVE | 41-05-377-035 |
| 1502 BENT DR | 46-35-253-011 |
| 2025 BERKLEY ST | 40-11-430-001 |
| 2807 BERKLEY ST | 40-11-156-013 |
| 2919 BERKLEY ST | 40-11-155-010 |
| 1613 BERRYWOOD LN | 40-25-202-004 |
| 1416 BLACKBERRY LN | 40-25-204-019 |
| 2037 BLADES AVE | |
| 819 BLOOR AVE | 41-19-304-008 |
| 1430 BRABYN AVE | 40-23-228-019 |
| 1019 BRADLEY AVE | 40-14-390-005 |
| 1610 BRADLEY AVE | 40-23-253-026 |
| 3418 BRANCH RD | 11-33-502-037 |
| 3450 BRANCH RD | 11-33-502-040 |
| 3492 BRANCH RD | 11-33-502-034 |
| 5217 BRANCH RD | 47-28-356-015 |
| 2805 BRANDON ST | 40-23-182-011 |
| 2841 BRANDON ST | 40-23-182-003 |
| 3405 BRANDON ST | 40-23-302-016 |
| 3505 BRANDON ST | 40-23-302-010 |
| 1284 BROADWAY BLVD | 41-06-482-012 |
| 1821 BROADWAY BLVD | 41-05-381-035 |
| 2114 BROADWAY BLVD | 41-05-457-012 |
| 2328 BROADWAY BLVD | 41-05-480-007 |
| 2537 BROWN ST | 40-23-206-004 |
| 2617 BROWN ST | 40-23-205-009 |

| Address | Parcel ID |
|---|---|
| 2613 BROWNELL BLVD | 40-02-160-037 |
| 2713 BROWNELL BLVD | 40-02-160-028 |
| 3210 BROWNELL BLVD | 40-02-126-028 |
| 4001 BRUNSWICK AVE | 41-30-106-001 |
| 4614 BRYANT ST | 41-30-278-032 |
| 3201 BRYN MAWR PL | 40-02-127-011 |
| 337 BURROUGHS AVE | 41-29-102-028 |
| 521 BURROUGHS AVE | 41-29-202-025 |
| 524 BURROUGHS AVE | 41-29-203-008 |
| 1917 CADILLAC ST | 40-14-226-004 |
| 2007 CADILLAC ST | 40-11-482-031 |
| 2023 CADILLAC ST | 40-11-482-027 |
| 1238 CALDWELL AVE | 40-12-163-015 |
| 2806 CAMDEN AVE | 41-19-304-022 |
| 806 CAMPBELL ST | 41-30-102-032 |
| 1011 CAMPBELL ST | 40-25-229-019 |
| 1232 CAMPBELL ST | 40-25-226-015 |
| 2114 CANNIFF ST | 46-35-153-037 |
| 1918 CARMANBROOK PKWY | 40-24-378-006 |
| 2732 CARR ST | 47-32-426-026 |
| 3005 CARR ST | 47-33-303-003 |
| 3505 CASSIUS ST | 46-36-383-014 |
| 6606 CECIL DR | 47-29-176-009 |
| 6910 CECIL DR | 47-29-127-014 |
| 1306 CHATHAM DR | 46-26-251-026 |
| 1431 CHATHAM DR | 46-26-252-019 |
| 2057 CHELAN ST | 41-17-480-014 |
| 1820 CHELSEA CIR | 40-24-107-022 |
| 4412 CHEYENNE AVE | 41-29-276-047 |
| 2721 CHICAGO BLVD | 40-23-251-009 |
| 2751 CHICAGO BLVD | 40-23-251-006 |
| 928 CHURCH ST | 41-18-161-018 |
| 1222 CHURCH ST | 41-18-329-026 |
| 3323 CHURCHILL AVE | 41-04-457-021 |
| 3313 CLAIRMONT ST | 40-23-156-004 |
| 3705 CLAIRMONT ST | 40-22-281-006 |
| 1317 CLANCY AVE | |
| 2430 CLEMENT ST | 40-11-204-024 |
| 3319 CLEMENT ST | 40-03-483-001 |
| 648 CLINTON ST | 41-30-135-013 |
| 931 CLINTON ST | 41-30-151-032 |
| 6709 COLONIAL DR | 46-26-204-034 |
| 1701 COLORADO AVE | 41-05-131-021 |
| 2905 COLORADO AVE | 41-04-103-029 |
| 3156 COLORADO AVE | 41-04-129-016 |
| 3614 COMANCHE AVE | 41-20-456-015 |
| 919 COPEMAN BLVD | 40-11-229-038 |
| 2715 COVENTRY CT | 40-14-330-003 |
| 420 CRAPO ST | 41-07-453-019 |
| 519 CRAWFORD ST | 41-30-204-011 |
| 1301 CRAWFORD ST | 40-25-232-004 |
| 1704 CRESCENT DR | 40-13-376-020 |
| 4702 CRESTBROOK LN | 40-25-178-071 |
| 4101 CUTHBERTSON ST | 41-30-206-020 |
| 2002 DAKOTA AVE | 41-05-257-008 |

| Address | Parcel ID |
|---|---|
| 3018 DAKOTA AVE | 41-04-159-035 |
| 3619 DAKOTA AVE | 41-04-251-047 |
| 2901 DEARBORN ST | 41-20-404-002 |
| 3001 DEARBORN ST | 41-20-404-007 |
| 3019 DEARBORN ST | 41-20-404-010 |
| 3708 DEARBORN ST | 41-20-455-019 |
| 1126 DECKER ST | 41-08-152-008 |
| 2221 DELAWARE AVE | 41-05-401-029 |
| 3127 DELAWARE AVE | 41-04-326-008 |
| 506 DELL AVE | 41-29-179-008 |
| 3610 DOLPHAINE LN | 41-04-203-011 |
| 3701 DOLPHAINE LN | 47-33-476-030 |
| 3702 DOLPHAINE LN | 41-04-226-074 |
| 3710 DOLPHAINE LN | 41-04-226-003 |
| 3718 DOLPHAINE LN | 41-04-226-004 |
| 3722 DOLPHAINE LN | 41-04-226-006 |
| 3725 DOLPHAINE LN | 47-33-477-021 |
| 3726 DOLPHAINE LN | 41-04-226-007 |
| 3730 DOLPHAINE LN | 41-04-226-008 |
| 3732 DOLPHAINE LN | 41-04-226-009 |
| 3738 DOLPHAINE LN | 41-04-226-010 |
| 3742 DOLPHAINE LN | 41-04-226-011 |
| 3746 DOLPHAINE LN | 41-04-226-012 |
| 3750 DOLPHAINE LN | 41-04-226-013 |
| 3813 DOLPHAINE LN | 47-33-476-057 |
| 3819 DOLPHAINE LN | 47-33-476-058 |
| 3825 DOLPHAINE LN | 47-33-476-089 |
| 3831 DOLPHAINE LN | 47-33-476-094 |
| 3845 DOLPHAINE LN | 47-33-476-093 |
| 1712 DONALD ST | 40-01-462-004 |
| 1713 DONALD ST | 40-01-461-024 |
| 1206 DONALDSON ST | 40-11-155-004 |
| 1210 DONALDSON ST | 40-11-155-003 |
| 1367 DONALDSON ST | 40-11-108-019 |
| 5313 DUPONT ST | 46-26-480-031 |
| 6605 DUPONT ST | 46-26-231-050 |
| 1423 DURAND ST | 40-24-101-004 |
| 142 E AUSTIN AVE | 46-25-183-011 |
| 146 E FLINT PARK BLVD | 46-36-253-011 |
| 926 E FORK DR | 41-17-103-009 |
| 337 E FOSS AVE | 46-25-208-025 |
| 901 E FOSS AVE | 47-30-134-029 |
| 410 E FOURTH ST | 41-18-204-003 |
| 201 E HAMILTON AVE | 40-01-412-018 |
| 337 E HEMPHILL RD | 41-29-160-034 |
| 433 E HEMPHILL RD | 41-29-180-019 |
| 229 E HOME AVE | 46-25-403-023 |
| 123 E LAKEVIEW AVE | 41-19-434-019 |
| 220 E LAKEVIEW AVE | 41-19-437-016 |
| 521 E MARENGO AVE | 46-36-227-049 |
| 712 E MARENGO AVE | 47-31-103-005 |
| 132 E PIERSON RD | 46-36-201-007 |
| 210 E PIERSON RD | 46-36-201-012 |
| 310 E PIERSON RD | 46-36-201-019 |
| 322 E PIERSON RD | 46-36-201-022 |

| Address | Parcel ID |
|---|---|
| 342 E PIERSON RD | 46-36-201-058 |
| 1133 E PIERSON RD | 47-30-462-030 |
| 902 E SIXTH ST | 41-18-228-022 |
| 129 E STEWART AVE | 46-36-255-025 |
| 613 E STEWART AVE | 46-36-281-019 |
| 221 E TAYLOR ST | 40-01-255-035 |
| 904 E WELLINGTON AVE | 41-17-153-018 |
| 615 EAST ST | 41-18-202-011 |
| 314 ELEVENTH AVE | 40-12-181-030 |
| 3228 EMERSON ST | 40-02-306-046 |
| 1656 EUCLID AVE | 40-12-106-006 |
| 4000 EUSTON ST | 41-30-130-013 |
| 810 FAIRBANKS AVE | 41-20-106-002 |
| 2014 FENTON RD | 40-24-231-018 |
| 3342 FENTON RD | 07-25-579-093 |
| 2027 FERRIS AVE | 41-17-356-006 |
| 2725 FIELDING ST | 40-14-384-026 |
| 3205 FLEMING RD | 40-02-126-078 |
| 5402 FLEMING RD | 46-26-451-012 |
| 5631 FLEMING RD | 46-26-331-044 |
| 6001 FLEMING RD | 46-26-331-029 |
| 6505 FLEMING RD | 46-26-177-018 |
| 1717 FLUSHING RD | 40-11-479-001 |
| 1220 FOREST HILL AVE | 40-11-183-002 |
| 2122 FOREST HILL AVE | 40-02-452-010 |
| 3713 FOREST HILL AVE | 46-35-452-027 |
| 4012 FRAZER ST | 40-15-426-020 |
| 729 FREEMAN AVE | 41-19-336-009 |
| 1115 GARLAND ST | 40-12-258-025 |
| 2812 GIBSON ST | 40-14-384-012 |
| 923 GLADWYN ST | 40-11-479-046 |
| 5918 GLENN AVE | 46-26-427-002 |
| 3535 GLOUCESTER ST | 41-16-452-019 |
| 1215 GRANDY ST | 41-07-203-006 |
| 1225 GRANDY ST | 41-07-203-009 |
| 4310 GRANT ST | 47-31-254-008 |
| 1930 GREENBRIAR LN | 40-25-105-023 |
| 4832 GREENLAWN DR | 46-35-129-011 |
| 924 HAMMOND ST | 40-14-381-016 |
| 2809 HAMPSTEAD DR | 47-28-301-012 |
| 3014 HELBER ST | 40-02-311-028 |
| 3117 HELBER ST | 40-02-351-001 |
| 3617 HERRICK ST | 40-22-279-009 |
| 3622 HERRICK ST | 40-22-277-019 |
| 6518 HILLCROFT DR | 47-29-181-019 |
| 3522 HOGARTH AVE | 40-23-158-016 |
| 3802 HOGARTH AVE | 40-22-282-033 |
| 5501 HORTON AVE | 47-30-455-024 |
| 1986 HOWARD AVE | 41-17-354-027 |
| 722 HUBBARD AVE | 40-14-301-020 |
| 3519 HUGGINS ST | 41-04-202-010 |
| 964 HUGHES AVE | 40-14-363-009 |
| 1410 HUGHES AVE | 40-23-131-044 |
| 1502 HUGHES AVE | 40-23-131-037 |
| 3308 HULL AVE | 07-25-579-023 |

| Address | Parcel ID |
|---|---|
| 3319 HULL AVE | 07-25-579-095 |
| 3320 HULL AVE | 07-25-579-025 |
| 1044 HURON ST | |
| 1626 INDIANA AVE | 41-08-128-009 |
| 1644 INDIANA AVE | 41-08-128-013 |
| 1102 INGLESIDE AVE | 40-25-279-040 |
| 1602 IOWA AVE | 41-08-131-005 |
| 1606 IOWA AVE | 41-08-131-004 |
| 3712 IVANHOE AVE | 41-09-230-030 |
| 3728 JOAL LN | 47-33-478-002 |
| 972 JOHNSON AVE | 40-15-486-017 |
| 3823 JOYNER ST | 40-15-434-013 |
| 1740 KANSAS AVE | 41-08-185-011 |
| 1295 KEARSLEY PK BLVD | 41-07-228-004 |
| 1503 KEARSLEY PK BLVD | 41-08-106-019 |
| 2613 KELLAR AVE | 40-02-154-027 |
| 2102 KENTUCKY AVE | 41-08-253-013 |
| 1314 KIRK AVE | 40-12-159-007 |
| 916 KNAPP AVE | 40-14-355-014 |
| 1217 KNAPP AVE | 40-23-126-011 |
| 918 LAFAYETTE ST | 41-17-201-003 |
| 1305 LAPEER RD | 41-18-280-002 |
| 1409 LAPEER RD | 41-18-285-004 |
| 1725 LAUREL OAK DR | 40-25-178-020 |
| 4205 LE ERDA AVE | 46-35-329-024 |
| 721 LELAND ST | 41-30-130-008 |
| 329 LETA AVE | 41-29-103-017 |
| 609 LETA AVE | 41-29-203-034 |
| 1922 LEWIS ST | 41-05-357-004 |
| 1402 LINCOLN DR | 40-23-229-015 |
| 1414 LIPPINCOTT BLVD | 41-20-132-003 |
| 1924 LLOYD ST | 40-02-455-004 |
| 3732 LORRAINE AVE | 41-09-234-008 |
| 721 M L KING AVE | 40-12-431-007 |
| 1125 M L KING AVE | 40-12-259-042 |
| 1207 MABEL AVE | 41-06-431-021 |
| 1549 MABEL AVE | 41-05-308-030 |
| 1728 MABEL AVE | 41-05-377-009 |
| 1913 MACKIN RD | 40-11-280-016 |
| 3014 MACKIN RD | 40-11-103-010 |
| 3302 MACKIN RD | 40-03-485-014 |
| 1810 MAGNOLIA AVE | 41-17-307-020 |
| 1924 MALLERY ST | 40-11-232-027 |
| 2021 MALLERY ST | 40-11-276-008 |
| 2517 MALLERY ST | 40-11-203-006 |
| 2917 MALLERY ST | 40-02-356-013 |
| 2937 MALLERY ST | 40-02-356-008 |
| 2942 MALLERY ST | 40-02-354-018 |
| 3302 MALLERY ST | 40-03-477-011 |
| 915 MANN AVE | 40-14-354-008 |
| 916 MANN AVE | 40-14-353-014 |
| 927 MANN AVE | 40-14-354-011 |
| 931 MANN AVE | 40-14-354-012 |
| 964 MANN AVE | 40-14-360-014 |
| 1325 MANN AVE | 40-23-109-008 |

| Address | Parcel ID |
|---|---|
| 4027 MANNHALL AVE | 40-15-454-009 |
| 5916 MARJA ST | 46-26-404-015 |
| 5923 MARJA ST | 46-26-403-030 |
| 919 MARKHAM ST | 41-30-159-011 |
| 1102 MARKHAM ST | 40-25-283-017 |
| 1238 MARKHAM ST | 40-25-282-034 |
| 3826 MARMION AVE | 41-09-229-007 |
| 2112 MARYLAND AVE | 41-05-259-016 |
| 1206 MASON ST | 40-12-253-026 |
| 1632 MASON ST | 40-12-128-009 |
| 2515 MASON ST | 40-01-160-015 |
| 2915 MASON ST | 40-01-152-030 |
| 3007 MASON ST | 40-01-108-029 |
| 3401 MASON ST | 46-36-376-042 |
| 3426 MASON ST | RED AND FLAGGED.  INSP 4-24-19 RS |
| 3427 MASON ST | 46-36-376-040 |
| 3509 MASON ST | 46-36-376-037 |
| 2013 MAYBURY AVE | 41-17-381-004 |
| 506 MC ARAS CT | 40-13-106-010 |
| 2049 MC AVOY ST | 41-17-456-017 |
| 710 MC KEIGHAN AVE | 41-29-276-003 |
| 715 MC KEIGHAN AVE | 41-29-256-026 |
| 1030 MC KEIGHAN AVE | 41-29-276-024 |
| 810 MC KINLEY AVE | 41-29-252-010 |
| 1930 MC PHAIL ST | 41-17-477-017 |
| 935 MC QUEEN ST | 40-14-380-010 |
| 4135 MENTON AVE | 41-29-178-005 |
| 948 MIDDLETON ST | 40-14-376-017 |
| 1211 MILBOURNE AVE | 40-11-183-020 |
| 3113 MILBOURNE AVE | 40-02-226-029 |
| 4617 MILTON DR | 41-29-152-032 |
| 4629 MILTON DR | 41-29-152-029 |
| 1801 MISSOURI AVE | 41-08-138-013 |
| 2106 MISSOURI AVE | 41-08-251-049 |
| 2301 MISSOURI AVE | 41-08-215-017 |
| 2402 MISSOURI AVE | 41-08-276-001 |
| 2430 MISSOURI AVE | 41-08-276-008 |
| 2510 MISSOURI AVE | 41-08-277-004 |
| 2007 MONTEITH ST | 40-14-229-008 |
| 2014 MONTEITH ST | 40-14-228-027 |
| 2314 MONTEITH ST | 40-11-458-017 |
| 2320 MONTEITH ST | 40-11-458-016 |
| 2617 MOUNTAIN AVE | 41-08-482-021 |
| 2313 MT ELLIOTT AVE | 40-02-428-021 |
| 2526 MT ELLIOTT AVE | 40-02-284-010 |
| 1410 MULBERRY LN | 40-25-202-046 |
| 2511 N AVERILL AVE | 41-04-331-022 |
| 1615 N BALLENGER HWY | 40-11-101-004 |
| 1701 N BALLENGER HWY | 40-02-356-026 |
| 1810 N BALLENGER HWY | 40-02-381-002 |
| 1511 N CENTER RD | 41-09-233-035 |
| 1601 N CENTER RD | 41-09-231-046 |
| 1401 N CHEVROLET AVE | 40-11-253-024 |
| 2230 N CHEVROLET AVE | 40-02-428-010 |
| 1709 N CUMBERLAND ST | 41-08-227-015 |

| Address | Parcel ID |
|---|---|
| 2070 N DEXTER ST | 41-04-477-002 |
| 504 N GRAND TRAVERSE | 40-12-460-005 |
| 622 N GRAND TRAVERSE | 40-12-457-004 |
| 712 N GRAND TRAVERSE | 40-12-453-006 |
| 722 N GRAND TRAVERSE | 40-12-453-014 |
| 1636 N GRAND TRAVERSE | 40-12-107-010 |
| 5101 N SAGINAW ST | 46-36-226-067 |
| 2813 N STEVENSON ST | 40-11-154-013 |
| 2947 N STEVENSON ST | 40-11-151-001 |
| 3002 N STEVENSON ST | 40-10-232-018 |
| 2310 NEBRASKA AVE | 41-08-256-009 |
| 1641 NEOME DR | 40-12-107-025 |
| 1705 NEW YORK AVE | 41-05-327-021 |
| 2338 NOLEN DR | 40-14-252-006 |
| 2623 NORBERT ST | 40-11-303-048 |
| 608 OAK ST | 40-13-284-007 |
| 717 OAK ST | 41-18-153-005 |
| 723 OAK ST | 41-18-153-006 |
| 725 OAK ST | 41-18-153-025 |
| 803 OAK ST | 41-18-153-008 |
| 923 OAK ST | 41-18-302-028 |
| 1028 OAK ST | 41-18-304-005 |
| 1122 OAK ST | 41-18-306-020 |
| 201 ODETTE ST | 40-01-377-010 |
| 207 ODETTE ST | 40-01-377-009 |
| 223 ODETTE ST | 40-01-377-004 |
| 228 ODETTE ST | 40-01-376-024 |
| 405 ODETTE ST | 40-01-354-007 |
| 521 ODETTE ST | 40-01-353-008 |
| 2218 OKLAHOMA AVE | 41-05-256-006 |
| 121 OLIVER ST | 41-19-279-030 |
| 6908 ORANGE LN | 46-26-204-003 |
| 2530 ORCHARD LN | 40-11-329-061 |
| 1807 OREN AVE | 40-01-458-021 |
| 4011 ORR ST | 40-15-456-008 |
| 4023 ORR ST | 40-15-456-005 |
| 4039 ORR ST | 40-15-456-002 |
| 1126 OSCEOLA AVE | 47-30-455-007 |
| 822 OSSINGTON AVE | 41-19-160-024 |
| 1827 OVERHILL DR | 40-23-255-004 |
| 1857 OWEN ST | 41-17-430-042 |
| 1811 OXLEY DR | 46-26-379-014 |
| 2020 OXLEY DR | 46-26-377-001 |
| 850 PADDINGTON AVE | 41-19-156-020 |
| 938 PADDINGTON AVE | 41-19-155-035 |
| 950 PADDINGTON AVE | 41-19-155-018 |
| 2534 PADUCAH ST | 40-11-376-027 |
| 2562 PADUCAH ST | 40-11-376-019 |
| 401 PAGE ST | 40-01-485-013 |
| 3911 PARK FOREST DR | 40-25-104-006 |
| 3915 PARK FOREST DR | 40-25-104-007 |
| 4110 PARK FOREST DR | 40-25-101-034 |
| 1601 PARK ST | 41-18-436-043 |
| 6602 PARKBELT DR | 46-26-203-044 |
| 3340 PARKSIDE DR | 40-23-351-018 |

| Address | Parcel |
|---|---|
| 619 PARTRIDGE ST | 41-19-132-007 |
| 1935 PENBROOK LN | 40-25-104-011 |
| 3312 PENCOMBE PL | 40-14-177-017 |
| 3324 PENCOMBE PL | 40-14-177-014 |
| 4213 PENGELLY RD | 41-29-151-027 |
| 4225 PENGELLY RD | 41-29-151-030 |
| 4229 PENGELLY RD | 41-29-151-031 |
| 4429 PENGELLY RD | 41-29-151-065 |
| 4501 PENGELLY RD | 41-29-151-048 |
| 4513 PENGELLY RD | 41-29-151-051 |
| 4517 PENGELLY RD | 41-29-151-052 |
| 4518 PENGELLY RD | 41-29-157-013 |
| 1640 PENNSYLVANIA AVE | 41-08-176-011 |
| 1701 PENNSYLVANIA AVE | 41-08-137-013 |
| 1706 PENNSYLVANIA AVE | 41-08-177-002 |
| 1720 PENOYER CT | 41-08-205-011 |
| 913 PERRY ST | 40-11-482-013 |
| 916 PERRY ST | 40-14-226-001 |
| 962 PERRY ST | 40-11-481-004 |
| 970 PERRY ST | 40-11-481-002 |
| 727 PETTIBONE AVE | 41-19-382-008 |
| 1016 PETTIBONE AVE | 40-24-481-035 |
| 1418 PETTIBONE AVE | 40-24-453-059 |
| 1626 PETTIBONE AVE | 40-24-453-038 |
| 2630 PEWANAGA PL | 41-20-178-028 |
| 2014 PIERCE ST | |
| 1036 PINEHURST AVE | 40-25-281-023 |
| 1130 PINEHURST AVE | 40-25-281-012 |
| 1240 PINEHURST AVE | 40-25-280-024 |
| 2660 PINETREE DR | 41-20-254-026 |
| 3701 PITKIN AVE | 41-09-230-015 |
| 3846 PITKIN AVE | 41-09-233-013 |
| 2518 PLAINFIELD AVE | 47-32-234-020 |
| 2707 PLAINFIELD AVE | 47-32-233-007 |
| 513 PROSPECT ST | 40-13-130-074 |
| 729 PROSPECT ST | 40-12-384-017 |
| 1525 PROSPECT ST | 40-12-304-002 |
| 2101 PROSPECT ST | 40-11-281-007 |
| 2421 PROSPECT ST | 40-11-255-016 |
| 2729 PROSPECT ST | 40-11-177-002 |
| 3127 PROSPECT ST | 40-10-229-010 |
| 3609 RACE ST | 46-35-484-016 |
| 1510 RANDY CT | 46-26-403-008 |
| 2005 RASKOB ST | 40-11-431-007 |
| 2612 RASKOB ST | 40-11-183-033 |
| 2640 RASKOB ST | 40-11-183-024 |
| 2932 RASKOB ST | 40-11-155-012 |
| 3139 RASKOB ST | 40-10-278-009 |
| 1401 RASPBERRY LN | 40-25-255-028 |
| 3914 RED ARROW RD | 41-29-104-013 |
| 2438 REID ST | 40-14-458-020 |
| 858 REMINGTON AVE | 41-19-158-005 |
| 1034 REMINGTON AVE | 40-24-277-020 |
| 2717 REYNOLDS ST | 40-14-389-012 |
| 2718 REYNOLDS ST | 40-14-387-023 |

| Address | Parcel ID |
|---|---|
| 2822 REYNOLDS ST | 40-14-387-014 |
| 2823 REYNOLDS ST | 40-14-389-004 |
| 2826 REYNOLDS ST | 40-14-387-013 |
| 2910 REYNOLDS ST | 40-14-386-006 |
| 3805 RISEDORPH AVE | 41-04-430-014 |
| 3814 RISEDORPH AVE | 41-04-432-004 |
| 1069 RONALD ST | 07-25-579-022 |
| 1409 ROOSEVELT AVE | 41-08-152-023 |
| 1036 ROOT ST | 40-12-282-059 |
| 1214 ROOT ST | 40-12-278-010 |
| 1917 ROOT ST | 40-01-478-015 |
| 6701 ROSEANNA DR | 47-29-201-038 |
| 1709 ROSELAWN DR | 46-35-128-024 |
| 909 S BALLENGER HWY | 40-14-351-002 |
| 917 S BALLENGER HWY | 40-14-351-003 |
| 921 S BALLENGER HWY | 40-14-351-004 |
| 945 S BALLENGER HWY | 40-14-351-012 |
| 1302 S BALLENGER HWY | 40-22-231-011 |
| 411 S FRANKLIN AVE | 41-08-331-005 |
| 601 S FRANKLIN AVE | 41-08-380-008 |
| 1109 S FRANKLIN AVE | 41-17-135-003 |
| 1409 S FRANKLIN AVE | 41-17-181-006 |
| 936 S GRAND TRAVERSE | 41-18-302-017 |
| 1010 S GRAND TRAVERSE | 41-18-307-013 |
| 1041 S GRAND TRAVERSE | 41-18-309-002 |
| 1108 S GRAND TRAVERSE | 41-18-308-014 |
| 1110 S GRAND TRAVERSE | 41-18-308-015 |
| 1114 S GRAND TRAVERSE | 41-18-308-025 |
| 2110 S GRAND TRAVERSE | 41-19-132-018 |
| 2202 S GRAND TRAVERSE | 41-19-132-023 |
| 2208 S GRAND TRAVERSE | 41-19-132-021 |
| 2308 S GRAND TRAVERSE | 41-19-133-015 |
| 2314 S GRAND TRAVERSE | 41-19-133-016 |
| 2902 S GRAND TRAVERSE | 41-19-331-029 |
| 2910 S GRAND TRAVERSE | 41-19-331-031 |
| 2914 S GRAND TRAVERSE | 41-19-331-032 |
| 3012 S GRAND TRAVERSE | 41-19-333-037 |
| 3108 S GRAND TRAVERSE | 41-19-335-031 |
| 3520 S GRAND TRAVERSE | 41-19-381-026 |
| 3902 S GRAND TRAVERSE | 41-30-129-021 |
| 3906 S GRAND TRAVERSE | 41-30-129-022 |
| 3912 S GRAND TRAVERSE | 41-30-129-023 |
| 3914 S GRAND TRAVERSE | 41-30-129-024 |
| 4108 S GRAND TRAVERSE | 41-30-133-025 |
| 4208 S GRAND TRAVERSE | 41-30-135-024 |
| 4402 S GRAND TRAVERSE | 41-30-179-023 |
| 101 S VERNON AVE | 41-08-402-001 |
| 939 SALISBURY AVE | 40-15-478-010 |
| 952 SALISBURY AVE | 40-15-481-012 |
| 103 SANFORD PL | |
| 104 SANFORD PL | 40-12-460-009 |
| 921 SCOTT ST | 40-13-426-005 |
| 5309 SELBY ST | 47-30-377-017 |
| 1812 SENECA ST | 40-02-355-002 |
| 2201 SENECA ST | 40-02-306-050 |

| Address | Parcel |
|---|---|
| 3006 SENECA ST | 40-02-109-009 |
| 311 SEVENTH AVE | 40-12-405-011 |
| 320 SEVENTH AVE | 40-12-402-029 |
| 1810 SEYMOUR ST | 41-17-402-007 |
| 3202 SHAWNEE AVE | 41-20-427-036 |
| 4207 SHAWNEE AVE | 41-29-277-002 |
| 4314 SHAWNEE AVE | 41-29-254-027 |
| 229 SHERMAN AVE | 46-25-409-025 |
| 602 SHERMAN AVE | 46-25-437-001 |
| 3321 SHERWOOD DR | 40-14-159-012 |
| 3322 SHERWOOD DR | 40-14-179-011 |
| 3409 SHERWOOD DR | 40-14-159-008 |
| 3509 SHERWOOD DR | 40-14-159-003 |
| 3515 SHERWOOD DR | 40-14-159-001 |
| 647 SIMCOE AVE | 41-19-333-004 |
| 655 SIMCOE AVE | 41-19-333-002 |
| 728 SIMCOE AVE | 41-19-330-017 |
| 741 SIMCOE AVE | 41-19-332-007 |
| 750 SIMCOE AVE | 41-19-330-012 |
| 1038 SIMCOE AVE | 40-24-428-029 |
| 1125 SIMCOE AVE | 40-24-429-048 |
| 1138 SIMCOE AVE | 40-24-428-020 |
| 2005 SLOAN ST | 40-11-476-004 |
| 2013 SLOAN ST | 40-11-476-002 |
| 2310 SLOAN ST | 40-11-406-032 |
| 2313 SLOAN ST | 40-11-407-010 |
| 2613 SLOAN ST | 40-11-327-015 |
| 2617 SLOAN ST | 40-11-327-014 |
| 2620 SLOAN ST | 40-11-326-026 |
| 2621 SLOAN ST | 40-11-327-013 |
| 2630 SLOAN ST | 40-11-326-024 |
| 2716 SLOAN ST | 40-11-184-029 |
| 3155 SLOAN ST | 40-10-280-002 |
| 3227 SLOAN ST | 40-10-204-031 |
| 1002 SOMERSET LN | 41-16-227-027 |
| 1207 SOMERSET LN | 41-16-229-020 |
| 2318 SONNY ST | 46-35-353-014 |
| 1018 SOUTH DR | 40-13-364-011 |
| 1002 SOUTHLAWN AVE | 41-29-228-006 |
| 717 SPELLMAN DR | 41-07-106-005 |
| 709 ST CLAIR ST | 40-14-276-029 |
| 1951 STANFORD AVE | 41-17-353-003 |
| 2113 STANFORD AVE | 41-20-104-006 |
| 2201 STARKWEATHER ST | 41-04-453-026 |
| 3601 STERLING ST | 46-35-458-022 |
| 4033 STERLING ST | 46-35-406-011 |
| 4114 STERLING ST | 46-35-407-007 |
| 4122 STERLING ST | 46-35-407-005 |
| 803 STEVENS ST | 41-18-204-002 |
| 908 STOCKDALE ST | 40-02-481-031 |
| 1302 STOCKER AVE | 40-23-109-029 |
| 1501 STOCKTON ST | 41-18-379-012 |
| 2002 STONEY BROOK CT | 40-25-127-026 |
| 3615 SUNRIDGE DR | 47-33-376-096 |
| 3305 SUNSET DR | 40-14-177-026 |

| Address | Parcel ID |
|---|---|
| 3411 SUNSET DR | 40-14-176-002 |
| 3511 SUNSET DR | 40-14-153-002 |
| 3759 SUNSET DR | 40-14-103-004 |
| 5302 SUSAN ST | 46-26-476-016 |
| 5330 SUSSEX DR | 46-26-380-019 |
| 1209 SUTTON AVE | 40-10-276-022 |
| 2121 SWAYZE ST | 40-14-486-015 |
| 2202 SWAYZE ST | 40-14-484-033 |
| 2522 SWAYZE ST | 40-23-202-011 |
| 2641 SWAYZE ST | 40-23-203-002 |
| 2645 SWAYZE ST | |
| 859 TACKEN ST | 40-15-432-002 |
| 870 TACKEN ST | 40-15-433-005 |
| 874 TACKEN ST | 40-15-433-007 |
| 1613 TACOMA ST | 41-18-381-019 |
| 1910 TEBO ST | 41-16-378-019 |
| 1925 TEBO ST | 41-16-379-006 |
| 1936 TEBO ST | 41-16-378-025 |
| 2006 TEBO ST | 41-16-378-029 |
| 359 TENNYSON AVE | 41-29-158-012 |
| 4927 THETA PASSAGE | 47-32-228-017 |
| 2210 THOM ST | 41-05-252-004 |
| 414 THOMSON ST | 41-07-451-007 |
| 436 THOMSON ST | 41-07-451-052 |
| 1802 TIMBERLANE DR | 40-24-380-014 |
| 1821 TIMBERLANE DR | 40-24-379-017 |
| 2514 TRUMBULL AVE | 40-02-182-003 |
| 4506 TRUMBULL DR | 46-35-179-040 |
| 1514 TULANE CIR | 41-07-117-018 |
| 2314 TUSCOLA AVE | 41-08-428-005 |
| 4009 TUXEDO AVE | 40-25-231-002 |
| 710 VERMILYA AVE | 41-19-376-027 |
| 501 W ALMA AVE | 46-25-108-007 |
| 506 W ALMA AVE | 46-25-106-018 |
| 514 W ALMA AVE | 46-25-106-015 |
| 643 W AUSTIN AVE | 46-25-157-002 |
| 909 W BALTIMORE BLVD | 46-35-277-003 |
| 525 W BISHOP AVE | 46-36-152-044 |
| 202 W BUNDY AVE | 46-25-126-022 |
| 633 W BUNDY AVE | 46-25-103-005 |
| 728 W BUNDY AVE | 46-26-228-021 |
| 325 W CARPENTER RD | 46-25-126-064 |
| 1001 W CARPENTER RD | 46-26-227-028 |
| 1101 W CARPENTER RD | 46-26-226-001 |
| 1735 W CARPENTER RD | 46-26-126-044 |
| 2481 W CARPENTER RD | 46-26-101-034 |
| 608 W COURT ST | 40-13-286-041 |
| 1701 W COURT ST | 40-13-364-004 |
| 3017 W COURT ST | 40-14-356-001 |
| 3106 W COURT ST | 40-14-307-047 |
| 3118 W COURT ST | 40-14-307-053 |
| 3209 W COURT ST | 40-14-354-003 |
| 3610 W COURT ST | 40-15-435-013 |
| 3802 W COURT ST | 40-15-434-029 |
| 3810 W COURT ST | 40-15-434-027 |

| Address | Parcel ID |
|---|---|
| 4018 W COURT ST | 40-15-433-010 |
| 814 W DAYTON ST | 40-02-283-024 |
| 2014 W DAYTON ST | 40-02-326-002 |
| 2107 W DAYTON ST | 40-02-309-002 |
| 221 W DEWEY ST | 40-01-127-003 |
| 406 W DEWEY ST | 40-01-102-022 |
| 422 W DEWEY ST | 40-01-102-018 |
| 723 W DEWEY ST | 40-02-230-005 |
| 229 W ELDRIDGE AVE | 46-36-179-018 |
| 414 W ELDRIDGE AVE | 46-36-178-033 |
| 427 W FIFTH AVE | 40-12-453-018 |
| 407 W FIFTH ST | 41-18-307-005 |
| 512 W FIFTH ST | 41-18-301-011 |
| 130 W FLINT PARK BLVD | 46-36-177-058 |
| 633 W FLINT PARK BLVD | 46-36-153-003 |
| 306 W FOSS AVE | 46-25-132-021 |
| 314 W FOURTH AVE | 40-12-430-017 |
| 1208 W FOURTH AVE | 40-13-103-013 |
| 221 W GENESEE ST | 40-01-176-004 |
| 309 W HOME AVE | 46-25-302-027 |
| 634 W HOME AVE | 46-25-301-011 |
| 711 W JAMIESON ST | 40-02-232-006 |
| 815 W JAMIESON ST | 40-02-231-009 |
| 3827 W KEARSLEY ST | 40-15-432-040 |
| 112 W LINSEY BLVD | 41-19-254-031 |
| 509 W LORADO AVE | 46-25-154-005 |
| 129 W MC CLELLAN ST | 40-01-129-011 |
| 1510 W MOTT AVE | 46-26-403-042 |
| 1315 W MYRTLE AVE | 46-35-453-001 |
| 112 W PATERSON ST | 40-01-378-036 |
| 218 W PHILADELPHIA BLV | 46-36-128-040 |
| 201 W PIERSON RD | 46-36-126-019 |
| 302 W PIERSON RD | 46-25-379-027 |
| 306 W PIERSON RD | 46-25-379-026 |
| 309 W PIERSON RD | 46-36-126-012 |
| 317 W PIERSON RD | 46-36-126-011 |
| 322 W PIERSON RD | 46-25-379-021 |
| 423 W PIERSON RD | 46-36-126-001 |
| 605 W PIERSON RD | 46-36-101-012 |
| 608 W PIERSON RD | 46-25-355-022 |
| 624 W PIERSON RD | 46-25-355-018 |
| 801 W PIERSON RD | 46-35-229-005 |
| 812 W PIERSON RD | 46-26-481-023 |
| 902 W PIERSON RD | 46-26-481-020 |
| 1109 W PIERSON RD | 46-35-226-002 |
| 1301 W PIERSON RD | 46-35-203-006 |
| 1310 W PIERSON RD | 46-26-455-027 |
| 1317 W PIERSON RD | 46-35-203-034 |
| 1415 W PIERSON RD | 46-35-202-001 |
| 221 W PIPER AVE | 46-25-328-003 |
| 617 W RANKIN ST | 40-01-157-001 |
| 624 W RIDGEWAY AVE | 46-25-354-011 |
| 1008 W RIDGEWAY AVE | 46-26-477-034 |
| 521 W RUSSELL AVE | 46-25-159-002 |
| 609 W RUTH AVE | 46-25-155-011 |

| Address | Parcel ID |
|---|---|
| 117 W STEWART AVE | 46-36-180-027 |
| 121 W STEWART AVE | 46-36-180-026 |
| 217 W STEWART AVE | 46-36-180-021 |
| 218 W STEWART AVE | 46-36-179-053 |
| 221 W STEWART AVE | 46-36-180-035 |
| 222 W STEWART AVE | 46-36-179-052 |
| 318 W STEWART AVE | 46-36-179-046 |
| 325 W STEWART AVE | 46-36-180-011 |
| 401 W STEWART AVE | 46-36-180-009 |
| 402 W STEWART AVE | 46-36-179-041 |
| 410 W STEWART AVE | 46-36-179-040 |
| 418 W STEWART AVE | 46-36-179-037 |
| 511 W STEWART AVE | 46-36-155-015 |
| 516 W STEWART AVE | 46-36-154-043 |
| 525 W STEWART AVE | 46-36-155-013 |
| 541 W STEWART AVE | 46-36-155-011 |
| 542 W STEWART AVE | 46-36-154-038 |
| 614 W STEWART AVE | 46-36-154-032 |
| 624 W STEWART AVE | 46-36-154-029 |
| 634 W STEWART AVE | 46-36-154-026 |
| 817 W STEWART AVE | 46-35-282-004 |
| 833 W STEWART AVE | 46-35-281-022 |
| 841 W STEWART AVE | 46-35-281-024 |
| 845 W STEWART AVE | 46-35-281-025 |
| 1208 W STEWART AVE | 46-35-255-044 |
| 1209 W STEWART AVE | 46-35-257-003 |
| 1317 W STEWART AVE | 46-35-256-013 |
| 1510 W STEWART AVE | 46-35-255-027 |
| 2002 W STEWART AVE | 46-35-155-052 |
| 2010 W STEWART AVE | 46-35-155-050 |
| 2014 W STEWART AVE | 46-35-155-049 |
| 2218 W STEWART AVE | 46-35-155-035 |
| 2307 W STEWART AVE | 46-35-157-003 |
| 417 W TAYLOR ST | 40-01-156-003 |
| 418 W THIRD ST A | 40-13-285-011 |
| 418 W THIRD ST B | 40-13-285-011 |
| 134 W TOBIAS ST | 41-19-252-034 |
| 1038 W TWELFTH ST | 40-24-229-015 |
| 1042 W TWELFTH ST | 40-24-229-014 |
| 612 W UNIVERSITY AVE | 40-12-455-015 |
| 1204 W UNIVERSITY AVE | 40-13-126-018 |
| 2008 W UNIVERSITY AVE | 40-14-276-041 |
| 2012 W UNIVERSITY AVE | 40-14-276-040 |
| 213 W VAN WAGONER AVE | 46-36-379-004 |
| 317 W WITHERBEE ST | 40-01-352-011 |
| 524 W WITHERBEE ST | 40-01-311-019 |
| 623 W WITHERBEE ST | 40-01-351-001 |
| 112 W YORK AVE | 46-25-126-044 |
| 305 W YORK AVE | 46-25-128-005 |
| 911 WALDMAN AVE | 41-19-359-003 |
| 1614 WALDMAN AVE | 40-24-454-038 |
| 1207 WALKER ST | 41-18-354-015 |
| 1738 WALNUT CREEK DR | 40-25-178-032 |
| 2713 WALTER ST | 40-02-178-022 |
| 4618 WARRINGTON DR | 46-35-178-068 |

| Address | Parcel ID |
|---|---|
| 2018 WEAVER ST | 47-32-452-016 |
| 1709 WEBSTER RD | 47-29-180-022 |
| 6920 WEBSTER RD | 47-29-201-010 |
| 301 WELCH BLVD | 40-12-128-005 |
| 635 WELCH BLVD | 40-12-103-002 |
| 2133 WELCH BLVD | 40-02-310-009 |
| 3506 WESLEY ST | 46-36-460-007 |
| 324 WESTCOMBE AVE | 40-14-153-014 |
| 332 WESTCOMBE AVE | 40-14-153-015 |
| 343 WESTCOMBE AVE | 40-14-176-010 |
| 402 WESTCOMBE AVE | 40-14-154-021 |
| 412 WESTCOMBE AVE | 40-14-154-023 |
| 460 WESTCOMBE AVE | 40-14-156-017 |
| 465 WESTCOMBE AVE | 40-14-304-013 |
| 713 WESTCOMBE AVE | 40-14-301-004 |
| 4801 WESTERN RD | 47-32-230-037 |
| 5001 WESTERN RD | 47-32-230-025 |
| 5217 WESTERN RD | 47-29-476-015 |
| 5813 WESTERN RD | 47-28-301-037 |
| 2615 WESTWOOD PKWY | 40-23-256-002 |
| 1108 WHITINGHAM DR | 41-16-229-028 |
| 3155 WHITNEY AVE | 07-22-502-289 |
| 3714 WHITNEY AVE | 40-22-231-015 |
| 2006 WHITTLESEY ST | 41-17-458-016 |
| 2026 WHITTLESEY ST | 41-17-458-021 |
| 716 WILBERFORCE DR | 41-07-114-005 |
| 701 WILBERFORCE LN | 41-07-112-007 |
| 713 WILBERFORCE LN | 41-07-112-011 |
| 2201 WINDEMERE AVE | 41-08-455-027 |
| 1805 WINONA ST | 40-02-355-024 |
| 1909 WINONA ST | 40-02-353-025 |
| 2013 WINONA ST | 40-02-351-023 |
| 2224 WINONA ST | 40-02-327-019 |
| 2320 WINONA ST | 40-02-327-012 |
| 2601 WINONA ST | 40-02-155-032 |
| 2814 WINONA ST | 40-02-111-007 |
| 2820 WINONA ST | 40-02-111-006 |
| 3202 WINONA ST | 40-02-105-014 |
| 3205 WINONA ST | 40-02-104-019 |
| 3301 WINONA ST | 40-02-104-014 |
| 3411 WINONA ST | 46-35-360-033 |
| 3414 WINONA ST | 46-35-381-014 |
| 3419 WINONA ST | 46-35-360-031 |
| 3502 WINONA ST | 46-35-381-012 |
| 3505 WINONA ST | 46-35-360-029 |
| 3521 WINONA ST | 46-35-360-025 |
| 3609 WINONA ST | 46-35-360-022 |
| 3622 WINONA ST | 46-35-381-002 |
| 3710 WINONA ST | 46-35-376-013 |
| 3713 WINONA ST | 46-35-355-025 |
| 3714 WINONA ST | 46-35-376-012 |
| 3717 WINONA ST | 46-35-355-024 |
| 3805 WINONA ST | 46-35-355-023 |
| 3809 WINONA ST | 46-35-355-022 |
| 3905 WINONA ST | 46-35-355-019 |

| Address | Parcel ID |
|---|---|
| 3917 WINONA ST | 46-35-355-017 |
| 3921 WINONA ST | 46-35-355-016 |
| 4016 WINONA ST | 46-35-327-011 |
| 4120 WINONA ST | 46-35-327-003 |
| 4124 WINONA ST | 46-35-327-002 |
| 4128 WINONA ST | 46-35-327-029 |
| 4207 WINONA ST | 46-35-305-012 |
| 4220 WINONA ST | 46-35-326-004 |
| 4232 WINONA ST | 46-35-326-002 |
| 4236 WINONA ST | 46-35-180-001 |
| 1705 WISCONSIN AVE | 41-08-132-014 |
| 1718 WISCONSIN AVE | 41-08-134-021 |
| 3017 WISNER ST | 40-02-107-051 |
| 3105 WISNER ST | 40-02-107-028 |
| 3821 WISNER ST | 46-35-352-023 |
| 3914 WISNER ST | 46-35-353-003 |
| 4235 WISNER ST | 46-35-156-003 |
| 1302 WOLCOTT ST | 40-12-305-032 |
| 1310 WOLCOTT ST | 40-12-305-030 |
| 1808 WOLCOTT ST | |
| 2209 WOLCOTT ST | 40-11-403-006 |
| 2618 WOLCOTT ST | 40-11-255-021 |
| 2717 WOLCOTT ST | 40-11-178-016 |
| 2953 WOLCOTT ST | 40-11-111-002 |
| 1342 WOODBRIDGE ST | 40-11-427-030 |
| 2614 WOODROW AVE | 41-05-478-003 |
| 3144 WOODROW AVE | 41-04-334-011 |
| 3818 WOODROW AVE | 41-04-434-005 |
| 1618 WYOMING AVE | 41-05-130-004 |
| 1654 WYOMING AVE | 41-05-130-013 |
| 3121 WYOMING AVE | 41-04-127-032 |
| 3014 YALE ST | 40-23-181-016 |
| 3017 YALE ST | 40-23-183-002 |
| 3018 YALE ST | 40-23-181-015 |
| 3022 YALE ST | 40-23-181-014 |
| 3929 ZIMMERMAN ST | 40-15-477-002 |