# Exhibit 4

| Address | Location | Hard Surface | Hard Surface | Soft Surface | Soft Surface |
|---|---|---|---|---|---|
| 1716 ADAMS AVE | 40-01-458-009 | 10/4/2022 | 10/20/2022 | 10/20/2022 | 10/20/2022 |
| 2417 ADAMS AVE | 40-01-404-010 | 10/4/2022 | 10/25/2022 | 10/25/2022 | 10/25/2022 |
| 346 ALLENDALE PL | 40-14-176-017 | | | 05/19/23 | 05/19/23 |
| 2514 ALPHA WAY | 47-32-228-013 | | | 10/7/2022 | 10/7/2022 |
| 2710 ALPHA WAY | 47-32-231-004 | | | 05/17/23 | 05/17/23 |
| 2805 ALPHA WAY | 47-33-101-005 | | | 10/7/2022 | 10/7/2022 |
| 2813 ALPHA WAY | 47-33-101-034 | | | 05/18/23 | 05/18/23 |
| 2814 ALPHA WAY | 47-33-102-008 | | | 05/18/23 | 05/18/23 |
| 4918 ALPHA WAY | 47-32-228-003 | | | 05/12/23 | 05/12/23 |
| 4919 ALPHA WAY | 47-32-226-005 | | | 05/12/23 | 05/12/23 |
| 524 ALVORD AVE | 41-30-204-020 | 9/21/2022 | 9/22/2022 | 9/23/2022 | 9/23/2022 |
| 619 ALVORD AVE | 41-30-135-032 | | | 9/28/2022 | |
| 624 ALVORD AVE | 41-30-133-020 | | | 11/04/22 | 11/04/22 |
| 710 ALVORD AVE | 41-30-132-027 | 9/20/2022 | 9/20/2022 | 9/23/2022 | 9/23/2022 |
| 722 ALVORD AVE | 41-30-132-023 | | | 05/26/23 | 05/26/23 |
| 1713 ARIZONA AVE | 41-05-127-023 | | | 05/24/23 | 05/24/23 |
| 2205 ARLINGTON AVE | 41-05-407-043 | | | 05/18/23 | 05/18/23 |
| 3149 AUGUSTA ST | 07-22-502-237 | | | 05/16/23 | 05/16/23 |
| 1408 AVENUE A | 40-12-234-018 | | | 05/25/23 | 05/25/23 |
| 1217 AVENUE C | 40-12-209-047 | | | 05/12/23 | 05/12/23 |
| 1834 BARKS ST | 41-17-403-022 | 11/8/2022 | 11/17/2022 | | |
| 818 BARNEY AVE | 40-14-305-021 | | | 05/16/23 | 05/16/23 |
| 972 BARNEY AVE | 40-14-358-019 | | | 10/20/22 | 10/20/22 |
| 992 BARNEY AVE | 40-14-358-024 | 05/26/23 | 05/30/23 | 06/05/23 | 06/05/23 |
| 808 BARRIE AVE | 41-19-304-023 | | | 11/02/22 | 11/02/22 |
| 909 BARRIE AVE | 41-19-305-013 | | | 10/25/22 | 10/25/22 |
| 1019 BARRIE AVE | 40-24-428-017 | | | 10/25/22 | 10/25/22 |
| 1932 BAYBERRY LN | 40-24-377-002 | | | 05/08/23 | 05/08/23 |
| 927 BEARD ST | 41-17-126-008 | | | 9/22/2022 | 9/23/2022 |
| 1119 BEARD ST | 41-17-131-004 | | | 9/22/2022 | 9/23/2022 |
| 2220 BEGOLE ST | 40-11-229-036 | | | 05/24/23 | 05/24/23 |
| 2613 BEGOLE ST | 40-11-126-013 | 9/21/2022 | 9/29/2022 | 9/30/2022 | 9/30/2022 |
| 2914 BEGOLE ST | 40-02-379-026 | 9/21/2022 | 9/22/2022 | | |
| 2945 BEGOLE ST | 40-02-354-007 | | | 05/17/23 | 05/17/23 |
| 2960 BEGOLE ST | 40-02-352-002 | 9/26/2022 | 10/3/2022 | 9/22/2022 | 10/4/2022 |
| 3021 BEGOLE ST | 40-02-353-013 | 9/21/2022 | 9/29/2022 | 9/30/2022 | 9/30/2022 |
| 3124 BEGOLE ST | 40-02-351-012 | | | 05/17/23 | 05/17/23 |
| 3134 BEGOLE ST | 40-02-351-004 | 9/28/2022 | 9/30/2022 | 10/5/2022 | 10/5/2022 |
| 1401 BELLCREEK DR | 46-26-251-005 | | | 10/11/22 | 10/11/22 |
| 6305 BELLTREE LN | 46-26-176-029 | | | 10/6/2022 | 10/6/2022 |
| 2309 BENNETT AVE | 41-05-476-014 | | | 05/18/23 | 05/18/23 |
| 2010 BERKLEY ST | 40-11-429-028 | 9/30/2022 | 10/3/2022 | 9/22/2022 | 10/3/2022 |
| 2633 BERKLEY ST | 40-11-183-013 | | | 9/30/2022 | 9/30/2022 |
| 1414 BERRYWOOD LN | 40-25-201-047 | | | 10/13/22 | 10/13/22 |
| 2423 BETA LN | 47-32-228-028 | | | 10/5/2022 | 10/5/2022 |
| 1601 BINGHAM ST | 41-09-201-021 | | | 10/6/2022 | 10/6/2022 |
| 4701 BIRCHCREST DR | 46-35-104-019 | | | 10/11/22 | 10/11/22 |
| 1627 BLACKBERRY LN | 40-25-253-028 | 9/22/2022 | 9/22/2022 | 9/22/2022 | 9/20/2022 |
| 701 BLAIR ST | 40-11-380-035 | | | 05/19/23 | 05/19/23 |
| 1510 BLUEBERRY LN | 40-25-203-025 | | | 05/16/23 | 05/16/23 |
| 1307 BOLAN DR | 46-26-455-040 | | | 05/18/23 | 05/18/23 |
| 612 BRADLEY AVE | 40-14-329-017 | | | 05/16/23 | 05/16/23 |
| 911 BRADLEY AVE | 40-14-381-005 | | | 05/16/23 | 05/16/23 |
| 951 BRADLEY AVE | 40-14-385-001 | | | 05/17/23 | 05/17/23 |

| Address | Parcel ID | Date 1 | Date 2 | Date 3 | Date 4 |
|---|---|---|---|---|---|
| 3426 BRANCH RD | 11-33-502-038 | | | 05/16/23 | 05/16/23 |
| 4225 BRANCH RD | 47-33-303-006 | | | 05/16/23 | 05/16/23 |
| 5809 BRANCH RD | 47-28-305-040 | | | 05/16/23 | 05/16/23 |
| 2809 BRANDON ST | 40-23-182-010 | 05/25/23 | 05/25/23 | 06/12/23 | 06/12/23 |
| 2918 BRANDON ST | 40-23-179-024 | | | 05/04/23 | 05/04/23 |
| 3514 BRANDON ST | 40-23-301-018 | | | 10/25/22 | 10/25/22 |
| 3436 BRENT AVE | 41-09-211-010 | | | 05/11/23 | 05/11/23 |
| 3511 BRENTWOOD DR | 40-14-160-002 | | | 10/3/2022 | 10/3/2022 |
| 2222 BROWN ST | 40-14-486-028 | 10/1/2022 | 10/28/2022 | 10/28/2022 | 10/28/2022 |
| 4001 BROWNELL BLVD | 46-35-327-028 | | | 05/09/23 | 05/09/23 |
| 4102 BROWNELL BLVD | 46-35-328-059 | | | 05/09/23 | 05/09/23 |
| 4205 BROWNELL BLVD | 46-35-326-012 | | | 05/09/23 | 05/09/23 |
| 2706 BRUNSWICK AVE | 41-19-161-017 | 04/20/23 | 05/05/23 | | |
| 3805 BRUNSWICK AVE | 41-30-102-002 | | | 10/13/22 | 10/13/22 |
| 3813 BRUNSWICK AVE | 41-30-102-004 | | | 11/03/22 | 11/03/22 |
| 2023 CADILLAC ST | 47-29-127-040 | | | 06/05/23 | 06/05/23 |
| 1230 CALDWELL AVE | 40-12-163-016 | | | 05/12/23 | 05/12/23 |
| 615 CAMPBELL ST | 41-30-129-008 | | | 05/08/23 | 05/08/23 |
| 616 CAMPBELL ST | 41-30-127-022 | | | 05/08/23 | 05/08/23 |
| 624 CAMPBELL ST | 41-30-127-019 | | | 05/26/23 | 05/26/23 |
| 627 CAMPBELL ST | 41-30-129-006 | | | 05/26/23 | 05/26/23 |
| 709 CAMPBELL ST | 41-30-128-026 | 05/09/23 | 05/15/23 | 05/31/23 | 05/31/23 |
| 725 CAMPBELL ST | 41-30-128-008 | | | 05/08/23 | 05/08/23 |
| 742 CAMPBELL ST | 41-30-129-006 | | | 05/26/23 | 05/26/23 |
| 1710 CANNIFF ST | 46-35-129-035 | | | 05/15/23 | 05/15/23 |
| 1902 CANNIFF ST | 46-35-131-025 | | | 05/12/23 | 05/12/23 |
| 1912 CANNIFF ST | 46-35-131-023 | | | 05/12/23 | 05/12/23 |
| 2118 CANNIFF ST | 46-35-153-036 | | | 05/16/23 | 05/16/23 |
| 2133 CARTIER ST | 40-14-201-024 | 9/28/2022 | 10/3/2022 | 10/3/2022 | 10/3/2022 |
| 3529 CHAMBERS ST | 41-21-378-008 | | | 05/16/23 | 05/16/23 |
| 412 CHANDLER AVE | 41-08-410-009 | 06/19/23 | 06/19/23 | 06/21/23 | 06/21/23 |
| 1424 CHATHAM DR | 46-26-251-014 | | | 10/11/22 | 10/11/22 |
| 1823 CHELAN ST | 41-17-428-008 | 11/8/2022 | 11/17/2022 | | |
| 2058 CHELAN ST | 41-17-479-027 | 06/01/23 | 06/01/23 | 06/12/23 | 06/12/23 |
| 3305 CHEROKEE AVE | 41-20-476-003 | | | 10/20/2022 | 10/20/2022 |
| 3418 CHEROKEE AVE | 41-20-457-040 | | | 10/17/22 | 10/17/22 |
| 3505 CHEROKEE AVE | 41-20-476-012 | | | 10/17/22 | 10/17/22 |
| 3702 CHEROKEE AVE | 41-20-457-053 | | | 10/24/22 | 10/24/22 |
| 2222 CHIPPEWA ST | 40-01-434-012 | | | 11/09/23 | 11/09/23 |
| 1208 CHURCH ST | 41-18-329-013 | 06/06/23 | 06/08/23 | 06/20/23 | 06/20/23 |
| 1226 CHURCH ST | 41-18-329-027 | 06/06/23 | 06/08/23 | 06/20/23 | 06/20/23 |
| 2930 CIRCLE DR | 41-20-178-025 | | | 11/04/22 | 11/04/22 |
| 3009 CIRCLE DR | 41-20-403-003 | | | 10/27/22 | 10/27/22 |
| 3401 CLAIRMONT ST | 40-23-155-015 | | | 10/17/22 | 10/17/22 |
| 3718 CLAIRMONT ST | 40-22-279-016 | | | 05/18/23 | 05/18/23 |
| 3825 CLAIRMONT ST | 40-22-280-010 | 05/25/23 | 05/25/23 | 06/06/23 | 06/06/23 |
| 2218 CLEMENT ST | 40-11-234-023 | | | 9/29/2022 | 9/29/2022 |
| 2828 CLEMENT ST | 40-11-129-024 | 11/16/2022 | 11/18/2022 | 9/29/2020 | 9/29/2020 |
| 3221 CLEMENT ST | 40-03-483-007 | | | 10/28/22 | 05/24/23 |
| 611 CLINTON ST | 41-30-177-011 | | | 11/03/22 | 11/03/22 |
| 630 CLINTON ST | 41-30-135-017 | | | 11/02/22 | 11/02/22 |
| 709 CLINTON ST | 41-30-176-013 | | | 11/08/22 | 11/08/22 |
| 710 CLINTON ST | 41-30-134-024 | | | 11/08/22 | 11/08/22 |
| 722 CLINTON ST | 41-30-134-021 | | | 11/08/22 | 11/08/22 |
| 734 CLINTON ST | 41-30-134-019 | | | 11/08/22 | 11/08/22 |

| Address | Parcel ID | Col3 | Col4 | Col5 | Col6 |
|---|---|---|---|---|---|
| 738 CLINTON ST | 41-30-134-018 | | | 11/02/22 | 11/02/22 |
| 4601 CLOVERLAWN DR | 46-35-153-040 | | | 05/18/23 | 05/18/23 |
| 4714 CLOVERLAWN DR | 46-35-130-004 | | | 05/14/23 | 05/14/23 |
| 1822 COLCHESTER RD | 40-23-305-062 | | | 10/27/22 | 10/27/22 |
| 1921 COLCHESTER RD | 40-23-401-009 | | | 10/27/22 | 10/27/22 |
| 2001 COLCHESTER RD | 40-23-404-001 | | | 10/27/22 | 10/27/22 |
| 7002 COLLEGE ST | 46-25-102-011 | | | 05/12/23 | 05/12/23 |
| 2827 COLORADO AVE | 41-04-103-024 | 11/8/2022 | 11/8/2022 | | |
| 138 COMMONWEALTH AVE | 41-08-427-018 | | | 05/11/23 | 05/11/23 |
| 3412 COMSTOCK AVE | 46-35-383-016 | | | 05/09/23 | 05/09/23 |
| 3101 CONCORD ST | 40-02-357-008 | | | 05/05/23 | 05/05/23 |
| 1910 COPEMAN BLVD | 40-02-376-023 | | | 05/24/23 | 05/24/23 |
| 6907 CRANWOOD DR | 46-26-227-046 | | | 05/10/23 | 05/10/23 |
| 6908 CRANWOOD DR | 46-26-228-017 | | | 10/11/22 | 10/11/22 |
| 428 CRAPO ST | 41-07-453-039 | | | 05/12/23 | 05/12/23 |
| 928 CRAWFORD ST | 41-30-105-019 | 9/29/2022 | 9/30/2022 | 10/24/2019 | 10/24/2019 |
| 1306 CRAWFORD ST | 40-25-230-016 | | | 05/26/23 | 05/26/23 |
| 1610 CRESCENT DR | 40-13-376-018 | 11/29/22 | 11/30/22 | 11/04/22 | 11/04/22 |
| 2224 CROCKER AVE | 41-20-106-012 | 06/01/23 | 06/05/23 | 06/15/23 | 06/15/23 |
| 1506 CRONK AVE | 41-08-135-014 | | | 10/7/2022 | 10/7/2022 |
| 2222 CUMINGS AVE | 40-23-227-017 | 05/25/23 | 05/30/23 | 06/12/23 | 06/12/23 |
| 4205 CUSTER AVE | 41-29-177-009 | 06/12/23 | 06/12/23 | 06/20/23 | 06/20/23 |
| 4222 CUSTER AVE | 41-29-176-056 | 06/12/23 | 06/12/23 | 06/20/23 | 06/20/23 |
| 2434 DAKOTA AVE | 41-05-283-011 | | | 9/30/2022 | 9/30/2022 |
| 2706 DAKOTA AVE | 41-05-284-008 | 9/29/2022 | 10/5/2022 | | |
| 131 DAMON ST | 46-36-406-020 | | | 05/10/23 | 05/10/23 |
| 6509 DARYLL DR | 46-26-229-024 | | | 9/28/2022 | 9/28/2022 |
| 6618 DARYLL DR | 46-26-230-021 | | | 9/29/2022 | 9/29/2022 |
| 913 DAVIS ST | 40-13-427-008 | | | 06/07/23 | 06/07/23 |
| 2908 DEARBORN ST | 41-20-403-013 | | | 10/13/2022 | 10/13/2022 |
| 3101 DEARBORN ST | 41-20-404-012 | 11/14/2022 | | | |
| 3126 DEARBORN ST | 41-20-403-024 | 11/14/2022 | | | |
| 3210 DEARBORN ST | 41-20-403-026 | | | 10/13/22 | 10/13/22 |
| 3323 DEARBORN ST | 41-20-453-005 | | | 10/13/2022 | 10/13/2022 |
| 3409 DEARBORN ST | 41-20-453-007 | 11/14/2022 | | | |
| 3410 DEARBORN ST | 41-20-452-024 | | | 10/13/2022 | 10/13/2022 |
| 1420 DOWNEY ST | 40-23-231-018 | 9/23/2022 | 9/29/2022 | 9/30/2022 | 9/30/2022 |
| 238 E ALMA AVE | 46-25-205-011 | 11/28/22 | 11/28/22 | | |
| 1175 E ALMA AVE | 47-30-206-020 | | | 05/12/23 | 05/12/23 |
| 218 E BAKER ST | 40-01-259-022 | | | 10/4/2022 | 10/4/2022 |
| 329 E BALTIMORE BLVD | 46-36-204-059 | | | 05/18/23 | 05/18/23 |
| 633 E BALTIMORE BLVD | 46-36-229-079 | | | 05/14/23 | 05/14/23 |
| 756 E BALTIMORE BLVD | 47-31-105-015 | | | 05/18/23 | 05/18/23 |
| 1014 E BOULEVARD DR | 41-07-201-050 | | | 05/12/23 | 05/12/23 |
| 761 E BUNDY AVE | 47-30-101-040 | | | 05/12/23 | 05/12/23 |
| 777 E BUNDY AVE | 47-30-101-046 | | | 10/6/2022 | 10/6/2022 |
| 306 E ELDRIDGE AVE | 46-36-256-010 | | | 05/26/23 | 05/26/23 |
| 254 E FOSS AVE | 46-25-251-015 | | | 10/10/2022 | 10/10/2022 |
| 302 E FOSS AVE | 46-25-252-001 | | | 10/7/2022 | 10/7/2022 |
| 426 E GRACELAWN AVE | 46-25-434-008 | | | 05/10/23 | 05/10/23 |
| 401 E HEMPHILL RD | 41-29-180-011 | | | 9/23/2022 | 9/23/2022 |
| 234 E HOBSON AVE | 46-25-407-008 | | | 05/10/23 | 05/10/23 |
| 822 E HOLBROOK AVE | 47-30-134-053 | | | 05/12/23 | 05/12/23 |
| 1174 E HOLBROOK AVE | 47-30-210-005 | | | 05/12/23 | 05/12/23 |
| 123 E LINSEY BLVD | 41-19-277-028 | | | 05/31/23 | 05/31/23 |

| Address | Parcel ID | Date 1 | Date 2 | Date 3 | Date 4 |
|---|---|---|---|---|---|
| 210 E LIVINGSTON DR | 41-19-478-013 | 06/15/23 | 06/20/23 | | |
| 132 E MARENGO AVE | 46-36-203-010 | | | 11/04/22 | 11/04/22 |
| 741 E MOORE ST | 47-31-301-013 | | | 10/7/2022 | 10/7/2022 |
| 734 E MOTT AVE | 47-30-352-010 | | | 05/18/23 | 05/18/23 |
| 410 E NEWALL ST | 40-01-435-003 | 10/4/2022 | 10/7/2022 | 10/10/2022 | 10/10/2022 |
| 425 E PIERSON RD | 46-25-482-020 | | | 05/15/23 | 05/15/23 |
| 435 E PIERSON RD | 46-25-482-021 | | | 05/15/23 | 05/15/23 |
| 610 E PULASKI ST | 46-36-227-019 | | | 05/12/23 | 05/12/23 |
| 625 E PULASKI ST | 46-36-226-053 | | | 05/12/23 | 05/12/23 |
| 218 E RANKIN ST | 40-01-258-016 | 10/4/2022 | 10/4/2022 | 10/10/2022 | 10/10/2022 |
| 122 E RUTH AVE | 46-25-181-006 | 10/7/2022 | 10/28/2022 | 10/28/2022 | 10/28/2022 |
| 502 E RUTH AVE | 46-25-280-010 | | | 10/11/2022 | 10/11/2022 |
| 104 E TOBIAS ST | 41-19-277-002 | | | 06/21/23 | 06/21/23 |
| 6622 EASTMONT DR | 47-29-178-009 | | | 10/14/22 | 10/14/22 |
| 6701 EASTMONT DR | 47-29-177-018 | | | 10/21/22 | 10/21/22 |
| 905 EDMUND ST | 47-31-330-028 | | | 05/26/23 | 05/26/23 |
| 5801 EDWARDS AVE | 46-26-428-034 | | | 10/11/2022 | 10/11/2022 |
| 5805 EDWARDS AVE | 46-26-428-033 | | | 05/18/23 | 05/18/23 |
| 2727 EPSILON TR | 47-33-103-023 | | | 05/31/23 | 05/31/23 |
| 3616 EVERGREEN PKWY | 41-16-403-015 | | | 10/5/2022 | 10/5/2022 |
| 3651 EVERGREEN PKWY | 41-16-476-017 | 10/5/2022 | 11/2/2022 | 10/5/2022 | 11/3/2022 |
| 2046 FERRIS AVE | 41-17-355-031 | 10/5/2022 | 11/2/2022 | 11/4/2022 | 11/9/2022 |
| 2722 FIELDING ST | 40-14-382-013 | 10/27/2022 | 10/28/2022 | 10/28/2022 | 10/28/2022 |
| 418 FIRST AVE | 40-12-481-017 | 05/30/23 | 05/30/23 | 06/05/23 | 06/05/23 |
| 5510 FLEMING RD | 46-26-451-003 | | | 05/10/23 | 05/10/23 |
| 6501 FLEMING RD | 46-26-177-019 | | | 05/10/23 | 05/10/23 |
| 1114 FOREST HILL AVE | 40-11-327-004 | | | 05/26/23 | 05/26/23 |
| 1364 FOREST HILL AVE | 40-11-255-001 | | | 05/26/23 | 05/26/23 |
| 1438 FOREST HILL AVE | 40-11-205-002 | | | 05/26/23 | 05/26/23 |
| 713 FRANK ST | 40-14-252-054 | | | 10/14/22 | 10/14/22 |
| 619 FREEMAN AVE | 41-19-337-011 | | | 05/26/23 | 05/26/23 |
| 750 FREEMAN AVE | 41-19-334-019 | 05/12/23 | 05/12/23 | 05/18/23 | 05/18/23 |
| 1424 GARLAND ST | 40-12-208-004 | | | 05/19/23 | 05/19/23 |
| 1851 GILMARTIN ST | 41-16-329-016 | | | 10/4/2022 | 10/4/2022 |
| 5817 GLENN AVE | 46-26-426-030 | | | 05/31/23 | 05/31/23 |
| 3607 GLOUCESTER ST | 41-16-452-022 | | | 10/17/22 | 10/17/22 |
| 2033 GOODRICH AVE | 41-19-205-009 | | | 05/31/23 | 05/31/23 |
| 1219 GRANDY ST | 41-07-203-008 | | | 05/12/23 | 05/12/23 |
| 1518 GREENBROOK LN | 40-25-255-015 | | | 10/13/22 | 10/13/22 |
| 1701 GREENBROOK LN | 40-25-253-035 | | | 10/10/2022 | 10/10/2022 |
| 3801 GREENBROOK LN | 40-25-126-001 | | | 05/08/23 | 05/08/23 |
| 3901 GREENBROOK LN | 40-25-126-005 | 05/10/23 | 05/10/23 | 05/18/23 | 05/18/23 |
| 515 GREENFIELD AVE | 41-08-478-005 | | | 11/04/22 | 11/04/22 |
| 5906 GRIGGS DR | 46-26-330-004 | | | 06/06/23 | 06/06/23 |
| 2818 HAMPSTEAD DR | 47-28-303-050 | | | 10/6/2022 | 10/6/2022 |
| 2828 HAMPSTEAD DR | 47-28-303-005 | | | 10/6/2022 | 10/6/2022 |
| 2833 HAMPSTEAD DR | 47-28-301-019 | | | 10/6/2022 | 10/6/2022 |
| 2910 HAMPSTEAD DR | 47-28-304-002 | | | 10/6/2022 | 10/6/2022 |
| 3002 HAMPSTEAD DR | 47-28-305-002 | | | 05/31/23 | 05/31/23 |
| 3013 HELBER ST | 40-02-351-011 | | | 9/28/2022 | 9/28/2022 |
| 3618 HERRICK ST | 40-22-277-020 | | | 10/20/22 | 10/20/22 |
| 3806 HERRICK ST | 40-22-276-028 | | | 05/04/23 | 05/04/23 |
| 3906 HERRICK ST | 40-22-276-021 | | | 05/04/23 | 05/04/23 |
| 6314 HILLCROFT DR | 47-29-181-027 | | | 05/12/23 | 05/12/23 |
| 6522 HILLCROFT DR | 47-29-181-018 | | | 05/12/23 | 05/12/23 |

| Address | Parcel ID | Date 1 | Date 2 | Date 3 | Date 4 |
|---|---|---|---|---|---|
| 3410 HOGARTH AVE | 40-23-158-023 | 05/25/23 | 05/30/23 | 06/05/23 | 06/05/23 |
| 1849 HOSLER ST | 41-16-331-010 | | | 10/5/2022 | 10/5/2022 |
| 1910 HOSLER ST | 41-16-379-017 | | | 06/12/23 | 06/12/23 |
| 1946 HOSLER ST | 41-16-379-026 | 10/5/2022 | 11/2/2022 | 10/5/2022 | 11/3/2022 |
| 714 HUBBARD AVE | 40-14-301-018 | | | 06/12/23 | 06/12/23 |
| 4306 HUCKLEBERRY LN | 40-25-254-002 | | | 05/08/23 | 05/08/23 |
| 4418 HUCKLEBERRY LN | 40-25-254-010 | | | 05/08/23 | 05/08/23 |
| 3713 HUGGINS ST | 47-33-452-037 | | | 05/24/23 | 05/24/23 |
| 1521 HUGHES AVE | 40-23-132-019 | | | 05/04/23 | 05/04/23 |
| 3314 HULL AVE | 07-25-579-024 | | | 05/26/23 | 05/26/23 |
| 3351 HULL AVE | 07-25-579-075 | | | 05/26/23 | 05/26/23 |
| 2429 HUMBOLDT AVE | 40-02-401-020 | | | 10/6/2022 | 10/6/2022 |
| 620 INGLESIDE AVE | 41-30-179-018 | | | 05/08/23 | 05/08/23 |
| 1309 INGLESIDE AVE | 40-25-280-005 | | | 05/08/23 | 05/08/23 |
| 3713 IVANHOE AVE | 41-09-228-014 | | | 05/11/23 | 05/11/23 |
| 3842 IVANHOE AVE | 41-09-231-010 | | | 05/11/23 | 05/11/23 |
| 2000 JOLIET ST | 40-14-227-029 | | | 05/16/23 | 05/16/23 |
| 2004 JOLIET ST | 40-14-227-028 | | | 05/16/23 | 05/16/23 |
| 3906 JOYNER ST | 40-15-432-022 | | | 05/16/23 | 05/16/23 |
| 6310 KAREN DR | 46-26-154-012 | | | 05/10/23 | 05/10/23 |
| 3710 KEYES ST | 46-35-479-014 | | | 05/12/23 | 05/12/23 |
| 3809 KLEIN ST | 41-09-477-008 | | | 05/11/23 | 05/11/23 |
| 3610 KLEINPELL ST | 41-21-378-024 | 06/15/23 | 06/15/23 | 06/21/23 | 06/21/23 |
| 935 KNAPP AVE | 40-14-356-012 | | | 05/04/23 | 05/04/23 |
| 1222 KNAPP AVE | 40-23-105-027 | 05/16/23 | 05/16/23 | 06/07/23 | 06/07/23 |
| 980 KNIGHT AVE | 40-14-383-003 | | | 05/26/23 | 05/26/23 |
| 986 KNIGHT AVE | 40-14-383-005 | | | 05/04/23 | 05/04/23 |
| 1123 KNIGHT AVE | 40-23-128-008 | 05/24/23 | 05/26/23 | 06/12/23 | 06/12/23 |
| 1209 KNIGHT AVE | 40-23-128-012 | 05/26/23 | 05/26/23 | 06/12/23 | 06/12/23 |
| 1217 KNIGHT AVE | 40-23-128-014 | | | 06/06/23 | 06/06/23 |
| 1409 KNIGHT AVE | 40-23-133-013 | 05/24/23 | 05/24/23 | 06/06/23 | 06/06/23 |
| 1502 LAKE FOREST DR | 46-35-251-024 | | | 05/15/23 | 05/15/23 |
| 2751 LAKEWOOD DR | 41-20-178-012 | | | 10/7/2022 | 10/7/2022 |
| 3416 LAPEER RD | 41-16-330-013 | | | 05/16/23 | 05/16/23 |
| 3614 LARCHMONT ST | 40-22-281-024 | | | 05/04/23 | 05/04/23 |
| 3718 LARCHMONT ST | 40-22-281-014 | | | 05/04/23 | 05/04/23 |
| 3817 LARCHMONT ST | 40-22-282-013 | | | 05/18/23 | 05/18/23 |
| 3822 LARCHMONT ST | 40-22-280-028 | | | 10/10/2022 | 10/10/2022 |
| 1816 LAUREL OAK DR | 40-25-152-043 | 05/11/23 | 05/11/23 | 06/16/23 | 06/16/23 |
| 1942 LAUREL OAK DR | 40-25-152-024 | | | 10/13/22 | 10/13/22 |
| 5314 LAURENE ST | 46-26-453-015 | | | 05/12/23 | 05/12/23 |
| 1164 LAVENDER AVE | 40-11-184-002 | | | 10/6/2022 | 10/6/2022 |
| 3114 LAWNDALE AVE | 40-02-204-012 | | | 05/12/23 | 05/12/23 |
| 3521 LAWNDALE AVE | 46-35-459-023 | | | 05/12/23 | 05/12/23 |
| 3420 LE ERDA AVE | 46-35-384-040 | | | 10/6/2022 | 10/6/2022 |
| 854 LELAND ST | 41-30-104-019 | | | 10/24/22 | 10/24/22 |
| 5424 LESLIE DR | 46-26-380-008 | | | 05/12/23 | 05/12/23 |
| 702 LINCOLN AVE | 41-19-378-031 | 05/12/23 | 05/12/23 | 05/18/23 | 05/18/23 |
| 755 LINCOLN AVE | 41-19-380-001 | | | 11/2/2020 | 10/25/2022 |
| 429 LINNAEUS AVE | 41-19-206-013 | | | 05/31/23 | 05/31/23 |
| 1616 LINWOOD AVE | 41-17-176-008 | 06/13/23 | 06/13/23 | 06/21/23 | 06/21/23 |
| 509 LIPPINCOTT BLVD | 41-17-355-036 | 06/02/23 | 06/02/23 | 06/06/23 | 06/06/23 |
| 1217 LIPPINCOTT BLVD | 41-17-379-031 | | | 10/17/22 | 10/17/22 |
| 1301 LIPPINCOTT BLVD | 41-17-380-028 | 06/02/23 | 06/02/23 | 06/07/23 | 06/07/23 |
| 1405 LIPPINCOTT BLVD | 41-17-381-035 | 06/02/23 | 06/02/23 | 06/07/23 | 06/07/23 |

| Address | Parcel ID | Date 1 | Date 2 | Date 3 | Date 4 |
|---|---|---|---|---|---|
| 1418 LIPPINCOTT BLVD | 41-20-132-004 | 06/02/23 | 06/08/23 | 06/15/23 | 06/15/23 |
| 3539 LIPPINCOTT BLVD | 41-16-456-029 | | | 10/17/22 | 10/17/22 |
| 3805 LORRAINE AVE | 41-09-233-015 | | | 05/11/23 | 05/11/23 |
| 3813 LORRAINE AVE | 41-09-233-016 | | | 05/11/23 | 05/11/23 |
| 1918 LYNBROOK DR | 40-25-151-027 | | | 05/08/23 | 05/08/23 |
| 4709 LYNBROOK DR | 40-25-178-043 | | | 05/08/23 | 05/08/23 |
| 3439 LYNN ST | 41-16-380-021 | 10/5/2022 | 11/2/2022 | 11/3/2022 | 11/3/2022 |
| 1022 MACDONALD AVE | 41-29-278-025 | | | 10/24/22 | 10/24/22 |
| 1109 MACDONALD AVE | 41-29-276-088 | | | 10/24/22 | 10/24/22 |
| 1113 MACDONALD AVE | 41-29-276-089 | | | 10/24/22 | 10/24/22 |
| 928 MANN AVE | 40-14-353-018 | | | 05/04/23 | 05/04/23 |
| 935 MANN AVE | 40-14-354-013 | | | 05/04/23 | 05/04/23 |
| 3829 MARMION AVE | 41-09-227-016 | | | 05/11/23 | 05/11/23 |
| 333 MARY ST | 40-12-203-024 | 10/4/2022 | 10/10/2022 | 10/10/2022 | 10/10/2022 |
| 1534 MARYLAND AVE | 41-05-158-011 | | | 05/16/23 | 05/16/23 |
| 2021 MARYLAND AVE | 41-05-257-027 | | | 9/30/2022 | 9/30/2022 |
| 2213 MARYLAND AVE | 41-05-258-018 | 9/29/2022 | 9/30/2022 | | |
| 3402 MASON ST | 46-36-382-010 | | | 9/30/2022 | 9/30/2022 |
| 534 MC KEIGHAN AVE | 41-29-257-008 | 06/09/23 | 06/09/23 | 06/16/23 | 06/16/23 |
| 537 MC KEIGHAN AVE | 41-29-179-043 | | | 10/20/2022 | 10/20/2022 |
| 621 MC KEIGHAN AVE | 41-29-179-052 | 9/28/2022 | 9/28/2022 | | |
| 902 MC KINLEY AVE | 41-29-252-014 | | | 10/6/2022 | 10/6/2022 |
| 969 MEIDA ST | 40-15-454-005 | | | 9/30/2022 | 9/30/2022 |
| 1526 MEIDA ST | 07-15-577-010 | | | 9/30/2022 | 9/30/2022 |
| 1530 MEIDA ST | 07-15-577-011 | | | 05/19/23 | 05/19/23 |
| 3109 MILBOURNE AVE | 40-02-226-030 | | | 05/12/23 | 05/12/23 |
| 3517 MILBOURNE AVE | 46-35-481-019 | | | 05/12/23 | 05/12/23 |
| 2407 MISSOURI AVE | 41-08-237-010 | 11/8/2022 | | | |
| 2618 MISSOURI AVE | 41-08-277-009 | | | 05/11/23 | 05/11/23 |
| 1409 N BALLENGER HWY | 40-11-104-027 | 9/28/2022 | 9/29/2022 | 10/4/2022 | 10/4/2022 |
| 2905 N CENTER RD | 41-04-277-068 | | | 05/16/23 | 05/16/23 |
| 765 N CHEVROLET AVE | 40-14-227-012 | | | 05/18/23 | 05/18/23 |
| 777 N CHEVROLET AVE | 40-14-227-009 | | | 05/18/23 | 05/18/23 |
| 950 N CHEVROLET AVE | 40-11-455-015 | 06/02/23 | 06/02/23 | 06/12/23 | 06/12/23 |
| 959 N CHEVROLET AVE | 40-11-456-021 | | | 10/13/22 | 05/18/23 |
| 1151 N CHEVROLET AVE | 40-11-402-020 | 06/02/23 | 06/07/23 | 06/15/23 | 06/15/23 |
| 2730 N CHEVROLET AVE | 40-02-279-002 | | | 05/12/23 | 05/12/23 |
| 2909 N CHEVROLET AVE | 40-02-276-039 | | | 05/15/23 | 05/15/23 |
| 3008 N CHEVROLET AVE | 40-02-234-003 | | | 05/12/23 | 05/12/23 |
| 2809 N DEXTER ST | 41-04-252-021 | | | 10/28/22 | 10/28/22 |
| 613 N STEVENSON ST | 40-13-126-029 | 06/02/23 | 06/06/23 | 06/21/23 | 06/21/23 |
| 726 N STEVENSON ST | 40-12-383-043 | 05/25/23 | 05/25/23 | 10/13/22 | 10/13/22 |
| 1208 N STEVENSON ST | 40-12-308-033 | | | 05/25/23 | 05/25/23 |
| 2102 N STEVENSON ST | 40-11-403-033 | 06/02/23 | 06/06/23 | 06/13/23 | 06/13/23 |
| 2205 N STEVENSON ST | 40-11-404-008 | 06/02/23 | 06/07/23 | 06/15/23 | 06/15/23 |
| 2000 N VERNON AVE | 41-05-458-006 | | | 05/19/23 | 05/19/23 |
| 2202 NEBRASKA AVE | 41-08-256-001 | | | 05/16/23 | 05/16/23 |
| 2554 NORBERT ST | 40-11-352-018 | | | 05/19/23 | 05/19/23 |
| 2806 NORBERT ST | 40-11-304-004 | | | 05/05/23 | 05/05/23 |
| 3722 NORWOOD DR | 40-14-155-027 | | | 05/05/23 | 05/05/23 |
| 1829 OAK BROOK CIR | 40-24-351-047 | | | 10/17/22 | 10/17/22 |
| 4201 OGEMA AVE | 41-29-252-001 | | | 05/31/23 | 05/31/23 |
| 2317 OHIO AVE | 41-08-210-025 | | | 05/11/23 | 05/11/23 |
| 6609 ORANGE LN | 46-26-203-043 | | | 10/25/2022 | 10/25/2022 |
| 6628 ORANGE LN | 46-26-204-017 | | | 10/25/2022 | 10/25/2022 |

| Address | Parcel ID | Date 1 | Date 2 | Date 3 | Date 4 |
|---|---|---|---|---|---|
| 3200 ORR ST | 07-15-577-013 | | | 05/19/23 | 05/19/23 |
| 842 OSSINGTON AVE | 41-19-160-019 | 04/26/23 | 05/05/23 | 05/10/23 | 05/10/23 |
| 1028 OSSINGTON AVE | 40-24-278-031 | 04/26/23 | 05/08/23 | 05/26/23 | 05/26/23 |
| 1133 OSSINGTON AVE | 40-24-279-001 | | | 05/08/23 | 05/08/23 |
| 6009 OXLEY DR | 46-26-303-003 | | | 10/28/22 | 10/28/22 |
| 854 PADDINGTON AVE | 41-19-156-034 | 10/4/2022 | 10/20/2022 | 10/25/2022 | 10/25/2022 |
| 915 PADDINGTON AVE | 41-19-157-016 | 04/26/23 | 04/26/23 | 05/10/23 | 05/10/23 |
| 1815 PARK FOREST DR | 40-25-103-011 | | | 05/08/23 | 05/08/23 |
| 3842 PARK FOREST DR | 40-25-101-017 | | | 05/08/23 | 05/08/23 |
| 3910 PARK FOREST DR | 40-25-101-073 | | | 05/18/23 | 05/18/23 |
| 4007 PARK FOREST DR | 40-25-104-009 | | | 05/08/23 | 05/08/23 |
| 6920 PARKBELT DR | 46-26-203-001 | | | 10/11/2022 | 10/11/2022 |
| 1906 PENBROOK LN | 40-25-103-018 | | | 05/26/23 | 05/26/23 |
| 3320 PENCOMBE PL | 40-14-177-015 | | | 05/19/23 | 05/19/23 |
| 4409 PENGELLY RD | 41-29-151-041 | 06/09/23 | 06/09/23 | 06/13/23 | 06/13/23 |
| 4529 PENGELLY RD | 41-29-151-056 | 06/09/23 | 06/09/23 | 06/13/23 | 06/13/23 |
| 722 PERRY ST | 40-14-228-001 | | | 06/06/23 | 06/06/23 |
| 419 PERSHING ST | 40-13-303-019 | 05/25/23 | 06/01/23 | 06/12/23 | 06/12/23 |
| 1222 PETTIBONE AVE | 40-24-480-027 | 9/29/2022 | 9/29/2022 | | |
| 1321 PETTIBONE AVE | 40-24-482-003 | | | 10/7/2022 | 10/7/2022 |
| 2030 PIERCE ST | 41-17-203-008 | | | 05/19/23 | 05/19/23 |
| 3523 PINGREE AVE | 41-16-453-019 | 06/08/23 | 06/08/23 | 06/12/23 | 06/12/23 |
| 3714 PITKIN AVE | 41-09-232-005 | | | 05/11/23 | 05/11/23 |
| 3718 PITKIN AVE | 41-09-232-006 | | | 05/11/23 | 05/11/23 |
| 2415 PLAINFIELD AVE | 47-32-229-017 | | | 05/12/23 | 05/12/23 |
| 2517 PLAINFIELD AVE | 47-32-229-024 | | | 05/12/23 | 05/12/23 |
| 2518 PROSPECT ST | 40-11-254-023 | | | 10/21/22 | 10/21/22 |
| 2722 PROSPECT ST | 40-11-176-018 | | | 05/05/23 | 05/05/23 |
| 2914 PROSPECT ST | 40-11-105-029 | | | 05/24/23 | 05/24/23 |
| 3010 PROSPECT ST | 40-11-105-020 | 9/30/2022 | 10/3/2022 | 9/10/2019 | 9/10/2019 |
| 3625 PROVIDENCE ST | 41-16-455-033 | | | 10/6/2022 | 10/6/2022 |
| 3629 PROVIDENCE ST | 41-16-455-034 | | | 10/27/22 | 10/27/22 |
| 3715 PROVIDENCE ST | 41-16-479-016 | 11/17/2022 | 11/17/2022 | | |
| 426 RASCH CT | 41-18-379-033 | | | 06/02/23 | 06/02/23 |
| 2423 RASKOB ST | 40-11-402-007 | 10/6/2022 | 10/6/2022 | 10/7/2022 | 10/7/2022 |
| 2742 RASKOB ST | 40-11-182-022 | | | 10/7/2022 | 10/7/2022 |
| 1405 RASPBERRY LN | 40-25-255-027 | | | 05/26/23 | 05/26/23 |
| 4201 RED ARROW RD | 41-29-176-007 | | | 06/05/23 | 06/05/23 |
| 1110 REMINGTON AVE | 40-24-277-017 | | | 10/25/22 | 10/25/22 |
| 2905 REYNOLDS ST | 40-14-388-004 | | | 10/3/2022 | 10/3/2022 |
| 1301 RIVERDALE RD | 41-17-101-006 | | | 05/18/23 | 05/18/23 |
| 1300 ROOT ST | 40-12-278-039 | | | 11/02/22 | 11/02/22 |
| 1402 ROOT ST | 40-12-235-018 | | | 11/02/22 | 11/02/22 |
| 6714 ROSEANNA DR | 47-29-202-051 | | | 05/31/23 | 05/31/23 |
| 6715 RUSSET CT | 46-26-127-016 | | | 10/11/2022 | 10/11/2022 |
| 6720 RUSSET CT | 46-26-127-018 | | | 10/11/2022 | 10/11/2022 |
| 920 S BALLENGER HWY | 40-15-479-028 | | | 05/18/23 | 05/18/23 |
| 971 S BALLENGER HWY | 40-14-357-007 | | | 05/16/23 | 05/16/23 |
| 988 S BALLENGER HWY | 40-15-487-018 | | | 05/16/23 | 05/16/23 |
| 996 S BALLENGER HWY | 40-15-487-019 | | | 05/16/23 | 05/16/23 |
| 1601 S FRANKLIN AVE | 41-17-182-001 | | | 9/30/2022 | 9/30/2022 |
| 4102 S GRAND TRAVERSE | 41-30-133-024 | | | 06/13/23 | 06/13/23 |
| 618 S LYNCH AVE | 41-08-476-023 | | | 05/11/23 | 05/11/23 |
| 526 S MEADE ST | 41-08-479-019 | | | 05/26/23 | 05/26/23 |
| 401 S VERNON AVE | 41-08-410-001 | | | 05/11/23 | 05/11/23 |

| Address | Parcel | Date 1 | Date 2 | Date 3 | Date 4 |
|---|---|---|---|---|---|
| 5901 SALLY CT | 46-26-405-022 | | | 05/31/23 | 05/31/23 |
| 5912 SALLY CT | 46-26-407-004 | 11/9/2022 | 11/9/2022 | | |
| 6910 SALLY CT | 46-26-206-012 | | | 06/05/23 | 06/05/23 |
| 1318 SAN JUAN DR | 40-10-205-031 | | | 05/05/23 | 05/05/23 |
| 105 SANFORD PL | 40-12-460-012 | | | 05/24/23 | 05/24/23 |
| 1905 SENECA ST | 40-03-477-017 | | | 10/11/22 | 10/11/22 |
| 2628 SENECA ST | 40-02-154-010 | 9/28/2022 | 9/29/2022 | | |
| 3702 SENECA ST | 46-35-354-016 | | | 05/09/23 | 05/09/23 |
| 3905 SENECA ST | 46-35-353-018 | | | 05/09/23 | 05/09/23 |
| 4226 SENECA ST | 46-35-304-002 | | | 10/25/22 | 10/25/22 |
| 4233 SENECA ST | 46-35-157-004 | | | 10/11/22 | 10/11/22 |
| 217 SEVENTH AVE | 40-12-406-004 | 9/26/2022 | 9/29/2022 | 9/30/2022 | 9/30/2022 |
| 218 SEVENTH AVE | 40-12-258-020 | 9/23/2022 | 9/29/2022 | 9/30/2022 | 9/30/2022 |
| 1851 SEYMOUR ST | 41-17-403-016 | 06/01/23 | 06/01/23 | 06/05/23 | 06/06/23 |
| 2029 SEYMOUR ST | 41-17-457-045 | 06/01/23 | 06/05/23 | 06/16/23 | 06/16/23 |
| 2033 SEYMOUR ST | 41-17-457-040 | 06/01/23 | 06/01/23 | 06/06/23 | 06/06/23 |
| 1630 SHAMROCK LN | 46-35-126-027 | | | 05/31/23 | 05/31/23 |
| 3625 SHERWOOD DR | 40-14-154-010 | | | 05/05/23 | 05/05/23 |
| 3710 SHERWOOD DR | 40-14-151-010 | | | 05/05/23 | 05/05/23 |
| 632 SIMCOE AVE | 41-19-331-023 | | | 10/5/2022 | 10/5/2022 |
| 719 SIMCOE AVE | 41-19-332-011 | | | 05/08/23 | 05/08/23 |
| 2616 SLOAN ST | 40-11-326-028 | 10/5/2022 | 10/28/2022 | 10/28/2022 | 10/28/2022 |
| 2812 SLOAN ST | 40-11-158-021 | | | 05/16/23 | 05/16/23 |
| 702 SPELLMAN DR | 41-07-107-049 | | | 05/25/23 | 05/25/23 |
| 3325 STARKWEATHER ST | 41-04-204-012 | | | 10/13/22 | 10/13/22 |
| 3412 STERLING ST | 46-35-459-016 | | | 06/02/23 | 06/02/23 |
| 4005 STERLING ST | 46-35-406-019 | | | 05/12/23 | 05/12/23 |
| 1169 STOCKTON ST | 41-18-352-009 | 05/31/23 | 06/05/23 | 06/13/23 | 06/13/23 |
| 2011 STONEY BROOK CT | 40-25-127-061 | | | 10/17/22 | 10/17/22 |
| 2025 STONEY BROOK CT | 40-25-127-079 | | | 10/17/22 | 10/17/22 |
| 5308 SUSAN ST | 46-26-476-015 | | | 05/12/23 | 05/12/23 |
| 5706 SUSAN ST | 46-26-407-016 | | | 10/3/2022 | 10/3/2022 |
| 1156 SUTTON AVE | 40-10-279-003 | | | 05/25/23 | 05/25/23 |
| 1306 SUTTON AVE | 40-10-232-004 | | | 05/05/23 | 05/05/23 |
| 1318 SUTTON AVE | 40-10-232-001 | | | 05/05/23 | 05/05/23 |
| 1405 SUTTON AVE | 40-10-227-044 | | | 05/05/23 | 05/05/23 |
| 2017 SWAYZE ST | 40-14-487-011 | 9/23/2022 | 9/29/2022 | 9/30/2022 | 9/30/2022 |
| 2116 SWAYZE ST | 40-14-484-036 | 5/7/2020 | 11/3/2022 | 7/1/2020 | 7/1/2020 |
| 2222 SWAYZE ST | 40-14-484-028 | 11/7/2022 | 11/15/2022 | | |
| 2314 SWAYZE ST | 40-14-484-023 | 11/15/2022 | | | |
| 2325 SWAYZE ST | 40-14-486-001 | 11/7/2022 | 11/7/2022 | 11/7/2022 | 11/7/2022 |
| 2709 SWAYZE ST | 40-23-130-012 | 11/7/2022 | | | |
| 769 TACKEN ST | 40-15-427-002 | | | 05/16/23 | 05/16/23 |
| 1920 TEBO ST | 41-16-378-021 | 10/5/2022 | 11/8/2022 | | |
| 4928 THETA PASSAGE | 47-32-230-008 | | | 10/5/2022 | 10/5/2022 |
| 2561 THOMAS ST | 40-11-351-065 | | | 05/05/23 | 05/05/23 |
| 2724 TIPTREE PATH | 47-28-358-045 | | | 05/16/23 | 05/16/23 |
| 4302 TRUMBULL DR | 46-35-179-036 | | | 10/11/2022 | 10/11/2022 |
| 1502 TULANE CIR | 41-07-117-021 | | | 05/16/23 | 05/16/23 |
| 2217 TUSCOLA AVE | 41-08-402-007 | | | 10/5/2022 | 10/5/2022 |
| 3918 TUXEDO AVE | 40-25-228-029 | | | 10/5/2022 | 10/5/2022 |
| 3709 TWILIGHT DR | 47-33-377-016 | | | 05/24/23 | 05/24/23 |
| 2524 TYRONE ST | 40-11-377-031 | | | 05/19/23 | 05/19/23 |
| 647 VICTORIA AVE | 41-19-335-003 | | | 05/08/23 | 05/08/23 |
| 1129 VICTORIA AVE | 40-24-430-005 | | | 05/08/23 | 05/08/23 |

| Address | Parcel ID | Date 1 | Date 2 | Date 3 | Date 4 |
|---|---|---|---|---|---|
| 414 W ALMA AVE | 46-25-106-024 | | | 05/10/23 | 05/10/23 |
| 513 W ALMA AVE | 46-25-108-004 | | | 10/25/2022 | 10/25/2022 |
| 602 W ALMA AVE | 46-25-105-025 | 11/9/2022 | 11/9/2022 | 11/8/2019 | |
| 409 W AUSTIN AVE | 46-25-158-014 | 10/8/2019 | 10/25/2022 | 11/22/2019 | 11/22/2019 |
| 406 W BAKER ST | 40-01-158-021 | | | 9/30/2022 | 9/30/2022 |
| 511 W BAKER ST | 40-01-159-010 | | | 9/30/2022 | 9/30/2022 |
| 637 W BISHOP AVE | 46-36-152-006 | 11/28/22 | 11/08/22 | 10/14/22 | 10/14/22 |
| 205 W BUNDY AVE | 46-25-126-025 | | | 10/11/22 | 10/11/22 |
| 521 W BUNDY AVE | 46-25-104-002 | 11/28/22 | 11/08/22 | | |
| 602 W DEWEY ST | 40-01-101-017 | 10/4/2022 | 10/10/2022 | 10/11/2022 | 10/11/2022 |
| 422 W ELDRIDGE AVE | 46-36-178-031 | | | 10/21/22 | 10/21/22 |
| 1201 W FIFTH AVE | 40-13-103-007 | | | 10/24/22 | 10/24/22 |
| 522 W FIFTH ST | 41-18-301-009 | 10/4/2022 | 10/22/2022 | | |
| 430 W FOSS AVE | 46-25-110-022 | | | 05/31/23 | 05/31/23 |
| 433 W FOURTH AVE | 40-12-457-001 | | | 10/24/22 | 10/24/22 |
| 1810 W GENESEE ST | 40-02-129-021 | | | 9/30/2022 | 9/30/2022 |
| 137 W HAMILTON AVE | 40-01-331-010 | | | 11/07/22 | 11/07/22 |
| 1811 W HOBSON AVE | 46-26-329-001 | 10/5/2022 | 10/25/2022 | 10/25/2022 | 10/25/2022 |
| 210 W HOLBROOK AVE | 46-25-130-026 | 10/29/2020 | 10/29/2020 | 10/25/2022 | 10/25/2022 |
| 715 W JAMIESON ST | 40-02-232-005 | | | 05/25/23 | 05/25/23 |
| 2236 W KEARSLEY ST | 40-14-426-004 | | | 06/07/23 | 06/07/23 |
| 605 W LORADO AVE | 46-25-153-011 | | | 05/15/23 | 05/15/23 |
| 622 W LORADO AVE | 46-25-151-021 | 9/18/2019 | 9/18/2019 | 10/25/2022 | 10/25/2022 |
| 601 W MARENGO AVE | 46-36-103-012 | | | 05/18/23 | 05/18/23 |
| 513 W MC CLELLAN ST | 40-01-107-007 | 10/5/2022 | 10/7/2022 | 10/10/2022 | 10/10/2022 |
| 1201 W MOTT AVE | 46-26-454-015 | | | 05/31/23 | 05/31/23 |
| 113 W PASADENA AVE | 40-01-126-015 | | | 10/6/2022 | 10/6/2022 |
| 704 W PASADENA AVE | 46-35-485-030 | | | 9/23/2022 | 9/23/2022 |
| 1609 W PASADENA AVE | 40-02-126-020 | | | 10/6/2022 | 10/6/2022 |
| 1913 W PASADENA AVE | 40-02-126-003 | | | 9/23/2022 | 9/23/2022 |
| 2218 W PASADENA AVE | 46-35-359-031 | | | 9/23/2022 | 9/23/2022 |
| 302 W PIPER AVE | 46-25-326-003 | 10/25/2022 | 10/25/2022 | 8/29/2019 | 8/29/2019 |
| 125 W PULASKI ST | 46-36-127-022 | | | 10/11/22 | 10/11/22 |
| 509 W PULASKI ST | 46-36-102-025 | | | 10/11/22 | 10/11/22 |
| 1105 W RANKIN ST | 40-02-259-004 | | | 05/25/23 | 05/25/23 |
| 645 W RUTH AVE | 46-25-155-001 | | | 10/13/2022 | 10/13/2022 |
| 304 W TOBIAS ST | 41-19-251-038 | | | 10/24/22 | 10/24/22 |
| 618 W UNIVERSITY AVE | 40-12-455-006 | | | 05/16/23 | 05/16/23 |
| 501 W WITHERBEE ST | 40-01-351-014 | | | 05/16/23 | 05/16/23 |
| 640 WALDMAN AVE | 41-19-383-014 | | | 05/08/23 | 05/08/23 |
| 701 WALDMAN AVE | 41-19-384-014 | | | 05/26/23 | 05/26/23 |
| 736 WALDMAN AVE | 41-19-382-020 | 05/08/23 | 05/08/23 | 05/10/23 | 05/10/23 |
| 801 WALDMAN AVE | 41-19-360-017 | | | 05/08/23 | 05/08/23 |
| 1138 WALDMAN AVE | 40-24-483-016 | 8/25/2020 | 8/25/2020 | 10/29/2020 | 10/25/2022 |
| 1506 WALDMAN AVE | 40-24-454-048 | | | 05/08/23 | 05/08/23 |
| 1652 WEBSTER RD | 47-29-302-015 | | | 05/31/23 | 05/31/23 |
| 6615 WEBSTER RD | 47-29-181-061 | | | 05/12/23 | 05/12/23 |
| 2102 WELCH BLVD | 40-02-309-036 | 10/5/2022 | | | |
| 440 WESTCOMBE AVE | 40-14-155-033 | | | 05/04/23 | 05/04/23 |
| 701 WESTCOMBE AVE | 40-14-301-001 | | | 05/04/23 | 05/04/23 |
| 3702 WESTERN RD | 47-33-356-005 | | | 10/21/22 | 10/21/22 |
| 5301 WESTERN RD | 47-29-476-013 | | | 10/4/2022 | 10/4/2022 |
| 314 WESTMORELAND DR | 46-25-376-043 | | | 10/11/22 | 10/11/22 |
| 3101 WESTWOOD PKWY | 40-23-376-009 | 05/26/23 | 05/30/23 | 06/12/23 | 06/12/23 |
| 3610 WHITNEY AVE | 40-22-231-023 | | | 05/16/23 | 05/16/23 |

| Address | Parcel ID | Date 1 | Date 2 | Date 3 | Date 4 |
|---|---|---|---|---|---|
| 3622 WHITNEY AVE | 40-22-231-020 | | | 10/10/2022 | 10/10/2022 |
| 3320 WHITTIER ST | 41-04-451-006 | | | 05/23/23 | 05/23/23 |
| 3718 WHITTIER ST | 41-04-476-006 | | | 05/23/23 | 05/23/23 |
| 1917 WHITTLESEY ST | 41-17-476-006 | 06/08/23 | 06/08/23 | 06/13/23 | 06/13/23 |
| 740 WILBERFORCE DR | 41-07-116-006 | | | 06/02/23 | 06/02/23 |
| 2034 WINANS AVE | 41-17-378-027 | 11/17/2022 | 11/17/2022 | | |
| 2239 WINONA ST | 40-02-309-033 | | | 10/13/2022 | 10/13/2022 |
| 2920 WINONA ST | 40-02-111-003 | | | 10/13/2022 | 10/13/2022 |
| 3007 WINONA ST | 40-02-110-017 | | | 05/09/23 | 05/09/23 |
| 3108 WINONA ST | 40-02-105-017 | | | 10/14/2022 | 10/14/2022 |
| 3209 WINONA ST | 40-02-104-018 | | | 10/5/2022 | 10/5/2022 |
| 3410 WINONA ST | 46-35-381-016 | | | 10/14/2022 | 10/14/2022 |
| 3506 WINONA ST | 46-35-381-011 | | | 10/14/2022 | 10/14/2022 |
| 3517 WINONA ST | 46-35-360-026 | 11/16/2022 | | | |
| 3614 WINONA ST | 46-35-381-004 | | | 10/14/2022 | 10/14/2022 |
| 3702 WINONA ST | 46-35-376-014 | | | 10/14/2022 | 10/14/2022 |
| 3814 WINONA ST | 46-35-376-006 | | | 10/14/2022 | 10/14/2022 |
| 3821 WINONA ST | 46-35-355-020 | | | 10/14/2022 | 10/14/2022 |
| 3822 WINONA ST | 46-35-376-005 | | | 10/14/2022 | 10/14/2022 |
| 3902 WINONA ST | 46-35-376-032 | 6/30/2020 | 6/30/2020 | 10/13/2022 | 10/13/2022 |
| 3909 WINONA ST | 46-35-355-018 | | | 10/14/2022 | 10/14/2022 |
| 3910 WINONA ST | 46-35-376-003 | | | 10/14/2022 | 10/14/2022 |
| 3922 WINONA ST | 46-35-376-001 | | | 10/13/2022 | 10/13/2022 |
| 4002 WINONA ST | 46-35-327-031 | 11/9/2022 | | | |
| 4008 WINONA ST | 46-35-327-013 | | | 10/13/2022 | 10/13/2022 |
| 4012 WINONA ST | 46-35-327-012 | | | 10/13/2022 | 10/13/2022 |
| 4020 WINONA ST | 46-35-327-010 | | | 10/14/2022 | 10/14/2022 |
| 4024 WINONA ST | 46-35-327-009 | | | 10/14/2022 | 10/14/2022 |
| 4102 WINONA ST | 46-35-327-008 | | | 10/13/2022 | 10/13/2022 |
| 4108 WINONA ST | 46-35-327-007 | | | 10/13/2022 | 10/13/2022 |
| 4112 WINONA ST | 46-35-327-006 | | | 10/13/2022 | 10/13/2022 |
| 4116 WINONA ST | 46-35-327-005 | | | 10/13/2022 | 10/13/2022 |
| 4208 WINONA ST | 46-35-326-006 | | | 10/13/2022 | 10/13/2022 |
| 4213 WINONA ST | 46-35-305-011 | | | 10/13/2022 | 10/13/2022 |
| 4214 WINONA ST | 46-35-326-005 | | | 10/13/2022 | 10/13/2022 |
| 4231 WINONA ST | 46-35-305-008 | | | 10/13/2022 | 10/13/2022 |
| 4820 WINTHROP BLVD | 46-35-232-009 | | | 05/15/23 | 05/15/23 |
| 2736 WISNER ST | 40-02-153-001 | | | 05/09/23 | 05/09/23 |
| 4301 WISNER ST | 46-35-152-028 | | | 05/09/23 | 05/09/23 |
| 714 WOLCOTT ST | 40-12-384-007 | | | 10/7/2022 | 10/7/2022 |
| 2534 WOLCOTT ST | 40-11-255-028 | | | 05/05/23 | 05/05/23 |
| 2733 WOLCOTT ST | 40-11-178-012 | | | 05/05/23 | 05/05/23 |
| 2832 WOLCOTT ST | 40-11-110-021 | | | 05/05/23 | 05/05/23 |
| 3013 WOLCOTT ST | 40-10-232-009 | | | 05/05/23 | 05/05/23 |
| 1709 WOODBURNE DR | 40-23-277-015 | 06/05/23 | 06/05/23 | 06/21/23 | 06/21/23 |
| 1405 WOODHALL DR | 46-35-253-008 | | | 05/15/23 | 05/15/23 |
| 3709 WOODROW AVE | 41-04-431-017 | | | 10/21/22 | 10/21/22 |
| 3721 WOODROW AVE | 41-04-431-020 | | | 10/21/22 | 10/21/22 |
| 3021 WYOMING AVE | 41-04-102-037 | | | 05/16/23 | 05/16/23 |
| 3614 WYOMING AVE | 41-04-205-014 | | | 05/16/23 | 05/16/23 |
| 3222 YALE ST | 40-23-162-027 | | | 05/04/23 | 05/04/23 |