# Exhibit 5

| Parcel ID | Address | Outreach required | Mailing Date (if required) | Notes | Attempt 1 Date | Attempt 1 Time | Attempt 2 Date | Attempt 2 Time | Attempt 3 Date | Attempt 3 Time | Attempt #4 Date | Attempt #4 Time | Attempt #5 Date | Attempt #5 Time | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4105108012 | 1546 COLORADO AVE | Mailing and additional in-person attempt required; must be evening or weekend | | | 4/19/2023 | 1:15PM | 4/24/2023 | 12:42PM | 6/17/23 | 3:48 PM | 6/18/23 | 6:06PM | | | NO ANSWER |
| | 2209 W COURT ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 2:19 PM | 6/22/23 | 12:23 PM | | | | | | | ABANDONED |
| 4001253018 | 230 E DARTMOUTH ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 4:46 PM | 6/22/23 | 12:10 PM | | | | | | | Empty Lot |
| | 4521 DUPONT ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 1:08 PM | 6/22/23 | 12:33 PM | | | | | | | Empty Lot |
| 4011479011 | 1028 DUPONT ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 12:52 PM | 6/22/23 | 12:19 PM | | | | | | | NO ANSWER |
| | 3292 FENTON RD | Two in-person attempts required | Not Required | MISSING WORK ORDER IN CITY WORKS | 6/18/23 | 6:06 PM | 6/22/2023 | 11:10PM | | | | | | | NO ANSWER |
| 4625156021 | 430 W AUSTIN AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 2/9/2023 | 11:56PM | 2/15/2023 | 11:50AM | 6/16/23 | 6:05PM | | | | | Declined |
| | 309 W FLINT PARK BLVD | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 11:12 AM | 6/22/23 | 12:39 PM | | | | | | | ABANDONED |
| 4001410004 | 2226 M L KING AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 1:25 PM | 6/22/23 | 12:07 PM | | | | | | | ABANDONED |
| 4014357002 | 955 S BALLENGER HWY | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/20/2023 | 11:50AM | 4/25/2023 | 2:58PM | 4/23/2023 | 7:30PM | | | | | 3 Attempts |
| 4011134017 | 2718 MACKIN RD | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 4:32 PM | 6/20/23 | 5:10PM | 6/22/23 | 11:49 PM | | | | | NO ANSWER |
| 4001156029 | 2611 MASON ST | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/23/2023 | 12:00PM | 4/24/2023 | 4:12 | 4/25/2023 | 2:25 | 6/17/23 | 1:11 PM | | | NO ANSWER |
| 4001377005 | 217 ODETTE ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 3:10PM | 6/18/23 | 1:34 PM | | | | | | | ABANDONED |
| 4733376026 | 3702 BRANCH RD | Two in-person attempts required | Not Required | | 5/18/2023 | 12:45PM | 5/23/2023 | 6:45PM | 5/24/2023 | 10:20AM | 6/18/23 | 2:45PM | | | 3 Attempts |
| 4108210017 | 2209 OHIO AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 1:48 PM | 6/22/23 | 12:50 PM | | | | | | | NO ANSWER |
| 4625429006 | 622 E PIPER AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/22/2023 | 2:39PM | 4/24/2023 | 11:40AM | 4/26/2023 | 11:14AM | 6/16/23 | 11:32 AM | 6/21/23 | 5:45 PM | NO ANSWER |
| 4001306008 | 405 WHITE ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 2:35PM | 6/22/23 | 12:05 PM | | | | | | | ABANDONED |
| 4129202022 | 626 BUCKINGHAM AVE | Two in-person attempts required | Not Required | | 3/23/2023 | 2:17PM | 3/27/2023 | 9:11AM | 6/18/23 | 1:15PM | | | | | Complete: |
| 4104103017 | 3014 WYOMING AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 1:22 PM | 6/22/23 | 12:52 PM | | | | | | | NO ANSWER |
| 4730102025 | 745 E YORK AVE | Additional in-person attempt required; must be evening or weekend | Not Required | Abandoned | 1/27/2023 | 3:00PM | 5/10/2023 | 2:00PM | 5/22/2023 | 1:27PM | 6/16/23 | 11:37 AM | 6/21/23 | 5:30PM | ABANDONED |
| | 302 W 6TH AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 2:10 PM | 6/20/23 | 3:41 PM | 6/18/23 | 4:59 PM | | | | | ABANDONED |
| | 2217 ARLINGTON AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 2:54 PM | 6/20/23 | 12:56 PM | | | | | | | ABANDONED |
| 4108203007 | 1722 ARLINGTON AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 2:49 PM | 6/18/23 | 1:18 PM | | | | | | | ABANDONED |
| 4024485025 | 1036 W ATHERTON RD | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 3:33 PM | 6/17/23 | 3:05 PM | | | | | | | NO ANSWER |
| 4025227003 | 1117 W ATHERTON RD | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 3:36 PM | 6/17/23 | 2:57 PM | | | | | | | NO ANSWER |
| 4024485020 | 1122 W ATHERTON RD | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 3:40 PM | 6/17/23 | 2:52 PM | | | | | | | NO ANSWER |
| 4105284007 | 2702 DAKOTA AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/17/23 | 12:35PM | 6/20/23 | 2:38PM | | | | | | | Declined |
| | 2019 AVENUE A | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 5:00 PM | 6/18/23 | 1:30 PM | 6/20/23 | 5:00 PM | 1:30 PM | | | | ABANDONED |
| 4104455028 | 2052 N AVERILL AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/21/2023 | 2:35PM | 4/24/2023 | 2:15PM | 4/26/2023 | 10:40PM | 6/16/23 | 4:02 PM | | | Consented |
| | 532 W BALTIMORE BLVD | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 4:27 PM | 6/17/23 | 3:50 | | | | | | | ABANDONED |
| 4013128024 | 501 BANGS ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 3:46 PM | 6/18/23 | 4:53 PM | | | | | | | Vacant |
| 4636179013 | 317 W ELDRIDGE AVE | Additional in-person attempt required | Not Required | Declined | 5/18/2023 | 1:40PM | 6/17/23 | 3:12PM | | | | | | | Homeowner |
| 4011154015 | 2848 BERKLEY ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 4:33 PM | 6/18/23 | 1:53 PM | | | | | | | ABANDONED |
| | 3174 BRANCH RD | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/18/2023 | 3:20PM | 4/20/2023 | 1:40PM | 6/18/23 | 12:55 PM | | | | | NO ANSWER |
| 4105357044 | 1442 BROADWAY BLVD | Additional in-person attempt required | Not Required | VACANT Lot | 4/8/2023 | 1:20PM | 6/21/23 | 7:33 PM | | | | | | | Empty Lot |
| | 3137 BROWN ST | Additional in-person attempt required; must be evening or weekend | Not Required | MISSING WORK ORDER IN CITY WORKS | | | | | | | | | | | Unable to Locate |
| 4002202014 | 3202 BURGESS ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 4:32 PM | 6/17/23 | 12:38 PM | | | | | | | ABANDONED |
| 4635452006 | 3902 BURGESS ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 4:37 PM | 6/17/23 | 12:32 PM | | | | | | | ABANDONED |
| 4014376002 | 2929 W COURT ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 2:22 PM | 6/17/23 | 1:42 PM | | | | | | | ABANDONED |
| 4013328046 | 1628 W COURT ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 2:15 PM | 6/17/23 | 2:10 PM | | | | | | | Empty Lot |
| 4108484025 | 2609 E COURT ST | Two in-person attempts required | Not Required | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 2:04 PM | 6/17/23 | 1:31 PM | | | | | | | NO ANSWER |
| 4105155013 | 1428 DAKOTA AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 1:32 PM | 6/17/23 | 4:56 PM | | | | | | | VACANT |
| 4728355059 | 2914 EATON PL | Two in-person attempts required | Not Required | Abandoned | 4/20/2023 | 11:29AM | 4/22/2023 | 1:30PM | 6/21/23 | 7:19 PM | | | | | ABANDONED |
| 4635130023 | 4513 GREENLAWN DR | Additional in-person attempt required; must be evening or weekend | Not Required | 3 attempts, 1 after 5PM | 5/23/2023 | 7:05PM | 5/24/2023 | 10:35AM | 5/25/2023 | 3:05PM | | | | | 3 Attempts |
| | 1645 EUCLID AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 4:11 PM | 6/18/23 | 1:46 PM | | | | | | | ABANDONED |
| 4024230006 | 1802 FENTON RD | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/21/2023 | 3:17PM | 4/24/2023 | 12:30PM | 4/25/2023 | 12:39PM | 6/18/23 | 5:50 PM | | | ABANDONED |
| 4626126028 | 6807 FLEETWOOD DR | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/22/2023 | 12:39PM | 4/24/2023 | 12:02PM | 4/28/2023 | 11:25AM | 6/17/23 | 2:39 PM | | | NO ANSWER |
| 4635451009 | 3716 FLEMING RD | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/22/20232 | 1:05 | 4/24/2023 | 12:30PM | 4/25/2023 | 11:50AM | 6/17/23 | 2:11 PM | | | NO ANSWER |
| 4635451004 | 3820 FLEMING RD | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/22/2023 | 1:03PM | 4/24/2023 | 12.24 PM | 4/26/2023 | 11:32pm | 6/17/23 | 2:17 PM | | | NO ANSWER |
| 4011451017 | 2313 FLUSHING RD | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/20/2023 | 1:57PM | 4/24/2023 | 2:41PM | 4/25/2023 | 1:18PM | 6/18/23 | 1:57 PM | | | NO ANSWER |
| 4011180032 | 1269 FOREST HILL AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/21/2023 | 1:18PM | 4/24/2023 | 12:00 PM | | | 6/17/23 | 4:55PM | | | NO ANSWER |
| 4108206002 | 1614 N FRANKLIN AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/20/2023 | 12:52PM | 4/24/2023 | 2:07PM | 4/25/2023 | 2:17PM | 6/18/23 | 1:12 PM | | | NO ANSWER |
| 4014157019 | 3710 GRATIOT AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/21/2023 | 1:35PM | 4/24/2023 | 1:16PM | 4/25/2023 | 12:41PM | 6/18/23 | 5:42 PM | | | Consented |
| 4013427017 | 702 HALL ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 3:52 PM | 6/18/23 | 6:57 PM | | | | | | | Empty Lot |
| 4625302079 | 209 W HOME AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 4:42 PM | 6/17/23 | 4:59 PM | | | | | | | ABANDONED |
| 4130179003 | 639 HURON ST | Additional in-person attempt required; must be evening or weekend | Not Required | | 6/18/23 | 6:12 PM | 6/18/23 | 6:12 PM | | | | | | | NO ANSWER |
| 4024101018 | 1324 IDA AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/22/2023 | 3:50 PM | 4/24/2023 | 1:58PM | 4/25/2023 | 12:55PM | 6/18/23 | 7:03 PM | | | NO ANSWER |
| | 1630 ILLINOIS AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 1:37 PM | 6/17/23 | 4:35 PM | | | | | | | NO ANSWER |
| | 905 W JAMIESON ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 5:04 PM | 6/18/23 | 4:45 PM | | | | | | | ABANDONED |
| 4015479006 | 909 JOHNSON AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/23/2023 | 12:53PM | 4/24/2023 | 1:38PM | 4/25/2023 | 12:36PM | 6/18/23 | 5:33 PM | | | NO ANSWER |
| 4117377031 | 1017 LIPPINCOTT BLVD | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/21/2023 | 2:55PM | 4/24/2023 | 1:05PM | 4/25/2023 | 1:00PM | 6/18/23 | 6:47 PM | | | NO ANSWER |
| 4116477041 | 3805 LYNN CT | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/21/2023 | 2:45PM | 4/25/2023 | 1:21PM | 4/24/2023 | 1:27PM | 6/18/23 | 5:12PM | | | Declined |
| | 6406 KAREN DR | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/22/2023 | 12:44PM | 4/24/2023 | 12:05PM | 4/25/2023 | 11:28AM | 6/21/23 | 6:48 PM | | | NO ANSWER |
| 4108254009 | 2310 KENTUCKY AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 1:45 PM | 6/17/23 | 4:42 PM | | | | | | | NO ANSWER |
| 4023176043 | 1613 KNAPP AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 2:42 PM | 6/18/23 | 5:14 PM | | | | | | | Empty Lot |
| 4635379005 | 3818 LE ERDA AVE | Mailing and additional in-person attempt required | | 6/14/2023 Abandoned | 4/22/2023 | 1:35PM | 6/21/23 | 6:22 PM | | | | | | | ABANDONED |
| 4104156003 | 3012 LEITH ST | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/23/2023 | 1:01PM | 4/25/2023 | 2:43PM | 4/26/2023 | 10:44AM | 6/17/23 | 3:47 PM | | | NO ANSWER |
| 4104177015 | 3156 LEITH ST | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/20/2023 | 11:52PM | 4/24/2023 | 3:00PM | 4/25/2023 | 2:41PM | 6/17/23 | 3:36 PM | | | NO ANSWER |
| 4104276009 | 3749 LEITH ST | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/20/2023 | 11:46AM | 4/24/2023 | 2:23PM | 4/27/2023 | 2:36PM | 6/17/23 | 3:30 PM | | | NO ANSWER |
| 4105480014 | 2105 LEVERN ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 12:58 PM | 6/18/23 | 1:06 PM | | | | | | | ABANDONED |
| | 940 LINCOLN AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/22/2023 | 1:58PM | 4/24/2023 | 12:22PM | 4/25/2023 | 12:16 | 6/18/23 | 5:55 PM | | | NO ANSWER |
| 4105283021 | 2417 MARYLAND AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/20/2023 | 12:05PM | 4/24/2023 | 3:21PM | 4/25/2023 | 2:58PM | 6/17/23 | 4:28 PM | | | NO ANSWER |
| 4001128016 | 230 W MCCLELLAN ST | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 1:19 PM | 6/17/23 | 1:08 PM | | | | | | | ABANDONED |
| 4129179041 | 529 MCKEIGHAN AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 3:29 PM | 6/18/23 | 6:19 PM | | | | | | | NO ANSWER |
| 4002427004 | 2316 MILBOURNE AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/23/2023 | 12:20PM | 4/24/2023 | 3:11PM | 5/25/2023 | 2:30PM | 6/17/23 | 1:03 PM | | | NO ANSWER |
| 4635477013 | 3710 MILBOURNE AVE | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 2:13 PM | 6/17/23 | 12:50 PM | | | | | | | ABANDONED |
| | 2746 MILLER RD | Two in-person attempts required | Not Required | MISSING WORK ORDER IN CITY WORKS | 6/17/23 | 2:23 PM | | | | | | | | | Consented |
| 4023305027 | 3109 MILLER RD | Two in-person attempts required | Not Required | MISSING WORK ORDER IN CITY WORKS | 6/17/23 | 2:35 PM | | | | | | | | | Consented |
| | 2608 MILLER RD | Two in-person attempts required | Not Required | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 2:54 PM | 6/17/23 | 2:15 PM | | | | | | | Decline |
| 4023183015 | 3014 MILLER RD | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 12:36 PM | 6/17/23 | 2:27 PM | | | | | | | NO ANSWER |
| 4023304039 | 3114 MILLER RD | Mailing and two in-person attempts required | | MISSING WORK ORDER IN CITY WORKS | 6/16/23 | 12:41 PM | 6/17/23 | 2:37 PM | | | | | | | NO ANSWER |
| 4119132011 | 632 MONROE ST | Additional in-person attempt required; must be evening or weekend | Not Required | | 4/21/2023 | 3:09PM | 4/24/2023 | 12:48PM | 4/25/2023 | 12:48 | 6/18/23 | 6:39 PM | | | Consented |
| 4635427008 | 710 W MOORE ST | Additional in-person attempt required; must be evening or weekend | Not Required | VACANT Lot | 2/13/2023 | 2:00PM | 5/10/2023 | 4:00 PM | 5/19/2023 | 1:40PM | 6/17/23 | 4:41 PM | | | Empty Lot |
| | 1720 PARK ST | Two in-person attempts required | Not Required | | 3/20/2023 | 4:00PM | | | | | | | | | Consented |
| 4625455017 | 301 E PIERSON RD | Two in-person attempts required | Not Required | | 4/20/2023 | 4:03PM | 4/22/2023 | 3:42PM | 4/24/2023 | 3:32PM | | | | | Consented |

| | Address | Requirement | | Date | Status | Date2 | Time2 | Date3 | Time3 | Date4 | Time4 | Date5 | Time5 | | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 409 E PULASKI AVE | Mailing and additional in-person attempt required | | 6/14/2023 | Abandoned | 4/22/2023 | 3:58PM | 6/16/23 | 11:18 AM | | | | | | Vacant |
| | 418 E PULASKI AVE | Mailing and additional in-person attempt required | | 6/14/2023 | Abandoned | 4/22/2023 | 4:00PM | 6/16/23 | 11:21 AM | | | | | | ABANDONED |
| 4636226042 | 421 E PULASKI AVE | Mailing and additional in-person attempt required | | 6/14/2023 | Abandoned | 4/22/2023 | 4:02PM | 6/16/23 | 11:40AM | | | | | | ABANDONED |
| 4010234012 | 3001 STEVENSON ST | Mailing and two in-person attempts required | | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 4:05 PM | 6/18/23 | 5:05 PM | | | | | | ABANDONED |
| | 302 E STEWART AVE | Mailing and two in-person attempts required | | | MISSING WORK ORDER IN CITY WORKS | 6/21/23 | 6:09 PM | 6/17/23 | 6:07 PM | | | | | | ABANDONED |
| 4119276046 | 151 E TOBIAS ST | Additional in-person attempt required; must be evening or weekend | Not Required | | | 1/28/2023 | 2:30 PM | 3/22/2023 | 11:26PM | 5/10/2023 | 1:30PM | 6/18/23 | 6:31 PM | | NO ANSWER |
| | 3155 WHITNEY AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | Exploration Completed at this location | 1/27/2023 | 10:05 | 2/2/2023 | 2:00PM | 2/18/2023 | 2.28PM | | | | Exploration |
| 4105482026 | 2021 TORRANCE ST | Mailing and two in-person attempts required | | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 1:00 PM | 6/18/23 | 1:04 PM | | | | | | ABANDONED |
| 4024454055 | 1406 WALDMAN AVE | Mailing and two in-person attempts required | | | MISSING WORK ORDER IN CITY WORKS | 6/17/23 | 7:50 PM | 6/18/23 | 6:00 PM | | | | | | NO ANSWER |
| 4635357/021 | 3521 WISNER ST | Additional in-person attempt required; must be evening or weekend | Not Required | | Declined | 1/5/2023 | 2:09PM | 1/31/2023 | 12:09 | 6/16/2023 | 5:45PM | | | | Declined 1/31/23 |
| | 3150 WHITNEY AVE | Additional in-person attempt required; must be evening or weekend | Not Required | | | 1/27/2023 | 10:07AM | 1/31/2023 | 2:00PM | 6/18/23 | 5:21 PM | | | | NO ANSWER |
| 4011110021 | 2832 WOLCOTT ST | Two in-person attempts required | Not Required | | Exploration Completed at this location | | | | | | | | | | Exploration |
| 4002311029 | 2101 WINONA ST | Mailing and additional in-person attempt required | | 6/14/2023 | Abandoned | 4/22/2023 | 4:30PM | 6/17/23 | 4:23 PM | | | | | | ABANDONED |
| | 308 W WITHERBEE ST | Mailing and two in-person attempts required | | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 4:17 PM | 6/18/23 | 1:35 PM | | | | | | ABANDONED |
| 4104102021 | 2901 WYOMING AVE | Mailing and additional in-person attempt required; must be evening or weekend | | | | 4/21/2023 | 3:00PM | 4/24/2023 | 1:47PM | 5/18/2023 | 12:30PM | 6/17/23 | 4:06 PM | | NO ANSWER |
| | 1715 WYOMING AVE | Mailing and two in-person attempts required | | | MISSING WORK ORDER IN CITY WORKS | 6/20/23 | 1:14 PM | 6/17/23 | 3:55 PM | | | | | | ABANDONED |
| 4104103002 | 2902 WYOMING AVE | Mailing and additional in-person attempt required; must be evening or weekend | | | Abandoned | 4/21/2023 | 3:05 PM | 4/24/2023 | 1:45PM | 6/17/23 | 4:09 PM | | | | ABANDONED |