# Exhibit 6

| Parcel ID | Address | Outreach Required | Mailing Date | Notes |
|---|---|---|---|---|
| 4002311029 | 2101 WINONA ST | Mailing and additional in-person attempt required | 6/14/2023 | Abandoned |
| 4635379005 | 3818 LE ERDA AVE | Mailing and additional in-person attempt required | 6/14/2023 | Abandoned |
| | 409 E PULASKI AVE | Mailing and additional in-person attempt required | 6/14/2023 | Abandoned |
| | 418 E PULASKI AVE | Mailing and additional in-person attempt required | 6/14/2023 | Abandoned |
| 4636226042 | 421 E PULASKI AVE | Mailing and additional in-person attempt required | 6/14/2023 | Abandoned |
| 4105108012 | 1546 COLORADO AVE | Mailing and additional in-person attempt required; must be evening or weekend | 6/16/2023 | |
| 4104102021 | 2901 WYOMING AVE | Mailing and additional in-person attempt required; must be evening or weekend | 6/16/2023 | |
| 4104103002 | 2902 WYOMING AVE | Mailing and additional in-person attempt required; must be evening or weekend | 6/16/2023 | |
| 4011479011 | 1028 DUPONT ST | Mailing and two in-person attempts required | 6/16/2023 | |
| 4024485025 | 1036 W ATHERTON RD | Mailing and two in-person attempts required | 6/16/2023 | |
| 4025227003 | 1117 W ATHERTON RD | Mailing and two in-person attempts required | 6/16/2023 | |
| 4024485020 | 1122 W ATHERTON RD | Mailing and two in-person attempts required | 6/16/2023 | |
| 4024454055 | 1406 WALDMAN AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| 4105155013 | 1428 DAKOTA AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| 4023176003 | 1613 KNAPP AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| 4013328046 | 1628 W COURT ST | Mailing and two in-person attempts required | 6/16/2023 | |
| | 1630 ILLINOIS AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| | 1645 EUCLID AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| | 1715 WYOMING AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| 4108203007 | 1722 ARLINGTON AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| | 2019 AVENUE A | Mailing and two in-person attempts required | 6/16/2023 | |
| 4105482026 | 2021 TORRANCE ST | Mailing and two in-person attempts required | 6/16/2023 | |
| 4625302079 | 209 W HOME AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| 4105480014 | 2105 LEVERN ST | Mailing and two in-person attempts required | 6/16/2023 | |
| 4001377005 | 217 ODETTE ST | Mailing and two in-person attempts required | 6/16/2023 | |
| 4108210017 | 2209 OHIO AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| | 2209 W COURT ST | Mailing and two in-person attempts required | 6/16/2023 | |
| | 2217 ARLINGTON AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| 4001410004 | 2226 M L KING AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| 4001253018 | 230 E DARTMOUTH ST | Mailing and two in-person attempts required | 6/16/2023 | |
| 4001128016 | 230 W MCCLELLAN ST | Mailing and two in-person attempts required | 6/16/2023 | |
| 4108254009 | 2310 KENTUCKY AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| 4105284007 | 2702 DAKOTA AVE | Mailing and two in-person attempts required | 6/16/2023 | |
| 4011134017 | 2718 MACKIN RD | Mailing and two in-person attempts required | 6/16/2023 | |
| 4011154015 | 2848 BERKLEY ST | Mailing and two in-person attempts required | 6/16/2023 | |
| 4014376002 | 2929 W COURT ST | Mailing and two in-person attempts required | 6/16/2023 | |
| 4010234012 | 3001 STEVENSON ST | Mailing and two in-person attempts required | 6/16/2023 | |
| 4023183015 | 3014 MILLER RD | Mailing and two in-person attempts required | 6/16/2023 | |
| 4104103017 | 3014 WYOMING AVE | Mailing and two in-person attempts required | 6/16/2023 | |

| Parcel ID | Address | Requirement | Date |
|---|---|---|---|
| | 302 E STEWART AVE | Mailing and two in-person attempts required | 6/16/2023 |
| | 302 W 6TH AVE | Mailing and two in-person attempts required | 6/16/2023 |
| | 308 W WITHERBEE ST | Mailing and two in-person attempts required | 6/16/2023 |
| | 309 W FLINT PARK BLVD | Mailing and two in-person attempts required | 6/16/2023 |
| 4023304039 | 3114 MILLER RD | Mailing and two in-person attempts required | 6/16/2023 |
| 4002202014 | 3202 BURGESS ST | Mailing and two in-person attempts required | 6/16/2023 |
| 4635477013 | 3710 MILBOURNE AVE | Mailing and two in-person attempts required | 6/16/2023 |
| 4635452006 | 3902 BURGESS ST | Mailing and two in-person attempts required | 6/16/2023 |
| 4001306008 | 405 WHITE ST | Mailing and two in-person attempts required | 6/16/2023 |
| | 4521 DUPONT ST | Mailing and two in-person attempts required | 6/16/2023 |
| 4013128024 | 501 BANGS ST | Mailing and two in-person attempts required | 6/16/2023 |
| 4129179041 | 529 MCKEIGHAN AVE | Mailing and two in-person attempts required | 6/16/2023 |
| | 532 W BALTIMORE BLVD | Mailing and two in-person attempts required | 6/16/2023 |
| 4013427017 | 702 HALL ST | Mailing and two in-person attempts required | 6/16/2023 |
| | 905 W JAMIESON ST | Mailing and two in-person attempts required | 6/16/2023 |
| | 1002 DARLING ST | Mailing required | 6/16/2023 |
| 4011479035 | 1017 GLADWIN ST | Mailing required | 6/16/2023 |
| 4024429015 | 1021 SIMCOE AVE | Mailing required | 6/16/2023 |
| 4625132031 | 106 W FOSS AVE | Mailing required | 6/16/2023 |
| 4013359022 | 1104 CHRISTOPHER ST | Mailing required | 6/16/2023 |
| 4626476049 | 1110 W PIERSON RD | Mailing required | 6/16/2023 |
| 4730412008 | 1124 E SHERMAN AVE | Mailing required | 6/16/2023 |
| 4625180015 | 113 W RUTH AVE | Mailing required | 6/16/2023 |
| 4118351008 | 1137 ANN ARBOR ST | Mailing required | 6/16/2023 |
| 4636129021 | 119 W PHILADELPHIA BLVD | Mailing required | 6/16/2023 |
| 4012301036 | 1201 VINCENT AVE | Mailing required | 6/16/2023 |
| 4025282008 | 1221 PINEHURST AVE | Mailing required | 6/16/2023 |
| 4001330016 | 125 GREEN ST | Mailing required | 6/16/2023 |
| 4626205022 | 1301 BANBURY PL | Mailing required | 6/16/2023 |
| 4626453019 | 1301 W MOTT AVE | Mailing required | 6/16/2023 |
| 4626455017 | 1305 BOLAN DR | Mailing required | 6/16/2023 |
| 4730229017 | 1314 E ALMA AVE | Mailing required | 6/16/2023 |
| 4002205015 | 1314 W GENESEE ST | Mailing required | 6/16/2023 |
| 4002458011 | 1315 WELCH BLVD | Mailing required | 6/16/2023 |
| 4024480020 | 1318 PETTIBONE AVE | Mailing required | 6/16/2023 |
| 4002205014 | 1318 W GENESEE ST | Mailing required | 6/16/2023 |
| 4626252028 | 1323 CHATHAM DR | Mailing required | 6/16/2023 |
| 4106477017 | 1350 MABEL AVE | Mailing required | 6/16/2023 |
| 4013330010 | 1409 W 2ND ST | Mailing required | 6/16/2023 |
| 4625183028 | 145 E RUSSELL AVE | Mailing required | 6/16/2023 |

| Parcel ID | Address | Status | Date |
|---|---|---|---|
| 4105306002 | 1506 BELLE AVE | Mailing required | 6/16/2023 |
| 4626403004 | 1522 RANDY CT | Mailing required | 6/16/2023 |
| 4117451021 | 1523 WAYNE ST | Mailing required | 6/16/2023 |
| 4012227011 | 1606 AVENUE A | Mailing required | 6/16/2023 |
| 4012129025 | 1609 GARLAND ST | Mailing required | 6/16/2023 |
| 4109203003 | 1702 BINGHAM ST | Mailing required | 6/16/2023 |
| 4108202023 | 1713 ARLINGTON AVE | Mailing required | 6/16/2023 |
| 4025178020 | 1725 LAUREL OAK DR | Mailing required | 6/16/2023 |
| 4023161016 | 1802 KNAPP AVE | Mailing required | 6/16/2023 |
| 4729129034 | 1805 JEWELL DR | Mailing required | 6/16/2023 |
| 4117429015 | 1814 OWEN ST | Mailing required | 6/16/2023 |
| 4024107022 | 1820 CHELSEA CIR | Mailing required | 6/16/2023 |
| 4117430012 | 1851 OWEN ST | Mailing required | 6/16/2023 |
| 4025103005 | 1905 PARK FOREST DR | Mailing required | 6/16/2023 |
| 4002129016 | 1906 W GENESEE ST | Mailing required | 6/16/2023 |
| 4002129003 | 1909 W MCCLELLAN ST | Mailing required | 6/16/2023 |
| 4635128006 | 1917 ROSELAWN DR | Mailing required | 6/16/2023 |
| 4116451005 | 1919 S AVERILL AVE | Mailing required | 6/16/2023 |
| 4024376192 | 1927 CARMANBROOK PKWY | Mailing required | 6/16/2023 |
| 4117381017 | 2006 BURR BLVD | Mailing required | 6/16/2023 |
| 4117357004 | 2007 DWIGHT AVE | Mailing required | 6/16/2023 |
| 4636407015 | 201 DAMON ST | Mailing required | 6/16/2023 |
| 4117358024 | 2010 CROCKER AVE | Mailing required | 6/16/2023 |
| 4002160001 | 2013 W DARTMOUTH ST | Mailing required | 6/16/2023 |
| 4116378017 | 2015 GILMARTIN ST | Mailing required | 6/16/2023 |
| 4001451018 | 2025 ADAMS AVE | Mailing required | 6/16/2023 |
| 4012126007 | 211 STOCKDALE ST | Mailing required | 6/16/2023 |
| 4105251039 | 2110 THOM ST | Mailing required | 6/16/2023 |
| 4002104022 | 2112 W MCCLELLAN ST | Mailing required | 6/16/2023 |
| 4001416018 | 2113 BONBRIGHT ST | Mailing required | 6/16/2023 |
| 4626156018 | 2117 BARBARA DR | Mailing required | 6/16/2023 |
|  | 2178 RED ARROW RD | Mailing required | 6/16/2023 |
| 4001253015 | 218 E DARTMOUTH ST | Mailing required | 6/16/2023 |
| 4002310020 | 2214 COPEMAN BLVD | Mailing required | 6/16/2023 |
| 4108254017 | 2217 NEBRASKA AVE | Mailing required | 6/16/2023 |
| 4108209015 | 2219 WISCONSIN AVE | Mailing required | 6/16/2023 |
| 4002310017 | 2232 COPEMAN BLVD | Mailing required | 6/16/2023 |
| 4012478008 | 224 W 2ND AVE | Mailing required | 6/16/2023 |
| 4001461019 | 229 PAGE ST | Mailing required | 6/16/2023 |
|  | 2301 BURNS ST | Mailing required | 6/16/2023 |

| | | | |
|---|---|---|---|
| 4014486003 | 2317 SWAYZE ST | Mailing required | 6/16/2023 |
| 4105276034 | 2416 THOM ST | Mailing required | 6/16/2023 |
| 4014458009 | 2425 ZIMMERMAN ST | Mailing required | 6/16/2023 |
| 4023226005 | 2433 BROWN ST | Mailing required | 6/16/2023 |
| 4011401007 | 2501 BERKLEY ST | Mailing required | 6/16/2023 |
| 4105481034 | 2501 CHURCHILL AVE | Mailing required | 6/16/2023 |
| 4011255002 | 2525 PROSPECT ST | Mailing required | 6/16/2023 |
| 4001158004 | 2558 IROQUOIS AVE | Mailing required | 6/16/2023 |
| 4105485026 | 2621 DAVISON RD | Mailing required | 6/16/2023 |
| 4011326024 | 2630 SLOAN ST | Mailing required | 6/16/2023 |
| 4104327010 | 2701 N AVERILL AVE | Mailing required | 6/16/2023 |
| 4011128019 | 2710 CONCORD ST | Mailing required | 6/16/2023 |
| 4002151005 | 2713 CLIO RD | Mailing required | 6/16/2023 |
| 4011180015 | 2719 STEVENSON ST | Mailing required | 6/16/2023 |
| 4728302011 | 2723 WILTON PL | Mailing required | 6/16/2023 |
| 4014389022 | 2728 CORUNNA RD | Mailing required | 6/16/2023 |
| 4011302022 | 2733 THOMAS ST | Mailing required | 6/16/2023 |
| 4728351019 | 2805 TIPTREE PATH | Mailing required | 6/16/2023 |
| 4728303013 | 2807 MARGATE CIR | Mailing required | 6/16/2023 |
| 4002276076 | 2809 N CHEVROLET AVE | Mailing required | 6/16/2023 |
| 4105258002 | 2812 N VERNON AVE | Mailing required | 6/16/2023 |
| 4728357009 | 2818 E PIERSON RD | Mailing required | 6/16/2023 |
| 4011156018 | 2824 RASKOB ST | Mailing required | 6/16/2023 |
| 4120402017 | 2841 COMANCHE AVE | Mailing required | 6/16/2023 |
| 4002276074 | 2907 N CHEVROLET AVE | Mailing required | 6/16/2023 |
| 4728357018 | 2914 E PIERSON RD | Mailing required | 6/16/2023 |
| 4728358064 | 2919 EATON PL | Mailing required | 6/16/2023 |
| 4104157005 | 2924 OKLAHOMA AVE | Mailing required | 6/16/2023 |
| 4014376003 | 2927 W COURT ST | Mailing required | 6/16/2023 |
| 4120429009 | 3013 CHEYENNE AVE | Mailing required | 6/16/2023 |
| 4014356002 | 3013 W COURT ST | Mailing required | 6/16/2023 |
| 4011105019 | 3014 PROSPECT ST | Mailing required | 6/16/2023 |
| 4001107010 | 3015 IROQUOIS AVE | Mailing required | 6/16/2023 |
| 4104158003 | 3016 OKLAHOMA AVE | Mailing required | 6/16/2023 |
| 4010230010 | 3018 WOLCOTT ST | Mailing required | 6/16/2023 |
| 4104156016 | 3021 OKLAHOMA AVE | Mailing required | 6/16/2023 |
| 4104156018 | 3031 OKLAHOMA AVE | Mailing required | 6/16/2023 |
| 4001108012 | 319 W MCCLELLAN ST | Mailing required | 6/16/2023 |
| | 3202 DUPONT ST | Mailing required | 6/16/2023 |
| 4001455015 | 321 DELIA ST | Mailing required | 6/16/2023 |

| Parcel ID | Address | Status | Date |
|---|---|---|---|
| 4002204016 | 3213 PROCTOR AVE | Mailing required | 6/16/2023 |
|  | 3214 PROCTOR AVE | Mailing required | 6/16/2023 |
| 4002126026 | 3218 BROWNELL BLVD | Mailing required | 6/16/2023 |
| 4014367001 | 3218 FIELDING ST | Mailing required | 6/16/2023 |
| 4001360023 | 322 STOCKDALE ST | Mailing required | 6/16/2023 |
| 4104127026 | 3242 ARIZONA AVE | Mailing required | 6/16/2023 |
| 4625455023 | 325 E PIERSON RD | Mailing required | 6/16/2023 |
| 4625202029 | 328 ROBBIE LN | Mailing required | 6/16/2023 |
| 4120457003 | 3309 COMANCHE AVE | Mailing required | 6/16/2023 |
| 4001102001 | 3320 IROQUOIS AVE | Mailing required | 6/16/2023 |
| 4023159010 | 3322 CHICAGO BLVD | Mailing required | 6/16/2023 |
|  | 334 E PIERSON RD | Mailing required | 6/16/2023 |
| 4625202019 | 335 ROBBIE LN | Mailing required | 6/16/2023 |
| 4104128028 | 3406 BRANCH RD | Mailing required | 6/16/2023 |
| 4635381017 | 3406 WINONA ST | Mailing required | 6/16/2023 |
|  | 341 E PARKWAY AVE | Mailing required | 6/16/2023 |
| 4109211012 | 3444 BRENT AVE | Mailing required | 6/16/2023 |
| 4129156024 | 345 BEDE ST | Mailing required | 6/16/2023 |
|  | 3502 BROWN ST | Mailing required | 6/16/2023 |
|  | 3510 WINONA ST | Mailing required | 6/16/2023 |
| 4104456022 | 3601 DALE AVE | Mailing required | 6/16/2023 |
| 4635382005 | 3610 BROWNELL BLVD | Mailing required | 6/16/2023 |
| 4635382003 | 3614 BROWNELL BLVD | Mailing required | 6/16/2023 |
| 4635381003 | 3618 WINONA ST | Mailing required | 6/16/2023 |
| 4635360017 | 3621 WINONA ST | Mailing required | 6/16/2023 |
| 4022231018 | 3702 WHITNEY AVE | Mailing required | 6/16/2023 |
| 4104226037 | 3705 CRAIG DR | Mailing required | 6/16/2023 |
| 4014157015 | 3726 GRATIOT AVE | Mailing required | 6/16/2023 |
| 4635352025 | 3813 WISNER ST | Mailing required | 6/16/2023 |
| 4635453004 | 3906 FOREST HILL AVE | Mailing required | 6/16/2023 |
| 4022280022 | 3918 LARCHMONT ST | Mailing required | 6/16/2023 |
| 4635377001 | 3920 BROWNELL BLVD | Mailing required | 6/16/2023 |
| 4015454024 | 4010 ORR ST | Mailing required | 6/16/2023 |
| 4635407016 | 4018 STERLING ST | Mailing required | 6/16/2023 |
| 4015429007 | 4022 W KEARSLEY ST | Mailing required | 6/16/2023 |
| 4001152010 | 409 W GENESEE ST | Mailing required | 6/16/2023 |
| 4001312021 | 410 W WITHERBEE ST | Mailing required | 6/16/2023 |
| 4636405018 | 4117 BUICK ST | Mailing required | 6/16/2023 |
| 4129180013 | 413 E HEMPHILL RD | Mailing required | 6/16/2023 |
| 4129178037 | 4130 CIRCLE DR | Mailing required | 6/16/2023 |

| Parcel | Address | Status | Date | Notes |
|---|---|---|---|---|
| 4001104007 | 425 W DEWEY ST | Mailing required | 6/16/2023 | |
| 4625156022 | 426 W AUSTIN AVE | Mailing required | 6/16/2023 | |
| 4636180002 | 429 W STEWART AVE | Mailing required | 6/16/2023 | |
| | 4302 WISNER ST | Mailing required | 6/16/2023 | |
| 4025254003 | 4310 HUCKLEBERRY LN | Mailing required | 6/16/2023 | |
| 4129104062 | 4434 RED ARROW RD | Mailing required | 6/16/2023 | |
| 4129153001 | 4502 MILTON DR | Mailing required | 6/16/2023 | |
| 4731177017 | 4513 ROBERTS ST | Mailing required | 6/16/2023 | |
| 4732228002 | 4914 ALPHA WAY | Mailing required | 6/16/2023 | |
| 4732228006 | 5002 ALPHA WAY | Mailing required | 6/16/2023 | |
| 4107452029 | 507 THOMSON ST | Mailing required | 6/16/2023 | |
| 4130203026 | 508 CRAWFORD ST | Mailing required | 6/16/2023 | |
| 4635228014 | 5105 BALDWIN BLVD | Mailing required | 6/16/2023 | |
| 4636105049 | 512 W THACKERY AVE | Mailing required | 6/16/2023 | |
| 4625104004 | 513 W BUNDY AVE | Mailing required | 6/16/2023 | |
| 4130202014 | 515 CAMPBELL ST | Mailing required | 6/16/2023 | |
| 4013127007 | 526 COTTAGE GROVE AVE | Mailing required | 6/16/2023 | |
| 4636102047 | 526 W MARENGO AVE | Mailing required | 6/16/2023 | |
| 4001229031 | 529 E JAMIESON ST | Mailing required | 6/16/2023 | Abandoned - burned |
| 4626331048 | 5607 FLEMING RD | Mailing required | 6/16/2023 | |
| 4626426020 | 5614 WINTHROP BLVD | Mailing required | 6/16/2023 | |
| 4001232005 | 601 LEITH ST | Mailing required | 6/16/2023 | |
| 4625103026 | 606 W YORK AVE | Mailing required | 6/16/2023 | |
| | 618 E AUSTIN AVE | Mailing required | 6/16/2023 | |
| | 618 W PATERSON ST | Mailing required | 6/16/2023 | |
| 4636228061 | 621 E PHILADELPHIA BLVD | Mailing required | 6/16/2023 | |
| 4119329028 | 622 BARRIE AVE | Mailing required | 6/16/2023 | |
| 4119383028 | 624 WALDMAN AVE | Mailing required | 6/16/2023 | |
| | 625 W YORK AVE | Mailing required | 6/16/2023 | |
| 4119335034 | 631 VICTORIA AVE | Mailing required | 6/16/2023 | |
| 4728301001 | 6315 BRANCH RD | Mailing required | 6/16/2023 | |
| 4636101003 | 637 W PIERSON RD | Mailing required | 6/16/2023 | |
| 4625279011 | 642 E LORADO AVE | Mailing required | 6/16/2023 | |
| 4636228072 | 665 E PHILADELPHIA BLVD | Mailing required | 6/16/2023 | |
| 4626226013 | 6813 DARYLL DR | Mailing required | 6/16/2023 | |
| 4626231037 | 6815 DUPONT ST | Mailing required | 6/16/2023 | |
| 4626227045 | 6911 CRANWOOD DR | Mailing required | 6/16/2023 | |
| 4626228003 | 7014 CRANWOOD DR | Mailing required | 6/16/2023 | |
| 4002232006 | 711 W JAMIESON ST | Mailing required | 6/16/2023 | |
| 4118207026 | 713 E COURT ST | Mailing required | 6/16/2023 | |

| | | | |
|---|---|---|---|
| 4011227016 | 719 STOCKDALE ST | Mailing required | 6/16/2023 |
| 4118208008 | 721 THOMSON ST | Mailing required | 6/16/2023 |
| 4119382017 | 748 WALDMAN AVE | Mailing required | 6/16/2023 |
| 4731105044 | 752 E BALTIMORE BLVD | Mailing required | 6/16/2023 |
| 4635234023 | 806 W BALTIMORE BLVD | Mailing required | 6/16/2023 |
| 4731181035 | 814 BLACK AVE | Mailing required | 6/16/2023 |
| 4731377020 | 821 CARTON ST | Mailing required | 6/16/2023 |
| 4119304012 | 848 BARRIE AVE | Mailing required | 6/16/2023 |
| 4015431009 | 856 TACKEN ST | Mailing required | 6/16/2023 |
| 4014352010 | 902 BARNEY AVE | Mailing required | 6/16/2023 |
| 4730378018 | 905 E PIERSON RD | Mailing required | 6/16/2023 |
| 4013477035 | 909 CEDAR ST | Mailing required | 6/16/2023 |
| 4119157026 | 918 REMINGTON AVE | Mailing required | 6/16/2023 |
| 4119155025 | 926 PADDINGTON AVE | Mailing required | 6/16/2023 |
| 4014356011 | 931 KNAPP AVE | Mailing required | 6/16/2023 |
| 4119161008 | 935 OSSINGTON AVE | Mailing required | 6/16/2023 |
| 4730128041 | 946 E BUNDY AVE | Mailing required | 6/16/2023 |
| 4119102007 | 951 W 12TH ST | Mailing required | 6/16/2023 |
| 4119355020 | 952 PETTIBONE AVE | Mailing required | 6/16/2023 |
| 4015487010 | 952 S BALLENGER HWY | Mailing required | 6/16/2023 |
| 4014385004 | 969 BRADLEY AVE | Mailing required | 6/16/2023 |