# Exhibit 1

Declaration of Noah Attal

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CONCERNED PASTORS FOR
SOCIAL ACTION, et al.,

        Plaintiffs,

    v.

NICK A. KHOURI, et al.,

        Defendants.

Case No. 16-10277

Hon. David M. Lawson

/

## DECLARATION OF NOAH ATTAL

I, Noah Attal, declare as follows:

1.      I am a data analyst with a B.S. in Earth and Environmental Science from the University of Michigan. I am currently pursuing a Master's degree in Public Policy and Information Science at the University of Michigan.

2.      I have over four years of experience in data and statistical analysis and am proficient in data analysis software, such as STATA and Microsoft Excel. I am currently a Policy Consultant at Safe Water Engineering, where I have worked since January 2021 on statistical analysis and modeling related to lead service line replacement work in various cities, including analyses concerning water quality in Flint, Michigan. In addition, as a researcher at the University of Michigan Graham Sustainability Institute Water Center and School of Sustainability and the

Environment, I completed statistical analyses related to water affordability in Detroit and Michigan. My resume is attached as Exhibit A to this Declaration.

3.      I understand that the Plaintiffs in this case and the City of Flint are parties to a Settlement Agreement that requires the City to implement a lead service line replacement program according to specific requirements. I understand that the City must, among other things, conduct specific outreach to Flint addresses to attempt to obtain residents' consent to conduct service line work. I also understand that the City must repair damage to residents' properties caused by a service line excavation or replacement. Plaintiffs asked me to analyze data provided by the City to Plaintiffs to (1) assess the City's progress towards completing required outreach to homes in Flint, and (2) assess the City's progress towards identifying the restoration status of every previously excavated home in Flint.

4.      My analysis of these two issues is described in further detail below. The results of my analysis reflect the data provided to me by Plaintiffs. I understand that the City is required to provide various reporting on its work to Plaintiffs, and that the data Plaintiffs provided to me was provided to them by the City. Plaintiffs' counsel represented to me that they provided me with every monthly and quarterly status report from the City, as well as other data provided by the City that Plaintiffs understood to include information not reflected in those

2

status reports, documenting service line excavations and replacements from May 30, 2017, to May 14, 2023. [1] Plaintiffs' counsel also represented to me that they provided me with every monthly status report from the City, as well as other data provided by the City from January 1, 2020, through May 14, 2023, [2] that Plaintiffs understood to include information not reflected in those status reports, documenting (a) the City's work to complete outreach at homes in Flint, (b) addresses at which residents have declined to participate in the service line replacement program, and (c) addresses at which residents have consented to receive a service line excavation. I have no basis through which to verify the accuracy or completeness of the City's underlying data.

### Analysis of City's Outreach Work in 2023

5.     First, I analyzed whether there are any addresses where the City has not provided documentation showing completion of the outreach required under the Settlement Agreement. I understand that the City is required to complete certain outreach activities at eligible homes in Flint. Specifically, I understand that,

---

[1] The most recent status report provided to me documenting service line excavations and replacements is titled "2023-5-14 Fast Start Exploration Status.xlsx." The most recent service line excavation or replacement documented in that report is dated May 12, 2023.

[2] The most recent status report provided to me documenting outreach is titled "2023-05-14 Outreach Attempts.xlsx." The most recent outreach attempt documented in that report is date May 20, 2023.

at each eligible address, the City is required to send a mailing and complete at least two in-person consent attempts, at least one of which must occur after 5 pm or on a weekend (Saturday or Sunday). I further understand that if a resident declines or consents to excavation, or if the City completes an excavation and/or replacement at their address, the City is no longer required to continue outreach to that resident's address for purposes of obtaining consent to conduct work.

6.    To inform my analysis, Plaintiffs provided me with a spreadsheet listing 1,594 homes where they understood the City to have remaining obligations, including required outreach, excavation, and/or replacement work, as of October 2022 ("Plaintiffs' October 2022 Scope of Work List"). *See* Vandal Decl. ¶¶ 16-27, ECF No. 242-3, PageID.11155-60. For purposes of the analysis described below, I limited my analysis to whether the City had completed outreach at, or otherwise fulfilled its obligations to, the 1,172 homes on Plaintiffs' October 2022 Scope of Work List that Plaintiffs understood to still require outreach.[3]

7.    In the October 2022 Scope of Work list, I understood the column labeled "initial work required (as of Feb. '22)" to indicate the work that Plaintiffs understood to be required as of February 2022. I understood the columns labeled "remove from Feb list" and "reason for removal" to indicate whether Plaintiffs, as

---

[3] Plaintiffs' October 2022 Scope of Work List indicated that the City had remaining obligations other than outreach as to the remaining 422 listed addresses.

of October 2022, understood the City to have completed its obligations to a particular address. If an address had a "Y" in the column labeled "remove from Feb list," I understood this to indicate that Plaintiffs understood the City's obligations to that address to be resolved. If an address was listed as requiring outreach in the column labeled "initial work required (as of Feb. '22)" and had a blank entry in the column labeled "remove from Feb list," I understood this to indicate that Plaintiffs understood that the City was required to complete additional outreach at that address as of October 2022.

8.     Plaintiffs also provided me with spreadsheets, created by the City and provided to Plaintiffs, documenting the City's outreach, excavation, and replacement work between January 2020 and May 2023. *See supra* ¶ 4. I compared the information in these datasets to the addresses listed on Plaintiffs' October 2022 Scope of Work List to analyze whether the City had completed outreach at, or otherwise fulfilled its obligations to, the 1,172 homes on Plaintiffs' October 2022 Scope of Work List that Plaintiffs understood to still require outreach.

9.     I first used STATA, a statistical analysis software, to merge data to create a list of all addresses where one of the spreadsheets I received showed that the resident had declined to participate in the program (a "declination") or that the City had obtained the resident's consent to conduct service line work. I included in this list addresses listed in every file provided to me with a name including

"Homes with Consent Received," "Homes with Consent," and "Declinations." I also included declinations data from a tab labeled "3-Declination" within the file "2021.06.10 SLR Report.xlsx," and consents from the tab labeled "11.24.21 Add's w Csnt" in the file "2022.01.05 Preliminary SLE-SLR Replacement Eligible Homes List.xlsx." If an address appeared on a file or tab with "declination" in the title, I understood that the resident declined excavation. If an address appeared on a file or tab with "consent received" in the title, I understood that the resident consented to excavation. In either case, I understood that the City was no longer required to complete outreach at that address. I also incorporated consent and declination information listed in the columns labeled "Resident Declined?," "Consent Obtained?," and "Comment" in the file titled "2023-05-14 Outreach Attempts.xlsx." If an address had a "yes" listed in the "Resident Declined?" or "Consent Obtained?" column, or had "abandoned," "vacant," or "empty lot" listed in the "Comment" column, I understood that the City was no longer required to complete outreach at that address.

10.     I also used STATA to combine every file provided to me by Plaintiffs whose titles indicated that they reflected excavation and replacement data. These files had titles including the phrases and words "Exploration Status," "Fast Start Exploration Status," "FAST SLR Data," "LSL Replacement," "Excavations Completed," "SLR," "SLR Data," and "Completed SLE SLR." I also included the

"1-SLR Exp & Rep" tab from the file titled "2021.06.10 SLR Report.xlsx," and the

"11.24.21 Compl Add's" tab from the file titled "2022.01.05 Preliminary SLE-

SLR Replacement Eligible Homes List.xlsx." If an address had received an

excavation and/or replacement based on the City's reporting, I understood that the

City was no longer required to complete outreach at that address.

11.     Finally, I created a single dataset showing all of the mailings and

outreach attempts recorded in the reports Plaintiffs provided to me. I did this by

merging data regarding mailings and outreach attempts from three different file

types documenting outreach. I merged data from every file provided to me

containing "Consent Attempts," "Outreach Attempts," and "Non-response" in the

title. I also merged data from the tab titled "8.2.21 NRDC Outreach" in the file

"2022.01.05 Preliminary SLE-SLR Replacement Eligible Homes List.xlsx." All

these files and tabs contain similar data indicating the dates and times of consent

attempts. Where a consent attempt was listed in a column labeled "consent attempt

#1/mailing," I treated this as a mailing. Where a consent attempt was listed in a

column labeled "consent attempt," I treated this as an in-person consent attempt.

To ensure I captured every consent attempt, I reformatted the data so that each

(non-duplicative) outreach attempt is recorded, regardless of which spreadsheet it

might have been recorded in.

12.     Using the data I merged in STATA, I assigned one of the following

statuses to every address that Plaintiffs identified as still needing outreach as of

October 2022:

- Explored: Addresses found in any excavation and replacement files. These addresses have had a service line excavation and/or replacement.

- Declined: Addresses that have appeared in a Declination file and not appeared in a consent file.

- Declined after consent: Addresses that have appeared in a declination file after appearing in a consent file, with the declination file having a later date.

- Non-responsive: Addresses that have not appeared in a declination file, a consent file, or an excavation or replacement file, and which have received one mailer and two outreach attempts, with one of which being on the weekend or after 5 pm.

- Needs Contact – No Outreach Recorded: No recorded consent, declination, or excavation, and no recorded outreach or mailing.

- Needs Contact – Needs Mailer: No recorded consent, declination, or excavation, and at least one outreach attempt but no mailer recorded.

- Needs Contact for Consent: Addresses with no recorded consent, declination, or excavation; has a mailer but fewer than two in-person consent attempts.

- Needs Contact – Weekend/After 5 pm: Addresses with no recorded consent, declination, or excavation; has received a mailer and at least two in-person consent attempts, but no in-person attempts on a weekend or after 5 pm.

- Needs Contact for Scheduling or Has Consent with Scheduling Unknown: Addresses with consent at which the City needs to schedule an excavation.

13.    The results of my analysis show that, as of May 20, 2023 (the latest

date for which reporting was provided to me), the City did not complete outreach

at every home on Plaintiffs' October 2022 Scope of Work List. Three hundred and

six (306) addresses still require additional outreach for purposes of obtaining

consent to conduct service line work. Of these 306 addresses, 206 homes only need

a mailing; 46 homes require a mailing and two in-person consent attempts; 8

homes require a mailing and one in-person consent attempt; 36 homes do not

require a mailing, but require one additional in-person consent attempt; and 10

homes do not require a mailing, but require two additional in-person consent

attempts.

14.     I have prepared a spreadsheet titled "Outreach Work Remaining as of

June 2023," attached as Exhibit B to this Declaration. This spreadsheet lists the

addresses described in Paragraph 13 above. I modified the "Outreach Work

Remaining as of June 2023" spreadsheet by assigning each address an identifying

number (House ID) from 1 to 306. I created a "House ID" column and numbered

the addresses in the order that they were listed. I then hid the "Address" column

(column B) from view. The use of the House ID numbers instead of addresses

allows the City to verify the data in my spreadsheet without public disclosure of

private home addresses.

### Analysis of City's Restoration Records

15.     Plaintiffs asked me to analyze the spreadsheets prepared by the City

titled "2023-06-21 Restoration Status (Based on VIs and Known).xlsx" and "2023-

06-21 Restoration Completed in Current Phase.xlsx" to determine whether these two files together contained information about every address at which the City had previously reported an excavation and/or replacement.

16.     To do this, I first created a list of all residential addresses in Flint where I understand the City to have conducted a service line excavation or replacement. I understand that the City is required to complete property restoration at all homes where it has conducted a service line excavation and/or replacement. To compile this list, I used STATA to combine every file provided to me by Plaintiffs whose titles indicated that they reflected excavation and replacement data. These files had titles including the phrases and words "Exploration Status," "Fast Start Exploration Status," "FAST SLR Data," "LSL Replacement," "Excavations Completed," "SLR," "SLR Data," and "Completed SLE SLR." I also included the "1-SLR Exp & Rep" tab from the file titled "2021.06.10 SLR Report.xlsx," the "11.24.21 Compl Add's" tab from the file titled "2022.01.05 Preliminary SLE-SLR Replacement Eligible Homes List.xlsx," and the "FAST Data Export" tab from the file titled "Phase VI Addresses - Para 13 Data.xlsx." For purposes of this analysis, I assumed that any addresses listed in the above files and tabs had received an excavation and/or replacement. The data I received from Plaintiffs typically includes, for each home where the City reports a service line excavation and/or replacement, the parcel identifier and address of the home, the

date the home's service line was excavated or replaced, and the original material on the public side and private side of the service line. For certain addresses reported in these datasets, some of these informational elements have been left blank or were not reported. If addresses were listed multiple times in the exploration data, I removed duplicates, including the entry with the most complete information.

17.    The results of my analysis show that there are 28,215 addresses that have received an excavation and/or replacement as of May 14, 2023. I therefore concluded that there are 28,215 addresses where the City must complete property restoration under the Settlement Agreement.

18.    I then used STATA to compare these 28,215 addresses to the addresses listed in the files titled "2023-06-21 Restoration Status (Based on VIs and Known).xlsx" and "2023-06-21 Restoration Completed in Current Phase.xlsx." The file "2023-06-21 Restoration Status (Based on VIs and Known).xlsx" contains three tabs, labeled "Known homes to complete," "Homes to complete based on VI," and "Home Completed based on VI." I understand "VI" to mean "visual inspection." I understand the "2023-06-21 Restoration Status (Based on VIs and Known).xlsx" file to be the reporting the City provided to Plaintiffs concerning its efforts to identify the restoration status of excavated homes. I understand the file "2023-06-21 Restoration Completed in Current Phase.xlsx" to be reporting the

City provided to Plaintiffs documenting 545 restorations the City completed in 2022 and 2023. In total, there are 28,017 addresses listed in these two files.

19.     I identified 704 addresses for which the records described in Paragraph 16 above reflected an excavation and/or replacement, but which were not listed on any tab of the files titled "2023-06-21 Restoration Status (Based on VIs and Known).xlsx" and "2023-06-21 Restoration Completed in Current Phase.xlsx." I also identified 509 addresses listed in the files "20223-06-21 Restoration Status (Based on VIs and Known).xlsx" and "2023-06-21 Restoration Completed in Current Phase.xlsx," but at which the records provided to me did not reflect an excavation and/or replacement.

20.     I have prepared a spreadsheet titled "Excavated Addresses Missing from June 2023 Restoration Reporting," attached as Exhibit C to this Declaration. This spreadsheet lists the addresses described in Paragraph 19 above. I modified the "Excavated Addresses Missing from June 2023 Restoration Reporting" spreadsheet by assigning each address an identifying number (House ID) from 1 to 704. I created a "House ID" column and numbered the addresses in the order that they were listed. I then hid the "Address" column (column B) from view. The use of the House ID numbers instead of addresses allows the City to verify the data in my spreadsheet without public disclosure of private home addresses.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:       June 22, 2023

_____
Noah Attal

# Exhibit A

# Noah Attal

noahattal@gmail.com | 313-400-9583 | Dearborn, MI

## EDUCATION

**University of Michigan, Gerald R. Ford School of Public Policy and School of Information**            Ann Arbor, MI
*Dual Master of Public Policy and Information Science*            Expected: May 2024
Relevant coursework: Urban Economics | Quantitative Program Evaluation | Economic Analysis

**University of Michigan, School of Language, Science and Arts**            Ann Arbor, MI
*Dual Bachelor of Science Earth and Environmental Science and Program in the Environment*            April, 2017
Honors: 2016 Eugene and Elizabeth Singer Award for Academic Excellence in Geology | Abrams Sustainability Fellowship |
5 semesters of University Honors

## EXPERIENCE

**City of Dearborn Department of Public Health**            Dearborn, MI
*Fellow*            Oct. 2022-Present
- Acting as liaison between Department of Health and Public Works to coordinate lead service line replacement program
- Designing filter distribution program to protect vulnerable residents against lead poisoning
- Evaluating city lead service line replacement program and service line material inventory, presenting finding to the director and initiating more comprehensive replacement program

**Safe Water Engineering**            Detroit, MI
*Policy Consultant*            Jan. 2021-Present
- Co-authored audit of DC Waters Lead Service Line Replacement plan; presented recommendations on best policy actions and adjustments to DC City Council
- Reviewed and recalculated DC Waters lead service line replacement cost estimates identifying approximately 400 million dollars in savings for the city.
- Remodeled DC Water lead replacement prioritization model in ArcGIS with improving accuracy in regards to health impacts and equity.
- Created online real-time interactive maps to track service line replacements in Benton Harbor, MI, helping advocacy organizations hold the city accountable to replacement goals.
- Tracked and conducted statistical analysis of water quality changes in Flint, MI in coordination with National Resource Defense Council as the city switched between water sources to ensure lead levels were not impacted.

**U-M Graham Sustainability Institute Water Center**            Ann Arbor, MI
*Research Associate*            Mar. 2019-Nov. 2021
- Co-authored Water Service Affordability in Michigan: A Statewide Survey, and presented to American Wastewater and Water Association, People's Water Board, and other policy organizations.
- Designed and conducted survey of over 300 water utilities in Michigan to quantify water costs and water affordability .
- Derived methods for estimating infrastructure funding gaps for utilities using federal and state financial data.
- Provided recommendations for the state, utilities, and cities to address water affordability.
- Developed multi-use sustainability indicators for Great Lakes Management for the Great Lakes Commission by convening 40+ state and local professionals to determine stakeholder needs and priorities

**U-M School of Sustainability and the Environment**            Ann Arbor, MI
*Research Assistant*            Nov. 2018-Jan 2021
- Collected and evaluated US Census data from IPUMS and American Community Survey, and other federal datasets to explore questions of water affordability and demographics in the USA.
- Built Stata code to run statistical analysis of water affordability in Detroit, resulting in a working paper for U of M Poverty solutions.
- Analyzed relationship between water shutoffs and health in Detroit using Medicare/Medicaid data and FOIA requested water shutoffs in Detroit

**National Opinion Research Center of U of Chicago**                    Dearborn, MI
*Field Interviewer*                                                Nov. 2018-Mar 2019

- Recruited over 100+ residents to take hour long survey, exceeding my neighborhood quota and being reassigned to other jurisdictions harder to reach areas.
- Managed caseload with little to no supervision.

**U-M Office of Student Conflict Resolution**                          Ann Arbor, MI
*Program Assistant*                                                Sept. 2014-April 2017

- Coordinated daily operations alcohol and other drug program, which staged interventions for over 500 students with one-one peer meetings.
- Facilitated and helped resolve student interorganizational conflicts with more than 10 participating parties as a peer facilitator.
- Developed and presented 40-hour training on conflict and facilitation skills

## LEADERSHIP EXPERIENCE

**Center of Arab American Studies**                                     Dearborn, MI
*Volunteer*                                                        June 2019-Present

- Created maps and graphs of relevant demographic data for upcoming book on Arab Americans in Southeast Michigan
- Generated interactive online visualizations of Arab American population between 1990-2020
- Developed methods of how Arab Americans are captured in census data resulting in adjusted counts of Arabs in cities like Dearborn and Hamtramck.

**Felicity Foundation**                                                Ann Arbor, MI
*Co-Founder and Board Member*                                      Sept. 2014- August 2017

- Co-founded a Muslim chaplaincy program at the University of Michigan that provided office hours, educational programing, and institutional support for Muslim students on campus. The first on a public University in the USA.
- Co-founded Muslim resident house on campus with attached prayer space and chaplain office
- Fundraised annual budget of over 100,000 dollars to support the foundation.

**SKILLS**

*Technical:* Microsoft Excel (proficient), STATA (advanced), R (beginner), and ArcGIS (advanced)

# Exhibit B

Exhibit B- Outreach Work Remaining as of June 2023

| HouseID | Outreach Work Required |
|---|---|
| 1 | Additional in-person attempt required |
| 2 | Additional in-person attempt required |
| 3 | Additional in-person attempt required; must be evening or weekend |
| 4 | Additional in-person attempt required; must be evening or weekend |
| 5 | Additional in-person attempt required; must be evening or weekend |
| 6 | Additional in-person attempt required; must be evening or weekend |
| 7 | Additional in-person attempt required; must be evening or weekend |
| 8 | Additional in-person attempt required; must be evening or weekend |
| 9 | Additional in-person attempt required; must be evening or weekend |
| 10 | Additional in-person attempt required; must be evening or weekend |
| 11 | Additional in-person attempt required; must be evening or weekend |
| 12 | Additional in-person attempt required; must be evening or weekend |
| 13 | Additional in-person attempt required; must be evening or weekend |
| 14 | Additional in-person attempt required; must be evening or weekend |
| 15 | Additional in-person attempt required; must be evening or weekend |
| 16 | Additional in-person attempt required; must be evening or weekend |
| 17 | Additional in-person attempt required; must be evening or weekend |
| 18 | Additional in-person attempt required; must be evening or weekend |
| 19 | Additional in-person attempt required; must be evening or weekend |
| 20 | Additional in-person attempt required; must be evening or weekend |
| 21 | Additional in-person attempt required; must be evening or weekend |
| 22 | Additional in-person attempt required; must be evening or weekend |
| 23 | Additional in-person attempt required; must be evening or weekend |
| 24 | Additional in-person attempt required; must be evening or weekend |
| 25 | Additional in-person attempt required; must be evening or weekend |
| 26 | Additional in-person attempt required; must be evening or weekend |
| 27 | Additional in-person attempt required; must be evening or weekend |
| 28 | Additional in-person attempt required; must be evening or weekend |
| 29 | Additional in-person attempt required; must be evening or weekend |
| 30 | Additional in-person attempt required; must be evening or weekend |
| 31 | Additional in-person attempt required; must be evening or weekend |
| 32 | Additional in-person attempt required; must be evening or weekend |
| 33 | Additional in-person attempt required; must be evening or weekend |
| 34 | Additional in-person attempt required; must be evening or weekend |
| 35 | Additional in-person attempt required; must be evening or weekend |
| 36 | Additional in-person attempt required; must be evening or weekend |
| 37 | Mailing and additional in-person attempt required |
| 38 | Mailing and additional in-person attempt required |
| 39 | Mailing and additional in-person attempt required |
| 40 | Mailing and additional in-person attempt required |
| 41 | Mailing and additional in-person attempt required |
| 42 | Mailing and additional in-person attempt required; must be evening or weekend |
| 43 | Mailing and additional in-person attempt required; must be evening or weekend |
| 44 | Mailing and additional in-person attempt required; must be evening or weekend |
| 45 | Mailing and two in-person attempts required |
| 46 | Mailing and two in-person attempts required |

Exhibit B- Outreach Work Remaining as of June 2023

| HouseID | Outreach Work Required |
|---|---|
| 47 | Mailing and two in-person attempts required |
| 48 | Mailing and two in-person attempts required |
| 49 | Mailing and two in-person attempts required |
| 50 | Mailing and two in-person attempts required |
| 51 | Mailing and two in-person attempts required |
| 52 | Mailing and two in-person attempts required |
| 53 | Mailing and two in-person attempts required |
| 54 | Mailing and two in-person attempts required |
| 55 | Mailing and two in-person attempts required |
| 56 | Mailing and two in-person attempts required |
| 57 | Mailing and two in-person attempts required |
| 58 | Mailing and two in-person attempts required |
| 59 | Mailing and two in-person attempts required |
| 60 | Mailing and two in-person attempts required |
| 61 | Mailing and two in-person attempts required |
| 62 | Mailing and two in-person attempts required |
| 63 | Mailing and two in-person attempts required |
| 64 | Mailing and two in-person attempts required |
| 65 | Mailing and two in-person attempts required |
| 66 | Mailing and two in-person attempts required |
| 67 | Mailing and two in-person attempts required |
| 68 | Mailing and two in-person attempts required |
| 69 | Mailing and two in-person attempts required |
| 70 | Mailing and two in-person attempts required |
| 71 | Mailing and two in-person attempts required |
| 72 | Mailing and two in-person attempts required |
| 73 | Mailing and two in-person attempts required |
| 74 | Mailing and two in-person attempts required |
| 75 | Mailing and two in-person attempts required |
| 76 | Mailing and two in-person attempts required |
| 77 | Mailing and two in-person attempts required |
| 78 | Mailing and two in-person attempts required |
| 79 | Mailing and two in-person attempts required |
| 80 | Mailing and two in-person attempts required |
| 81 | Mailing and two in-person attempts required |
| 82 | Mailing and two in-person attempts required |
| 83 | Mailing and two in-person attempts required |
| 84 | Mailing and two in-person attempts required |
| 85 | Mailing and two in-person attempts required |
| 86 | Mailing and two in-person attempts required |
| 87 | Mailing and two in-person attempts required |
| 88 | Mailing and two in-person attempts required |
| 89 | Mailing and two in-person attempts required |
| 90 | Mailing and two in-person attempts required |
| 91 | Only mailing required |
| 92 | Only mailing required |

Exhibit B- Outreach Work Remaining as of June 2023

| HouseID | Outreach Work Required |
|---|---|
| 93 | Only mailing required |
| 94 | Only mailing required |
| 95 | Only mailing required |
| 96 | Only mailing required |
| 97 | Only mailing required |
| 98 | Only mailing required |
| 99 | Only mailing required |
| 100 | Only mailing required |
| 101 | Only mailing required |
| 102 | Only mailing required |
| 103 | Only mailing required |
| 104 | Only mailing required |
| 105 | Only mailing required |
| 106 | Only mailing required |
| 107 | Only mailing required |
| 108 | Only mailing required |
| 109 | Only mailing required |
| 110 | Only mailing required |
| 111 | Only mailing required |
| 112 | Only mailing required |
| 113 | Only mailing required |
| 114 | Only mailing required |
| 115 | Only mailing required |
| 116 | Only mailing required |
| 117 | Only mailing required |
| 118 | Only mailing required |
| 119 | Only mailing required |
| 120 | Only mailing required |
| 121 | Only mailing required |
| 122 | Only mailing required |
| 123 | Only mailing required |
| 124 | Only mailing required |
| 125 | Only mailing required |
| 126 | Only mailing required |
| 127 | Only mailing required |
| 128 | Only mailing required |
| 129 | Only mailing required |
| 130 | Only mailing required |
| 131 | Only mailing required |
| 132 | Only mailing required |
| 133 | Only mailing required |
| 134 | Only mailing required |
| 135 | Only mailing required |
| 136 | Only mailing required |
| 137 | Only mailing required |
| 138 | Only mailing required |

Exhibit B- Outreach Work Remaining as of June 2023

| HouseID | Outreach Work Required |
|---|---|
| 139 | Only mailing required |
| 140 | Only mailing required |
| 141 | Only mailing required |
| 142 | Only mailing required |
| 143 | Only mailing required |
| 144 | Only mailing required |
| 145 | Only mailing required |
| 146 | Only mailing required |
| 147 | Only mailing required |
| 148 | Only mailing required |
| 149 | Only mailing required |
| 150 | Only mailing required |
| 151 | Only mailing required |
| 152 | Only mailing required |
| 153 | Only mailing required |
| 154 | Only mailing required |
| 155 | Only mailing required |
| 156 | Only mailing required |
| 157 | Only mailing required |
| 158 | Only mailing required |
| 159 | Only mailing required |
| 160 | Only mailing required |
| 161 | Only mailing required |
| 162 | Only mailing required |
| 163 | Only mailing required |
| 164 | Only mailing required |
| 165 | Only mailing required |
| 166 | Only mailing required |
| 167 | Only mailing required |
| 168 | Only mailing required |
| 169 | Only mailing required |
| 170 | Only mailing required |
| 171 | Only mailing required |
| 172 | Only mailing required |
| 173 | Only mailing required |
| 174 | Only mailing required |
| 175 | Only mailing required |
| 176 | Only mailing required |
| 177 | Only mailing required |
| 178 | Only mailing required |
| 179 | Only mailing required |
| 180 | Only mailing required |
| 181 | Only mailing required |
| 182 | Only mailing required |
| 183 | Only mailing required |
| 184 | Only mailing required |

Exhibit B- Outreach Work Remaining as of June 2023

| HouseID | Outreach Work Required |
|--------:|------------------------|
| 185 | Only mailing required |
| 186 | Only mailing required |
| 187 | Only mailing required |
| 188 | Only mailing required |
| 189 | Only mailing required |
| 190 | Only mailing required |
| 191 | Only mailing required |
| 192 | Only mailing required |
| 193 | Only mailing required |
| 194 | Only mailing required |
| 195 | Only mailing required |
| 196 | Only mailing required |
| 197 | Only mailing required |
| 198 | Only mailing required |
| 199 | Only mailing required |
| 200 | Only mailing required |
| 201 | Only mailing required |
| 202 | Only mailing required |
| 203 | Only mailing required |
| 204 | Only mailing required |
| 205 | Only mailing required |
| 206 | Only mailing required |
| 207 | Only mailing required |
| 208 | Only mailing required |
| 209 | Only mailing required |
| 210 | Only mailing required |
| 211 | Only mailing required |
| 212 | Only mailing required |
| 213 | Only mailing required |
| 214 | Only mailing required |
| 215 | Only mailing required |
| 216 | Only mailing required |
| 217 | Only mailing required |
| 218 | Only mailing required |
| 219 | Only mailing required |
| 220 | Only mailing required |
| 221 | Only mailing required |
| 222 | Only mailing required |
| 223 | Only mailing required |
| 224 | Only mailing required |
| 225 | Only mailing required |
| 226 | Only mailing required |
| 227 | Only mailing required |
| 228 | Only mailing required |
| 229 | Only mailing required |
| 230 | Only mailing required |

Exhibit B- Outreach Work Remaining as of June 2023

| HouseID | Outreach Work Required |
|---:|---|
| 231 | Only mailing required |
| 232 | Only mailing required |
| 233 | Only mailing required |
| 234 | Only mailing required |
| 235 | Only mailing required |
| 236 | Only mailing required |
| 237 | Only mailing required |
| 238 | Only mailing required |
| 239 | Only mailing required |
| 240 | Only mailing required |
| 241 | Only mailing required |
| 242 | Only mailing required |
| 243 | Only mailing required |
| 244 | Only mailing required |
| 245 | Only mailing required |
| 246 | Only mailing required |
| 247 | Only mailing required |
| 248 | Only mailing required |
| 249 | Only mailing required |
| 250 | Only mailing required |
| 251 | Only mailing required |
| 252 | Only mailing required |
| 253 | Only mailing required |
| 254 | Only mailing required |
| 255 | Only mailing required |
| 256 | Only mailing required |
| 257 | Only mailing required |
| 258 | Only mailing required |
| 259 | Only mailing required |
| 260 | Only mailing required |
| 261 | Only mailing required |
| 262 | Only mailing required |
| 263 | Only mailing required |
| 264 | Only mailing required |
| 265 | Only mailing required |
| 266 | Only mailing required |
| 267 | Only mailing required |
| 268 | Only mailing required |
| 269 | Only mailing required |
| 270 | Only mailing required |
| 271 | Only mailing required |
| 272 | Only mailing required |
| 273 | Only mailing required |
| 274 | Only mailing required |
| 275 | Only mailing required |
| 276 | Only mailing required |

Exhibit B- Outreach Work Remaining as of June 2023

| HouseID | Outreach Work Required |
|---:|---|
| 277 | Only mailing required |
| 278 | Only mailing required |
| 279 | Only mailing required |
| 280 | Only mailing required |
| 281 | Only mailing required |
| 282 | Only mailing required |
| 283 | Only mailing required |
| 284 | Only mailing required |
| 285 | Only mailing required |
| 286 | Only mailing required |
| 287 | Only mailing required |
| 288 | Only mailing required |
| 289 | Only mailing required |
| 290 | Only mailing required |
| 291 | Only mailing required |
| 292 | Only mailing required |
| 293 | Only mailing required |
| 294 | Only mailing required |
| 295 | Only mailing required |
| 296 | Only mailing required |
| 297 | Two in-person attempts required |
| 298 | Two in-person attempts required |
| 299 | Two in-person attempts required |
| 300 | Two in-person attempts required |
| 301 | Two in-person attempts required |
| 302 | Two in-person attempts required |
| 303 | Two in-person attempts required |
| 304 | Two in-person attempts required |
| 305 | Two in-person attempts required |
| 306 | Two in-person attempts required |

Exhibit C

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| House ID |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |
| 29 |
| 30 |
| 31 |
| 32 |
| 33 |
| 34 |
| 35 |
| 36 |
| 37 |
| 38 |
| 39 |
| 40 |
| 41 |
| 42 |
| 43 |
| 44 |
| 45 |
| 46 |
| 47 |
| 48 |
| 49 |
| 50 |
| 51 |

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| |
|---|
| 52 |
| 53 |
| 54 |
| 55 |
| 56 |
| 57 |
| 58 |
| 59 |
| 60 |
| 61 |
| 62 |
| 63 |
| 64 |
| 65 |
| 66 |
| 67 |
| 68 |
| 69 |
| 70 |
| 71 |
| 72 |
| 73 |
| 74 |
| 75 |
| 76 |
| 77 |
| 78 |
| 79 |
| 80 |
| 81 |
| 82 |
| 83 |
| 84 |
| 85 |
| 86 |
| 87 |
| 88 |
| 89 |
| 90 |
| 91 |
| 92 |
| 93 |
| 94 |
| 95 |
| 96 |
| 97 |
| 98 |
| 99 |
| 100 |
| 101 |
| 102 |
| 103 |

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| |
|---|
| 104 |
| 105 |
| 106 |
| 107 |
| 108 |
| 109 |
| 110 |
| 111 |
| 112 |
| 113 |
| 114 |
| 115 |
| 116 |
| 117 |
| 118 |
| 119 |
| 120 |
| 121 |
| 122 |
| 123 |
| 124 |
| 125 |
| 126 |
| 127 |
| 128 |
| 129 |
| 130 |
| 131 |
| 132 |
| 133 |
| 134 |
| 135 |
| 136 |
| 137 |
| 138 |
| 139 |
| 140 |
| 141 |
| 142 |
| 143 |
| 144 |
| 145 |
| 146 |
| 147 |
| 148 |
| 149 |
| 150 |
| 151 |
| 152 |
| 153 |
| 154 |
| 155 |

| |
|---|
| 156 |
| 157 |
| 158 |
| 159 |
| 160 |
| 161 |
| 162 |
| 163 |
| 164 |
| 165 |
| 166 |
| 167 |
| 168 |
| 169 |
| 170 |
| 171 |
| 172 |
| 173 |
| 174 |
| 175 |
| 176 |
| 177 |
| 178 |
| 179 |
| 180 |
| 181 |
| 182 |
| 183 |
| 184 |
| 185 |
| 186 |
| 187 |
| 188 |
| 189 |
| 190 |
| 191 |
| 192 |
| 193 |
| 194 |
| 195 |
| 196 |
| 197 |
| 198 |
| 199 |
| 200 |
| 201 |
| 202 |
| 203 |
| 204 |
| 205 |
| 206 |
| 207 |

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| |
|---|
| 208 |
| 209 |
| 210 |
| 211 |
| 212 |
| 213 |
| 214 |
| 215 |
| 216 |
| 217 |
| 218 |
| 219 |
| 220 |
| 221 |
| 222 |
| 223 |
| 224 |
| 225 |
| 226 |
| 227 |
| 228 |
| 229 |
| 230 |
| 231 |
| 232 |
| 233 |
| 234 |
| 235 |
| 236 |
| 237 |
| 238 |
| 239 |
| 240 |
| 241 |
| 242 |
| 243 |
| 244 |
| 245 |
| 246 |
| 247 |
| 248 |
| 249 |
| 250 |
| 251 |
| 252 |
| 253 |
| 254 |
| 255 |
| 256 |
| 257 |
| 258 |
| 259 |

| |
|---|
| 260 |
| 261 |
| 262 |
| 263 |
| 264 |
| 265 |
| 266 |
| 267 |
| 268 |
| 269 |
| 270 |
| 271 |
| 272 |
| 273 |
| 274 |
| 275 |
| 276 |
| 277 |
| 278 |
| 279 |
| 280 |
| 281 |
| 282 |
| 283 |
| 284 |
| 285 |
| 286 |
| 287 |
| 288 |
| 289 |
| 290 |
| 291 |
| 292 |
| 293 |
| 294 |
| 295 |
| 296 |
| 297 |
| 298 |
| 299 |
| 300 |
| 301 |
| 302 |
| 303 |
| 304 |
| 305 |
| 306 |
| 307 |
| 308 |
| 309 |
| 310 |
| 311 |

| |
|---|
| 312 |
| 313 |
| 314 |
| 315 |
| 316 |
| 317 |
| 318 |
| 319 |
| 320 |
| 321 |
| 322 |
| 323 |
| 324 |
| 325 |
| 326 |
| 327 |
| 328 |
| 329 |
| 330 |
| 331 |
| 332 |
| 333 |
| 334 |
| 335 |
| 336 |
| 337 |
| 338 |
| 339 |
| 340 |
| 341 |
| 342 |
| 343 |
| 344 |
| 345 |
| 346 |
| 347 |
| 348 |
| 349 |
| 350 |
| 351 |
| 352 |
| 353 |
| 354 |
| 355 |
| 356 |
| 357 |
| 358 |
| 359 |
| 360 |
| 361 |
| 362 |
| 363 |

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| |
|---|
| 364 |
| 365 |
| 366 |
| 367 |
| 368 |
| 369 |
| 370 |
| 371 |
| 372 |
| 373 |
| 374 |
| 375 |
| 376 |
| 377 |
| 378 |
| 379 |
| 380 |
| 381 |
| 382 |
| 383 |
| 384 |
| 385 |
| 386 |
| 387 |
| 388 |
| 389 |
| 390 |
| 391 |
| 392 |
| 393 |
| 394 |
| 395 |
| 396 |
| 397 |
| 398 |
| 399 |
| 400 |
| 401 |
| 402 |
| 403 |
| 404 |
| 405 |
| 406 |
| 407 |
| 408 |
| 409 |
| 410 |
| 411 |
| 412 |
| 413 |
| 414 |
| 415 |

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| |
|---|
| 416 |
| 417 |
| 418 |
| 419 |
| 420 |
| 421 |
| 422 |
| 423 |
| 424 |
| 425 |
| 426 |
| 427 |
| 428 |
| 429 |
| 430 |
| 431 |
| 432 |
| 433 |
| 434 |
| 435 |
| 436 |
| 437 |
| 438 |
| 439 |
| 440 |
| 441 |
| 442 |
| 443 |
| 444 |
| 445 |
| 446 |
| 447 |
| 448 |
| 449 |
| 450 |
| 451 |
| 452 |
| 453 |
| 454 |
| 455 |
| 456 |
| 457 |
| 458 |
| 459 |
| 460 |
| 461 |
| 462 |
| 463 |
| 464 |
| 465 |
| 466 |
| 467 |

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| |
|---|
| 468 |
| 469 |
| 470 |
| 471 |
| 472 |
| 473 |
| 474 |
| 475 |
| 476 |
| 477 |
| 478 |
| 479 |
| 480 |
| 481 |
| 482 |
| 483 |
| 484 |
| 485 |
| 486 |
| 487 |
| 488 |
| 489 |
| 490 |
| 491 |
| 492 |
| 493 |
| 494 |
| 495 |
| 496 |
| 497 |
| 498 |
| 499 |
| 500 |
| 501 |
| 502 |
| 503 |
| 504 |
| 505 |
| 506 |
| 507 |
| 508 |
| 509 |
| 510 |
| 511 |
| 512 |
| 513 |
| 514 |
| 515 |
| 516 |
| 517 |
| 518 |
| 519 |

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| |
|---|
| 520 |
| 521 |
| 522 |
| 523 |
| 524 |
| 525 |
| 526 |
| 527 |
| 528 |
| 529 |
| 530 |
| 531 |
| 532 |
| 533 |
| 534 |
| 535 |
| 536 |
| 537 |
| 538 |
| 539 |
| 540 |
| 541 |
| 542 |
| 543 |
| 544 |
| 545 |
| 546 |
| 547 |
| 548 |
| 549 |
| 550 |
| 551 |
| 552 |
| 553 |
| 554 |
| 555 |
| 556 |
| 557 |
| 558 |
| 559 |
| 560 |
| 561 |
| 562 |
| 563 |
| 564 |
| 565 |
| 566 |
| 567 |
| 568 |
| 569 |
| 570 |
| 571 |

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| |
|---|
| 572 |
| 573 |
| 574 |
| 575 |
| 576 |
| 577 |
| 578 |
| 579 |
| 580 |
| 581 |
| 582 |
| 583 |
| 584 |
| 585 |
| 586 |
| 587 |
| 588 |
| 589 |
| 590 |
| 591 |
| 592 |
| 593 |
| 594 |
| 595 |
| 596 |
| 597 |
| 598 |
| 599 |
| 600 |
| 601 |
| 602 |
| 603 |
| 604 |
| 605 |
| 606 |
| 607 |
| 608 |
| 609 |
| 610 |
| 611 |
| 612 |
| 613 |
| 614 |
| 615 |
| 616 |
| 617 |
| 618 |
| 619 |
| 620 |
| 621 |
| 622 |
| 623 |

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| |
|---|
| 624 |
| 625 |
| 626 |
| 627 |
| 628 |
| 629 |
| 630 |
| 631 |
| 632 |
| 633 |
| 634 |
| 635 |
| 636 |
| 637 |
| 638 |
| 639 |
| 640 |
| 641 |
| 642 |
| 643 |
| 644 |
| 645 |
| 646 |
| 647 |
| 648 |
| 649 |
| 650 |
| 651 |
| 652 |
| 653 |
| 654 |
| 655 |
| 656 |
| 657 |
| 658 |
| 659 |
| 660 |
| 661 |
| 662 |
| 663 |
| 664 |
| 665 |
| 666 |
| 667 |
| 668 |
| 669 |
| 670 |
| 671 |
| 672 |
| 673 |
| 674 |
| 675 |

Exhibit C- Excavated Addresses Missing from June 2023 Restoration Reporting

| |
|---|
| 676 |
| 677 |
| 678 |
| 679 |
| 680 |
| 681 |
| 682 |
| 683 |
| 684 |
| 685 |
| 686 |
| 687 |
| 688 |
| 689 |
| 690 |
| 691 |
| 692 |
| 693 |
| 694 |
| 695 |
| 696 |
| 697 |
| 698 |
| 699 |
| 700 |
| 701 |
| 702 |
| 703 |
| 704 |