# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CONCERNED PASTORS FOR SOCIAL
ACTION, MELISSA MAYS, AMERICAN
CIVIL LIBERTIES UNION OF MICHIGAN,
and NATURAL RESOURCES DEFENSE
COUNCIL, INC.,

Case No. 16-10277
Hon. David M. Lawson

    Plaintiffs,

v

NICK A. KHOURI, FREDERICK HEADEN,
MICHAEL A. TOWNSEND, MICHAEL A.
FINNEY, JOEL FERGUSON, SYLVESTER
JONES, R. STEVEN BRANCH, and
CITY OF FLINT,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant City Attorney JoAnne Gurley hereby enters her appearance for and on behalf of Defendant, City of Flint.

Respectfully submitted,

Dated: June 28, 2023

/s/ JoAnne Gurley
JoAnne Gurley (P-76284)
City of Flint Law Department
1101 S. Saginaw St., 3rd Floor
Flint, MI 48502
jgurley@cityofflint.com
P-76284

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents were filed with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification and copies of these documents to all of the parties of record.

|  | Respectfully submitted, |
|---|---|
| Dated: June 28, 2023 | /s/ JoAnne Gurley<br>JoAnne Gurley (P-76284)<br>City of Flint Law Department<br>1101 S. Saginaw St., 3rd Floor<br>Flint, MI 48502<br>jgurley@cityofflint.com<br>P-76284 |