IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONCERNED PASTORS FOR SOCIAL
ACTION, et al.,

        Plaintiffs,

v.

NICK A. KHOURI, et al.,

        Defendants.

_____/

Case No. 16-10277

Hon. David M. Lawson

**NOTICE AND STIPULATION REGARDING PLAINTIFFS' MOTION FOR CONTEMPT**

On May 26, 2023, Plaintiffs Concerned Pastors for Social Action, Melissa Mays, American Civil Liberties Union of Michigan, and Natural Resources Defense Council filed a motion for contempt against Defendant City of Flint and non-party Mayor Sheldon Neeley, in his official capacity (together, the City). Pls.' Mot. for Contempt, ECF No. 260. The City submitted a Response to the motion on June 14, 2023, ECF No. 264, and Plaintiffs submitted a Reply on June 23, 2023, ECF No. 266.

Plaintiffs and the City hereby provide notice that they have stipulated to the following facts:

1.    At the time Plaintiffs filed their motion for contempt on May 26, 2023, the City had not yet shared with Plaintiffs reporting documenting completion

1

of all required components of outreach at 313 addresses out of a total of 31,578 addresses contained on the 2022 Replacement Eligible Homes List; and

    2.    As of June 22, 2023, the City shared reporting with Plaintiffs demonstrating that the City had completed all remaining required components of outreach at those 313 addresses.

Dated: June 29, 2023

Respectfully submitted,

/s/ Sarah C. Tallman
Sarah C. Tallman
Adeline S. Rolnick
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(312) 651-7918
stallman@nrdc.org
arolnick@nrdc.org

Melanie D. Calero
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
(212) 727-4546
mcalero@nrdc.org

*Counsel for Concerned Pastors for Social Action, Melissa Mays, and Natural Resources Defense Council, Inc.*

/s/ Joseph N. Kuptz (with consent)
Joseph N. Kuptz (P-68623)
City of Flint Law Department
1101 South Saginaw Street, 3rd Floor
Flint, MI 48502
jkuptz@cityofflint.com

*Counsel for the City of Flint*

<u>/s/ Daniel S. Korobkin (with consent)</u>
Daniel S. Korobkin (P72842)
Bonsitu Kitaba (P78822)
American Civil Liberties Union Fund
of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6823
bkitaba@aclumich.org
dkorobkin@aclumich.org

*Counsel for Plaintiff American Civil
Liberties Union of Michigan*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2023, I electronically filed the foregoing Stipulation with the Clerk of the Court using the ECF system.

Dated: June 29, 2023	/s/ Sarah C. Tallman

Sarah C. Tallman
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(312) 651-7918
stallman@nrdc.org