UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONCERNED PASTORS FOR SOCIAL
ACTION, MELISSA MAYS, AMERICAN
CIVIL LIBERTIES UNION OF MICHIGAN,
and NATURAL RESOURCES DEFENSE
COUNCIL, INC.,

                Plaintiffs,            Case Number 16-10277
v.                                        Honorable David M. Lawson

NICK A. KHOURI, FREDERICK HEADEN,
MICHAEL A. TOWNSEND, MICHAEL A.
FINNEY, JOEL FERGUSON, SYLVESTER
JONES, R. STEVEN BRANCH, and
CITY OF FLINT,

                Defendants.
_____/

## ORDER SETTING POST-HEARING BRIEFING DEADLINES

On June 30, 2023, the Court held a hearing on the plaintiffs' motion for contempt. At the conclusion of the hearing, the Court directed the parties to file post-hearing briefs summarizing the evidence presented at the hearing.

Accordingly, it is **ORDERED** that the deadline for the plaintiffs to file a post-hearing brief is **July 14, 2023**.

It is further **ORDERED** that the deadline for the City of Flint defendants and non-party Mayor Sheldon Neeley to file a response brief is **July 21, 2023**. No further briefing is required.

                                                      s/David M. Lawson
                                                      DAVID M. LAWSON
                                                      United States District Judge

Dated: June 30, 2023