UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONCERNED PASTORS FOR SOCIAL
ACTION, MELISSA MAYS, AMERICAN
CIVIL LIBERTIES UNION OF MICHIGAN,
and NATURAL RESOURCES DEFENSE
COUNCIL, INC.,

        Plaintiffs,                         Case Number 16-10277

v.                                                Honorable David M. Lawson

NICK A. KHOURI, FREDERICK HEADEN,
MICHAEL A. TOWNSEND, MICHAEL A.
FINNEY, JOEL FERGUSON, SYLVESTER
JONES, R. STEVEN BRANCH, and
CITY OF FLINT,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
## TO SUBMIT SUPPLEMENTAL EVIDENCE

      This matter is before the Court on the plaintiffs' motion for leave to submit supplemental evidence in support of their motion for contempt. The Court has reviewed the parties' briefs and finds that the plaintiffs have shown good cause to submit additional evidence. The information, which concerns the plaintiffs' ongoing efforts to enforce the settlement agreement, is relevant to the pending motion and was not available until after the close of briefing. Although the defendants dispute that the proposed supplemental evidence is directly related to the issues raised by the plaintiffs in their motion for contempt, the Court is satisfied that the information may be relevant to the appropriateness of potential remedies, and it is appropriate to consider it.

- 2 -

Accordingly, it is **ORDERED** that the plaintiffs' motion for leave to submit supplemental evidence in support of their motion for civil contempt (ECF No. 277) is **GRANTED**.

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   November 17, 2023