# Exhibit A



Joseph Kuptz <jkuptz@cityofflint.com>

## RE: Concerned Pastors, et al v City of Flint, et al
1 message

**Rolnick, Addie** <ARolnick@nrdc.org>  Fri, Jun 16, 2023 at 2:38 PM
To: Joseph Kuptz <jkuptz@cityofflint.com>
Cc: William Kim <wkim@cityofflint.com>, "Tallman, Sarah" <stallman@nrdc.org>, "Calero, Melanie" <mcalero@nrdc.org>, "Vandal, Nicole" <nvandal@nrdc.org>

Joe,

Plaintiffs do not concur in this request. Our clients will not agree to a virtual-only hearing because they believe a contempt motion is sufficiently important to warrant in-person appearance. Our clients are also concerned that a virtual-only hearing will impair accessibility for members of the public by limiting access to those with internet access and the necessary technological capability.

If the City makes this request to the Court, please represent to the Court that Plaintiffs do not concur in the City's request for a virtual-only hearing because the importance of the issues raised in Plaintiffs' motion warrants an in-person hearing.

Regards,

Addie

**ADELINE ROLNICK**

*Attorney*

**NATURAL RESOURCES DEFENSE COUNCIL**

1152 15TH STREET NW, SUITE 300

WASHINGTON, DC 20005

T 202.513.6240
AROLNICK@NRDC.ORG
PRONOUNS: SHE/HER

NRDC.ORG

**From:** Joseph Kuptz <jkuptz@cityofflint.com>
**Sent:** Friday, June 16, 2023 9:07 AM
**To:** Rolnick, Addie <ARolnick@nrdc.org>; Tallman, Sarah <stallman@nrdc.org>
**Cc:** William Kim <wkim@cityofflint.com>
**Subject:** Concerned Pastors, et al v City of Flint, et al


Addie and Sarah - will Plaintiffs concur in a request by the City and the non-party Mayor to a request to the Court for a virtual-only hearing on Plaintiffs' Motion for Contempt? Given Plaintiffs' pending request to reopen/amend the Settlement Agreement to allow for litigation costs, this will substantially reduce those costs if allowed by the Court.

Please advise as to Plaintiffs' position on this as soon as possible.



Joe



--

Joseph N. Kuptz, Assistant City Attorney

City of Flint, Department of Law

1101 S. Saginaw St., 3rd Floor

Flint, MI 48502

(810) 237-2085