UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Concerned Pastors for Social
Action, et al.,

                Plaintiff(s),

v.                                      Case No. 2:16−cv−10277−DML−SDD
                                            Hon. David M. Lawson

Frederick Headen, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767. The following motion(s) are scheduled for hearing:

Motion for Attorney Fees − #282

- MOTION HEARING:  June 25, 2024 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/S. Pinkowski
                                                 Case Manager

Dated:  May 2, 2024