**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Concerned Pastors for Social Action, et al.,   Case No. 16-10277

   Plaintiffs,                                  Hon. David M. Lawson

v.

Nick A. Khouri, et al.,

   Defendants.
_____/

## DEFENDANT CITY OF FLINT'S REPORT

NOW COMES the Defendant City of Flint (the "City") and for its Report in this matter states as follows:

On June 29, 2024, this Court issued its Order Granting in Part State Defendants' Motion to Temporarily Stay City of Flint's Restoration Obligations Under the Settlement Agreement. ECF No. 289.

Paragraph 3 of that order requires that:

> The City of Flint, in consultation with the State defendants, shall submit to the Court and the plaintiffs, **on or before July 10, 2024,** a list of all properties that still have lead or galvanized water service lines, itemized by those properties that are subject to remediation under the Settlement Agreement and those properties known still to have lead service lines but are not subject to remediation under the Settlement Agreement. By that date, the

> City also shall comply with the final excavation and replacement reporting requirements required by the Order Modifying Settlement Agreement, *see* ECF No. 237, PageID.11071-73, and the Order Granting Plaintiffs' Fifth Motion to Enforce Settlement Agreement, *see* ECF No. 258, PageID.11686-87.
>
> ECF No. 289, PageID.13436-37 (emphasis in original).

In response to the requirements of that paragraph, the City attaches **Exhibit A**, which represents a list of all properties that are currently known to the City to still have lead or galvanized water service lines, and are <u>not</u> subject to remediation under the Settlement Agreement. There may be additional lead or galvanized water service lines that are not subject to remediation under the Settlement Agreement at addresses that have not yet been excavated by the City. This information, in its native Excel spreadsheet format, was provided to Plaintiffs by email on July 10, 2024.

The City asserts that there are <u>no</u> properties that still have lead or galvanized water services lines, and <u>are</u> subject to remediation under the Settlement Agreement[1].

---

[1] The City notes, however, that its compliance with the final excavation and replacement reporting requirements begins a 30-day period for the other Settling Parties to review those reporting documents. It is possible that their review of the reporting may potentially yield mutual agreement of addresses known to have lead or galvanized water service lines that are subject to remediation under the Settlement Agreement.

The City further affirmatively states that, as of the filing of this Report, it has complied with the final excavation and replacement reporting requirements required by the Order Modifying Settlement Agreement, *see* ECF No. 237, PageID.11071-73, and the Order Granting Plaintiffs' Fifth Motion to Enforce Settlement Agreement, *see* ECF No. 258, PageID.11686-87.

Respectfully submitted,

Dated: July 10, 2024

/s/ Joseph N. Kuptz
Joseph N. Kuptz (P-68623)
City of Flint Law Department
1101 S. Saginaw St., 3rd Floor
Flint, MI 48502
jkuptz@cityofflint.com
P-68623