# Exhibit A

| Address | Public Pipe Type | Prv. Exp. Pipe Type |
|---|---|---|
| 1017 GLADWYN ST | Lead | Copper |
| 1025 FROST ST | Lead | Copper |
| 1026 EDITH AVE | Lead | Galvanized |
| 1030 BARLOW AVE | Lead | Galvanized |
| 1039 MARKHAM ST | Lead | Galvanized |
| 1050 RONALD ST | Galvanized | Galvanized |
| 110 E GRACELAWN AVE | Lead | Copper |
| 1102 PINEHURST AVE | Lead | Galvanized |
| 1104 CHRISTOPHER ST | Lead | Galvanized |
| 1105 CHRISTOPHER ST | Lead | Copper |
| 1109 WALNUT ST | Lead | Copper |
| 1113 CHRISTOPHER ST | Lead | Copper |
| 1113 PINEHURST AVE | Lead | Galvanized |
| 1117 PINEHURST AVE | Lead | Galvanized |
| 112 E LINSEY BLVD | Lead | Galvanized |
| 1126 MANN AVE | Lead | Galvanized |
| 1127 STOCKER AVE | Lead | Copper |
| 1129 HUGHES AVE | Lead | Galvanized |
| 1130 MARKHAM ST | Lead | Galvanized |
| 1130 VERMILYA AVE | Lead | Galvanized |
| 115 E DARTMOUTH ST | Lead | Galvanized |
| 115 W PATERSON ST | Lead | Copper |
| 117 W GENESEE ST | Lead | Galvanized |
| 1201 BOSTON AVE | Lead | Galvanized |
| 1201 W ATHERTON RD | Lead | Copper |
| 1202 CLANCY AVE | Lead | Copper |
| 1202 MARKHAM ST | Lead | Galvanized |
| 1205 PINEHURST AVE | Lead | Copper |
| 1209 HUGHES AVE | Lead | Copper |
| 1221 PINEHURST AVE | Lead | Galvanized |
| 1234 PINEHURST AVE | Lead | Galvanized |
| 1235 PINEHURST AVE | Lead | Galvanized |
| 1238 PINEHURST AVE | Lead | Galvanized |
| 1240 CRAWFORD ST | Lead | Galvanized |
| 1250 ROOSEVELT AVE | Lead | Galvanized |
| 129 W DEWEY ST | Lead | Copper |
| 1301 PINEHURST AVE | Lead | Galvanized |
| 1309 IDA AVE | Lead | Copper |
| 1309 LELAND ST | Lead | Galvanized |
| 132 W TAYLOR ST | Lead | Lead |
| 1325 MANN AVE | Lead | Copper |
| 134 STOCKDALE ST | Lead | Copper |
| 134 W NEWALL ST | Lead | Copper |
| 1351 DAVISON RD | Lead | Galvanized |
| 1407 POPLAR ST | Lead | Galvanized |
| 1418 LINCOLN AVE | Lead | Galvanized |
| 1420 WOLCOTT ST | Lead | Galvanized |
| 1423 ARLINGTON AVE | Lead | Galvanized |
| 1425 KNIGHT AVE | Lead | Copper |
| 1425 LINCOLN AVE | Lead | Galvanized |
| 1502 WOODCROFT AVE | Lead | Galvanized |

| Address | Material 1 | Material 2 |
|---|---|---|
| 1505 W SECOND ST | Lead | Galvanized |
| 1511 DURAND ST | Lead | Copper |
| 1515 HUGHES AVE | Lead | Galvanized |
| 1515 WYOMING AVE | Copper | Galvanized |
| 1517 N GRAND TRAVERSE | Lead | Galvanized |
| 1523 WAYNE ST | Lead | Copper |
| 1535 ARIZONA AVE | Lead | Copper |
| 156 E VANWAGONER AVE | Lead | Copper |
| 1602 PETTIBONE AVE | Lead | Galvanized |
| 1602 S BALLENGER HWY | Copper | Lead |
| 1612 MARYLAND AVE | Lead | Copper |
| 1619 WOODLAWN PARK DR | Lead | Copper |
| 1624 NEBRASKA AVE | Lead | Galvanized |
| 1636 MARYLAND AVE | Lead | Galvanized |
| 1644 EUCLID AVE | Lead | Galvanized |
| 1647 MONTANA AVE | Lead | Galvanized |
| 1652 EUCLID AVE | Lead | Copper |
| 166 E ELDRIDGE AVE | Lead | Copper |
| 1730 KANSAS AVE | Lead | Copper |
| 1801 M L KING AVE | Lead | Galvanized |
| 1802 UTAH AVE | Lead | Galvanized |
| 1806 ILLINOIS AVE | Lead | Copper |
| 1902 RASKOB ST | Lead | Copper |
| 1906 MAGNOLIA AVE | Lead | Copper |
| 1909 COPEMAN BLVD | Lead | Galvanized |
| 1911 WEAVER ST | Lead | Copper |
| 1917 BECKER ST | Lead | Copper |
| 1920 HAMPDEN RD | Lead | Copper |
| 1925 MALLERY ST | Lead | Copper |
| 1977 HOWARD AVE | Lead | Galvanized |
| 2002 CARTIER ST | Lead | Galvanized |
| 2007 DWIGHT AVE | Lead | Galvanized |
| 2009 KANSAS AVE | Lead | Copper |
| 201 W MCCLELLAN ST | Lead | Copper |
| 2010 SEYMOUR AVE | Lead | Copper |
| 2013 MC AVOY ST | Lead | Copper |
| 2014 BECKWITH CT | Lead | Copper |
| 2017 NEBRASKA AVE | Lead | Copper |
| 2018 PROSPECT ST | Lead | Copper |
| 2022 MALLERY ST | Lead | Copper |
| 2022 PROSPECT ST | Lead | Galvanized |
| 2022 RASKOB ST | Lead | Galvanized |
| 2031 FERRIS AVE | Lead | Galvanized |
| 2058 BRANCH RD | Lead | Galvanized |
| 209 E LAKEVIEW AVE | Lead | Galvanized |
| 209 GREEN ST | Lead | Copper |
| 2102 PROSPECT ST | Lead | Copper |
| 2109 CORUNNA RD | Lead | Copper |
| 2109 TORRANCE ST | Lead | Galvanized |
| 211 STOCKDALE ST | Lead | Copper |
| 2111 LEVERN ST | Lead | Copper |
| 2115 MILBOURNE AVE | Lead | Galvanized |

| | | |
|---|---|---|
| 2116 WINDEMERE AVE | Lead | Galvanized |
| 2117 BERKLEY ST | Lead | Copper |
| 2125 CARTIER ST | Lead | Galvanized |
| 217 E FLINT PARK BLVD | Lead | Copper |
| 2202 WOLCOTT ST | Lead | Galvanized |
| 221 FIRST AVE | Lead | Galvanized |
| 221 JOSEPHINE ST | Lead | Copper |
| 2210 REID ST | Lead | Galvanized |
| 2218 MILBOURNE AVE | Lead | Galvanized |
| 222 E EDDINGTON AVE | Lead | Galvanized |
| 2222 ADAMS AVE | Lead | Galvanized |
| 2224 MILBOURNE AVE | Lead | Galvanized |
| 2225 W COURT ST | Lead | Copper |
| 2230 JOLIET ST | Lead | Galvanized |
| 2234 MILBOURNE AVE | Lead | Lead |
| 227 ODETTE ST | Lead | Copper |
| 2301 LEVERN ST | Lead | Unknown |
| 2305 W COURT ST | Lead | Galvanized |
| 2314 BROWN ST | Lead | Galvanized |
| 2317 SWAYZE ST | Lead | Copper |
| 234 E EDDINGTON AVE | Lead | Galvanized |
| 2401 RASKOB ST | Lead | Copper |
| 2406 SLOAN ST | Lead | Galvanized |
| 2416 BEGOLE ST | Lead | Galvanized |
| 2416 THOM ST | Lead | Copper |
| 2424 BARTH ST | Lead | Galvanized |
| 2425 ZIMMERMAN ST | Lead | Galvanized |
| 245 E BELVIDERE AVE | Lead | Unknown |
| 2513 LEITH ST | Lead | Copper |
| 2522 NORBERT ST | Lead | Copper |
| 2535 PADUCAH ST | Lead | Galvanized |
| 2544 ALTOONA ST | Lead | Copper |
| 2556 BAGLEY ST | Lead | Copper |
| 2558 PADUCAH ST | Lead | Copper |
| 2601 SWAYZE ST | Lead | Galvanized |
| 2602 MILBOURNE AVE | Lead | Galvanized |
| 2607 BROOKSIDE DR | Lead | Copper |
| 2607 OKLAHOMA AVE | Lead | Copper |
| 2612 SLOAN ST | Lead | Copper |
| 2615 LEWIS ST | Lead | Galvanized |
| 2625 DELAWARE AVE | Lead | Copper |
| 2710 CONCORD ST | Lead | Galvanized |
| 2713 CHICAGO BLVD | Lead | Galvanized |
| 2821 WESTWOOD PKWY | Lead | Copper |
| 2847 BEGOLE ST | Lead | Copper |
| 2910 REYNOLDS ST | Lead | Copper |
| 2922 BARTH ST | Lead | Copper |
| 2932 FIELDING ST | Lead | Galvanized |
| 3031 WESTWOOD PKWY | Lead | Copper |
| 3124 HOLLY AVE | Lead | Copper |
| 321 DELIA ST | Lead | Copper |
| 322 STOCKDALE ST | Lead | Copper |

| Address | | |
|---|---|---|
| 3221 BRANDON ST | Lead | Galvanized |
| 329 E DARTMOUTH ST | Lead | Galvanized |
| 3313 BRUNSWICK AVE | Lead | Galvanized |
| 3410 BEECHER RD | Lead | Copper |
| 3422 HOGARTH AVE | Lead | Copper |
| 3502 BROWN ST | Lead | Galvanized |
| 3509 BRUNSWICK AVE | Lead | Galvanized |
| 3513 AUGUSTA ST | Lead | Galvanized |
| 3518 NORWOOD DR | Lead | Galvanized |
| 3522 BROWN ST | Lead | Galvanized |
| 3602 MASON ST | Lead | Copper |
| 3605 ESTHER ST | Lead | Copper |
| 3609 DAVISON RD | Lead | Copper |
| 3617 CASSISUS ST | Lead | Copper |
| 3618 WINONA ST | Lead | Galvanized |
| 3625 MASON ST | Lead | Copper |
| 3702 CLAIRMONT ST | Lead | Copper |
| 3702 GRATIOT AVE | Lead | Galvanized |
| 3702 M L KING AVE | Lead | Galvanized |
| 3705 GRATIOT AVE | Lead | Galvanized |
| 3917 REYNOLDS ST | Lead | Galvanized |
| 3934 MANN HALL AVE | Lead | Copper |
| 3934 WHITNEY AVE | Lead | Galvanized |
| 401 DELL AVE | Copper | Lead |
| 401 EDMUND ST | Lead | Copper |
| 4010 M L KING AVE | Lead | Copper |
| 406 E WITHERBEE ST | Lead | Copper |
| 410 W WITHERBEE ST | Lead | Copper |
| 4117 BUICK ST | Lead | Copper |
| 413 ODETTE ST | Lead | Pex |
| 4130 CIRCLE DR | Lead | Galvanized |
| 4140 MENTON AVE | Lead | Galvanized |
| 415 W SIXTH ST | Lead | Copper |
| 418 E ALMA AVE | Lead | Galvanized |
| 418 FROST ST | Lead | Galvanized |
| 422 LETA AVE | Lead | Lead |
| 425 COMMONWEALTH AVE | Lead | Copper |
| 4405 BILLINGS ST | Lead | Copper |
| 4512 BALDWIN BLVD | Lead | Galvanized |
| 4521 PENGELLY RD | Lead | Galvanized |
| 4602 MAINES ST | Lead | Galvanized |
| 4901 N SAGINAW ST | Lead | Copper |
| 4913 N SAGINAW ST | Lead | Galvanized |
| 505 E BISHOP AVE | Lead | Copper |
| 509 COTTAGE GROVE AVE | Lead | Galvanized |
| 509 W TWELFTH ST | Lead | Galvanized |
| 5105 BALDWIN BLVD | Lead | Copper |
| 512 CLINTON ST | Lead | Galvanized |
| 512 ODETTE ST | Lead | Copper |
| 517 MARY ST | Lead | Galvanized |
| 524 TENTH AVE | Lead | Copper |
| 526 E JAMIESON ST | Lead | Galvanized |

| Address | | |
|---|---|---|
| 529 STOCKDALE ST | Lead | Copper |
| 533 E DEWEY ST | Lead | Galvanized |
| 601 JOSEPHINE ST | Lead | Copper |
| 602 W TWELFTH ST | Lead | Galvanized |
| 621 E PHILADELPHIA BLVD | Lead | Galvanized |
| 624 WALDMAN AVE | Lead | Galvanized |
| 631 VICTORIA AVE | Lead | Copper |
| 6315 BRANCH RD | Other | Other |
| 634 E STEWART | Lead | Galvanized |
| 646 E HOBSON AVE | Lead | Galvanized |
| 649 E BALTIMORE BLVD | Lead | Galvanized |
| 665 E PHILADELPHIA BLVD | Lead | Galvanized |
| 702 STOCKDALE ST | Lead | Galvanized |
| 710 DICKINSON ST | Lead | Galvanized |
| 712 BLAIR ST | Lead | Galvanized |
| 713 DICKINSON ST | Lead | Galvanized |
| 714 STOCKTON ST | Lead | Galvanized |
| 719 STOCKDALE ST | Lead | Copper |
| 726 DICKINSON ST | Lead | Galvanized |
| 733 DICKINSON ST | Lead | Galvanized |
| 737 E RIDGEWAY AVE | Lead | Galvanized |
| 738 SIMCOE AVE | Lead | Galvanized |
| 739 ADDISON ST | Lead | Copper |
| 749 BLOOR AVE | Lead | Galvanized |
| 750 CRAWFORD ST | Copper | Lead |
| 750 LELAND ST | Copper | Lead |
| 761 E RUSSELL AVE | Lead | Copper |
| 802 ASYLUM ST | Lead | Copper |
| 807 E SECOND ST | Lead | Galvanized |
| 811 FISK DR | Lead | Galvanized |
| 817 TACKEN ST | Lead | Copper |
| 818 KENNELWORTH AVE | Lead | Galvanized |
| 818 W BALTIMORE BLVD | Lead | Galvanized |
| 819 ROOT ST | Lead | Galvanized |
| 821 CARTON ST | Lead | Galvanized |
| 825 INGLESIDE AVE | Lead | Copper |
| 833 TACKEN ST | Lead | Galvanized |
| 838 BELMONT AVE | Lead | Galvanized |
| 841 DICKINSON ST | Lead | Galvanized |
| 846 LELAND ST | Lead | Galvanized |
| 848 BARRIE AVE | Lead | Galvanized |
| 853 CRAWFORD ST | Lead | Copper |
| 853 LELAND ST | Lead | Copper |
| 863 VICTORIA AVE | Galvanized | Lead |
| 906 E GILLESPIE AVE | Lead | Galvanized |
| 907 ROOT ST | Lead | Galvanized |
| 909 ROOT ST | Lead | Galvanized |
| 912 HURON ST | Lead | Galvanized |
| 917 STOCKER AVE | Lead | Copper |
| 918 ERIE ST | Lead | Galvanized |
| 918 LOMITA AVE | Lead | Galvanized |
| 918 REMINGTON AVE | Lead | Galvanized |

| Address | Material 1 | Material 2 |
|---|---|---|
| 924 MC QUEEN ST | Lead | Galvanized |
| 931 STOCKER AVE | Lead | Galvanized |
| 932 HUGHES AVE | Lead | Galvanized |
| 936 MAJOR ST | Lead | Copper |
| 936 MC QUEEN ST | Lead | Galvanized |
| 940 KNAPP AVE | Lead | Copper |
| 943 SIMCOE AVE | Lead | Galvanized |
| 943 STOCKER AVE | Lead | Galvanized |
| 951 STOCKER AVE | Lead | Galvanized |
| 952 HUBBARD AVE | Lead | Galvanized |
| 952 PETTIBONE AVE | Lead | Galvanized |
| 956 MARKHAM ST | Lead | Galvanized |
| 960 STOCKER AVE | Lead | Galvanized |
| 969 BRADLEY AVE | Lead | Galvanized |
| 971 FARNUM AVE | Lead | Copper |
| 974 HAMMOND ST | Lead | Galvanized |