UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CONCERNED PASTORS FOR SOCIAL
ACTION, MELISSA MAYS, AMERICAN
CIVIL LIBERTIES UNION OF MICHIGAN,
and NATURAL RESOURCES DEFENSE
COUNCIL, INC.,

               Plaintiffs,               Case Number 16-10277

v.                                            Honorable David M. Lawson

NICK A. KHOURI, FREDERICK HEADEN,
MICHAEL A. TOWNSEND, MICHAEL A.
FINNEY, JOEL FERGUSON, SYLVESTER
JONES, R. STEVEN BRANCH, and
CITY OF FLINT,

               Defendants.
_____/

## ORDER GRANTING REQUEST TO WITHDRAW

This matter is before the Court on co-counsel for the City of Flint and City Administrator's stipulated request to withdraw attorney William Y. Kim's appearance in this matter due to his departure from the City's employment. Attorney Kim indicates that the City and City Administrator will continue to be represented by other attorneys who have filed appearances in this matter. Therefore, the request will be granted.

Accordingly, it is **ORDERED** that the request to withdraw William Kim's appearance in this matter (ECF No. 293) is **GRANTED**, his appearance as counsel of record for the plaintiff is **WITHDRAWN**, and he is discharged from any further responsibility to the Court in this matter.

                                                                   s/David M. Lawson
                                                                   DAVID M. LAWSON
                                                                   United States District Judge

Dated:  July 26, 2024