UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONCERNED PASTORS FOR SOCIAL ACTION; MELISSA MAYS; AMERICAN CIVIL LIBERTIES UNION OF MICHIGAN; and NATURAL RESOURCES DEFENSE COUNCIL, INC.,

    Plaintiffs,

v

NICK A. KHOURI, et. al.,

    Defendants.

_____/

No. 2:16-cv-10277-DML

HON. DAVID M. LAWSON

## INDEX OF EXHIBITS

Exhibit 1 – 2024-10-01 Cumulative Restoration Report

Exhibit 2 – 09/26/24 letter from Joseph N. Kuptz to Governor Gretchen Whitmer