# EXHIBIT 2



**CITY OF FLINT, MICHIGAN**
**Department of Law**

**Joseph N. Kuptz**
**Acting City Attorney**

**Sheldon Neely**
**Mayor**

September 26, 2024

The Honorable Gretchen Whitmer, Governor of Michigan
PO Box 30013
Lansing, MI 48909

Re: **Request for Expansion of the Ongoing Partnership Between the State of Michigan and the City of Flint Regarding Service Line Explorations, Replacements and Related Restorations**

Honorable Gretchen Whitmer:

As you know, the State of Michigan and the City of Flint have been engaged in an ongoing and productive partnership to complete the restoration of lawns, sidewalks, roads, etc. in the City that have been affected by service line excavations and replacements that were conducted pursuant to the Settlement Agreement (and related amendments thereto) in the *Concerned Pastors, et al v City of Flint, et al* litigation that is pending in the United States District Court, Eastern District of Michigan. The City of Flint is highly appreciative of this partnership and believes that it is a great benefit to the City and its residents.

To that end, the City of Flint would like to respectfully request that the State of Michigan consider expanding this partnership to include addresses located within the City of Flint that are not included in the existing partnership.

Specifically, the City of Flint has approximately:

- 345 sites that contain known non-copper service lines. Of those 345 sites, 323 are Tier 1 (residential, single-family) with confirmed lead service lines.

- 546 sites that have an unknown line composition status. These need to be

excavated to determine line composition status and then restored.

- 778 sites that were previously excavated in the fall of 2023 to determine line composition status and need restoration.

- Approximately 500 Tier 2 (multi-family residential, commercial, industrial) that have an unknown service line composition. These need to be excavated to determine line composition status and, if lead or galvanized, replaced and properly restored.

- 41 Tier 2 sites that have known non-copper service lines. These need to have consent obtained and the service line replaced and properly restored.

The City of Flint believes that the expansion of the ongoing partnership between the City and the State to address the foregoing properties will benefit all residents, through the elimination of a known and serious health hazard.

If you have any questions or concerns regarding this, do not hesitate to contact me.

Thank-you.

Sincerely,

Joseph N. Kuptz
Acting City Attorney

cc:   The Honorable Sheldon Neeley, Mayor of the City of Flint
      Clyde Edwards, City Administrator, City of Flint
      Kenneth Miller, Administrator, Department of Public Works, City of Flint